Marrero, J

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,<br><br>                                      Petitioner,<br><br>                    -against-<br><br>JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>                                Garnishee-Respondents. | <br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12-15-10<br><br>09-Civ. 10289 (VM)<br><br>Related to JPM Chase/Citibank Turnover Proceeding<br><br>In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09 |
| JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWNS AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION.,<br><br>                                Garnishee-Respondents and Third-Party Petitioners,<br><br>                    -against-<br><br>BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT | STIPULATION EXTENDING TIME TO RESPOND |

USIDOCS 7788176v1

| | |
|---|---|
| LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO VIZCAYA ARGENTINA PANAMA, S.A., as successor to Banco Exterior Panama, S.A., BANCO DE CRÉDITO DEL PERÚ, as successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPAÑOL DE CREDITO, BANCO MONEX S.A., BANCO NACIONAL DE MÉXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPAÑA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V., INSTITUTO DE CARDIOLOGÍA Y CIRUGÍA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETRÓLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD. and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HASSLER, and IRENE MOSS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Adverse Claimants-Respondents. | |

USIDOCS 7788176v1

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the undersigned parties, that adverse claimant-respondent San Paolo Bank S.A.'s time to answer, move or otherwise plead in response to the amended summons and third-party petition in this action is hereby extended to and including January 13, 2011.

WILMER CUTLER PICKERING HALE and DORR, LLP

_____
Charles Platt  (CP 2937)

399 Park Avenue
New York, NY 10022
212-230-8860
charles.platt@wilmerhale.com

Attorney for San Paolo Bank S.A.

DAVIS POLK & WARDWELL LLP

_____
James L. Kerr

450 Lexington Avenue
New York, NY 10017
212-450-4000
James.Kerr@davispolk.com

Attorney for Garnishee-Respondents and Joint Third-Party Petitioners JP Morgan Chase Bank, N.A., Citibank, N.A., UBS AG. The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V), and Bank of America, National Association

USIDOCS 7788176v1

SO ORDERED.

12-14-10
DATE

VICTOR MARRERO, U.S.D.J.