AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 09-CIV-10289 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Adverse Claimant -Respondent La Caja de Ahorros y Pensiones de Barcelona

I certify that I am admitted to practice in this court.

| 12/20/2010 | *[signature]* |
|---|---|
| Date | Signature |
| | Brian C. Dunning (BD 1163) |
| | Print Name / Bar Number |
| | 1270 Avenue of the Americas, 25th Floor |
| | Address |
| | New York, New York / 10020 |
| | City / State / Zip Code |
| | (212) 370-6962 / (212) 307-5598 |
| | Phone Number / Fax Number |