*Marrero, T*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 12-23-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEANNETTE FULLER HAUSLER, et al,

        Petitioner,

v.

JP MORGAN CHASE BANK, N.A., et al,

        Garnishee-Respondents.

-------------------------------------------------------------X
JP MORGAN CHASE BANK, N.A., et al

        Garnishee-Respondents and
        Third-Party Petitioners,

v.

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

        Adverse Claimants-
        Respondents.
-------------------------------------------------------------X

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment Entered
in the State of Florida
Case No. 02-12475-CA-09

### STIPULATION FOR EXTENSION OF TIME FOR ADVERSE CLAIMANT-RESPONDENT PREMUDA S.P.A. TO APPEAR, ANSWER OR OTHERWISE RESPOND

WHEREAS Adverse Claimant-Respondent Premuda S.p.A. ("Premuda") is named as an Adverse Claimant-Respondent in the above-captioned action; and

WHEREAS the undersigned counsel for Premuda, having recently been retained and requires additional time to review the documentation in order to fully protect the interests of its client,

IT IS HEREBY STIPULATED AND ORDERED that the undersigned counsel for Premuda be granted until January 21, 2011 to appear, answer or otherwise respond to the Third-Party Petition dated October 29, 2010.

Dated: December 22, 2010
New York, NY

                                  Garnishee-Respondents and Third-Party Petitioners,

By: _____
James L. Kerr
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4552 – phone
(212) 701-5552 – fax
james.kerr@davispolk.com

                                  Adverse Claimant-Respondent
Premuda S.p.A.,

By: _____
Claurisse Campanale-Orozco (CC3581)
Tisdale Law Offices, LLC
60 East 42nd Street, Suite 1638
New York, NY 10165
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com

SO ORDERED: 23 December 2010

_____
Honorable Victor Marrero, U.S.D.J.