GREENBERG TRAURIG, LLP
James W. Perkins (JWP-6684)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

**PORTIONS FILED UNDER SEAL**
**Contains Confidential Material Subject to Protective Agreement and Order Entered in Hausler v. The Republic of Cuba, et al., 18 MS 302**

*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>Petitioner,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A, CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,<br><br>Respondents, | 09 Civ. 10289 (VM)<br><br>**NOTICE OF PETITION FOR TURNOVER ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69 AND CPLR § 5225(b)**<br><br>RE: Fidel Castro Ruz, Raul Castro Ruz, The Republic of Cuba, and The Cuban Revolutionary Armed Forces<br><br>[JUDGMENT DEBTORS] |

PLEASE TAKE NOTICE, that upon the annexed Petition of Jeannette Hausler ("Petitioner"), an application will be made to this Court, the United States District Court for the Southern District of New York (Marrero, D.J.), at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, Courtroom 20B, as soon as Petitioner may be heard, for an Order (the proposed form of which is attached as Exhibit E to the Petition) pursuant to § 201 of the Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L. No. 107-297; 116 Stat. 2337, codified at 28 U.S.C. § 1610 note, Federal Rule of Civil Procedure Rule 69 and Section §

5225(b) of the New York Civil Practice Law and Rules compelling the turnover and payment of the funds held in the specified Accounts of Judgment Debtors (or their agencies or instrumentalities) presently in the possession of Respondent National Bank of Canada as garnishee, together with an award of the costs of this proceeding in favor of Petitioner, and for such other and further relief as may be just.

Dated: New York, New York
       January 10, 2011

                                      Respectfully submitted,

                                      GREENBERG TRAURIG, LLP

                                      James W. Perkins (JWP-6684)
                                      200 Park Avenue
                                      New York, New York 10166
                                      Tel: (212) 801-9200
                                      Fax: (212) 801-6400
                                      perkinsj@gtlaw.com
                                      *Attorneys for Petitioner*

TO:    WHITE & CASE LLP
        Abraham L. Zylberberg, Esq.
        1155 Avenue of the Americas
        New York, New York 10036-2787
        *Attorneys for Respondent*
        NATIONAL BANK OF CANADA

        DAVIS POLK & WARDWELL
        James L. Kerr, Esq.
        450 Lexington Avenue
        New York, New York 10017
        *Attorneys for Respondents*
        JP MORGAN CHASE BANK, N.A.,
        CITIBANK, N.A., THE ROYAL BANK
        OF SCOTLAND N.V. (FORMERLY
        KNOWN AS ABN AMRO BANK N.V.)