New York   Madrid
Menlo Park  Tokyo
Washington DC  Beijing
London   Hong Kong
Paris

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP  212 450 4552 tel
450 Lexington Avenue   212 701 5552 fax
New York, NY 10017   james.kerr@davispolk.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11

January 10, 2011

Re: In re JPM Chase/Citibank Turnover Proceeding, 09 Civ 10289
Turnover Petition II Relating to the Sinking Fund Account Established
for the 4-1/2% External Debt Bonds of the Republic of Cuba

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Dear Judge Marrero:

This firm represents JPMorgan Chase Bank, N.A. ("JPM Chase"), the Garnishee-Respondent and Third-Party Petitioner in the above-captioned proceeding. Pursuant to Your Honor's Individual Practice Rules, I write regarding the order entered on the docket in the above-captioned case earlier today directing the Clerk of Court to accept as timely filed the answer submitted by Fernando S. Arán and Marianela Morejon Arán.

In the last sentence of the Arán letter of January 4, 2011, which the Court has now endorsed, the Aráns requested that the remaining funds in the Sinking Fund Account Established for the 4-1/2% External Debt Bonds of the Republic of Cuba not be turned over to Petitioner Hausler.

Pursuant to this Court's order of December 15, 2010, however, JPM Chase had delivered the final check for the Sinking Fund Account to the United States Marshals Service in the Southern District of New York on January 5, 2011.

Upon receipt of Your Honor's order, my office faxed a copy of the order to the United States Marshals Service. We have been informed by Ms. Joanne Goodson of the United States Marshals Service that the funds for $608,516.65 had not yet been disbursed to Petitioner. A copy of this letter is likewise being sent to the United States Marshals Service with the request that the funds not be disbursed pending further disposition by Your Honor.

Very respectfully yours,

James L. Kerr

> Plaintiff is directed to respond by
> 1-14-11 to the matter set
> forth above by garnishee
> JPMorgan Chase
>
> **SO ORDERED.**
>
> 1-10-11
> DATE   VICTOR MARRERO, U.S.D.J.