Marrero, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER and IRENE MOSS,

          Petitioner,

-against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

          Garnishee-Respondents.

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

------------------------------------------------------------x

**STIPULATION AND ORDER**

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

          Garnishee-Respondents
          and Third-Party
          Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., BANCO INTERNACIONAL DE
COMERCIO, S.A., BANCO NACIONAL DE



CUBA, BANCO POPULAR DE AHORRO, :
ABBOTT LABORATORIES, INC., as successor :
to Quimica Knoll de Mexico, S.A. de C.V., :
AEROFLOT LINEAS AEREAS SOVIETICAS, :
ALBET INGENIERA Y SISTEMAS, BANCO :
BILBAO VIZCAYA ARGENTINA, S.A., :
BANCO BILBAO VIZCAYA ARGENTINA :
PANAMA, S.A., as successor to Banco Exterior :
Panama, S.A., BANCO DE CREDITO DEL :
PERU, as successor to Financiera Nacional S.A., :
BANCO DE ESPANA, BANCO ESPANOL DE :
CREDITO, BANCO MONEX S.A., BANCO :
NACIONAL DE MEXICO, S.A., BANCO :
PAULISTA S.A., BNP PARIBAS, BNP :
PARIBAS ESPANA, S.A., BANCO :
SANTANDER S.A., BANCO SANTANDER :
TOTTA, S.A., as successor to Banco Totta & :
Acores S.A., CAJA DE AHORROS Y MONTE :
DE PIEDAD DE MADRID, CASA DE :
CAMBIO MONEX, S.A., CREDIT SUISSE :
GROUP AG, as successor to Swiss American :
Securities, DRESDNER LATEINAMERIKA :
A.G., as successor to Dresdner Bank :
Lateinamerika A.G., ESTUDIOS MERCADOS :
Y SUMINISTROS S.L., GREEN DOWA :
HOLLAND BV, HSBC TRINKAUS & :
BURKHARDT AG, ING BANK N.V., :
INSTITUTO DE CARDIOLOGIA Y CIRUGIA :
CARDIOVASCULAR CUBA, :
INTERNATIONAL HANDLERS, INC., JSC :
ZARUBEZHTSVETMET, LTU :
LUFTRANSPORT-UNTERNEHMEN GMBH, :
NOVAFIN FINANCIERE S.A., PETROLEOS :
DE VENEZUELA S.A., PHILIPS MEXICANA :
S.A. DE C.V., PREMUDA S.P.A., SANPAOLO :
BANK S.A., SELECMAR SHIP :
MANAGEMENT, TUI UK LTD., as successor :
to Britannia Airways Ltd., TRYG :
FORSIKRING, as successor to Baltica Bank and :
Baltica Forsilkring, UNION BANCAIRE :
PRIVEE, VITOL ENERGY (BERMUDA) LTD :
and JEANNETTE FULLER HAUSLER as :
Successor Personal Representative of the Estate :
of ROBERT OTIS FULLER ("BOBBY :
FULLER"), Deceased, on behalf of THOMAS :
CASKEY as Personal Representative of the :

Estate of LYNITA FULLER CASKEY,  :
surviving daughter of ROBERT OTIS FULLER,  :
THE ESTATE OF ROBERT OTIS FULLER,  :
FREDERICK FULLER, FRANCIS FULLER,  :
GRACE LUTES, JEANNETTE FULLER  :
HAUSLER, and IRENE MOSS,  :
                                              :
         Adverse Claimants-  :
         Respondents.
----------------------------------------------------------x

## STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Adverse Claimant-Respondent Banco Bilbao Vizcaya Argentina, S.A. to answer, move or otherwise respond to the summons and third-party petition alleging claims in the nature of interpleader in this proceeding shall be extended without prejudice to and including February 9, 2011. No prior requests for an extension have been submitted.

Dated: New York, New York        CLEARY GOTTLIEB STEEN &
       January 10, 2011             HAMILTON LLP

                                       By: _____
                                           Lawrence B. Friedman

                                       One Liberty Plaza
                                       New York, NY 10006
                                       (212) 225-2840

                                       Attorneys for Adverse Claimant-Respondent
                                       Banco Bilbao Vizcaya Argentina, S.A.

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, NY 10017
(212) 450-4552

Attorneys for Garnishee-Respondents and
   Third-Party Petitioners Bank of America,
National Association, Citibank, N.A., and
JPMorgan Chase Bank, N.A.

SO ORDERED:
January 13, 2011

_____ U.S.D.J.
Victor Marrero

2