AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

**APPEARANCE**

Case Number: 09 Civ. 10289 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Novafin Financiere, S.A.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2011 | *signature* |
| Date | Signature |
| | Jason W. Sunshine — JS0562 |
| | Print Name — Bar Number |
| | One Bryant Park |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 872-1000    (212) 872-1002 |
| | Phone Number    Fax Number |