# Exhibit A

Case 1:09-cv-10289-VM   Document 132-1   Filed 01/19/11   Page 1 of 4

255 University Drive, Coral Gables, Florida 33134
Telephone: 305-665-3400 Facsimile: 305-665-2250

## Arán Correa Guarch & Shapiro, P. A.

# Fax

| To: | James L. Kerr, E | From: | Cary Herrera, Legal Assistant to Fernando S. Aran |
|---|---|---|---|
| Fax: | (212) 701-5552 | | |
| Phone: | (212) 450-4552 | | |
| To: | James W. Perkins, Esq. | Pages: | 3 |
| Fax: | (212) 801-6400 | | |
| Phone: | (212) 801-3188 | | |
| Re: | Jorge E. Morejon | Date: | 10/29/2010 |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Following please find self-explanatory letter.

Should you have any questions, thoughts or comments, kindly contact our offices.

Thank you.

## PLEASE FORWARD ALL OUR INCOMING FAXES TO 786-437-3682

# ARÁN CORREA GUARCH & SHAPIRO, P.A.

Attorneys at Law
255 University Drive
Coral Gables, Florida 33134
Telephone: (305) 665-3400
Telefax: (305) 665-2250

Fernando S. Arán
Danny Correa
J.M. Guarch, Jr.
Craig B. Shapiro

Julio C. Bertemati
Jason Bravo

Of counsel:
Oscar A. Garcia

Please reply to:
Coral Gables Office

OCEAN REEF OFFICE
31 Ocean Reef Drive
Suite C-208
Key Largo, Florida 33037
(305) 367-2500

Fernando S. Arán
FARAN@ACG-LAW.COM

October 29, 2010

**Facsimile: (212) 701-5552**
James L. Kerr, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017

**Facsimile: (212) 801-6400**
James W. Perkins, Esq.
Greenberg & Traurig, P.A.
MetLife Building
200 Park Avenue
New York, NY 10166

    RE:    Jorge E. Moreson [sic] (Morejón)
             c/o Matilde Ruiz de ZArate
             Jeannette Fuller Hausler vs P Morgan Chase Bank
             09 Civ. 10289 (VM)

Dear Counsel:

       The undersigned and the law firm of Arán Correa Guarch & Shapiro, P.A. represent the interests of Matilde Ruiz de Zarate (the "Assignor") and Fernando S. Arán and Marianela M. Arán (the "Assignees") of 41,000 shares of Cuba Republic Bonds which matured June 30th, 1977. (41-$1,000.00 Bonds).

       Please accept this letter as the notice of claim as required under the Notice of Action Seeking Turnover of Funds. The Bonds owned by the Assignees are currently held by Merrill Lynch, Pierce, Fenner & Smith under account number 73862956. A copy of their recent communication regarding the Bonds is enclosed.

    I remain,

                                Very truly yours,
                                ARÁN CORREA GUARCH & SHAPIRO, P.A.

                                Fernando S. Arán

FSA/ch



Clayton Stevenson
Global Economic Sanctions Executive
Bank of America Corporation
222 Broadway, 17th Floor
New York, New York 10038

March 4, 2010

**Fernando Aran and Marianela M. Aran**
**5730 SW 100th St.**
**Miami, FL 33156**

**IMPORTANT NOTICE** - Regarding Your Account Number       738-62956

Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), a wholly owned subsidiary of the Bank of America Corporation, has identified your brokerage account as holding 41,000 shares of Cuba Republic securities that are blocked (frozen) pursuant to economic sanctions directed at Cuba that are administered and enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") (see the Cuban Assets Control Regulations, 31 C.F.R. § 515 et seq.) Merrill Lynch is currently undertaking a process to strengthen its internal compliance controls with respect to these blocked assets. As part of this process, the specific blocked securities will be transferred into a separate blocked account, account number 6SY-62956, established in your name.

All transactions involving these blocked securities (such as selling, transferring, etc.) remain prohibited absent an authorization granted by specific license issued by OFAC. A specific license may be requested by completing an OFAC License Application, which can be found on OFAC's website referenced below, and submitting it to the following address:

> **Office of Foreign Assets Control**
> **U.S. Department of the Treasury**
> **Treasury Annex**
> **1500 Pennsylvania Avenue, NW**
> **Washington, DC 20220**

For more information regarding OFAC's economic sanctions programs, please consult the government's official web site at www.treas.gov/ofac or contact one of the following numbers:

| | |
|---|---|
| **OFAC Toll Free Hotline** | **1-800-540-6322** |
| **OFAC Local Hotline** | **1-202-622-2490** |
| **OFAC Licensing Division** | **1-202-622-2480** |

You may also contact your Financial Advisor with any questions.

Regards,

*Clay Stevenson*
Clayton Stevenson