# Exhibit B

Parties that Filed Claims Relating to the Issue of Bonds Known as the
**4-1/2% BONDS OF THE EXTERNAL DEBT OF THE REPUBLIC OF CUBA, 1937-1977,**

against the

**REPUBLIC OF CUBA**

with the

**FOREIGN CLAIMS SETTLEMENT COMMISSION**

| Claim Number | Decision Number | Name of Claimant | Face Amount of "1937-1977" Bonds Owned by Claimant[1] |
|---|---|---|---|
| CU-0832 | 3314 | American Insurance Co. | $145,000 |
| CU-2610 | 3397 | Atlantic Mutual Insurance Co. | $25,000 |
| CU-4946 | 1887 | Bissell, Alfred E. | $50,000 |
| CU-3473 | 3380 | Boyle, Betty G. | $5,000 |
| CU-8126 | 4073 | Carter, Charles E. | $2,300[2] |
| CU-3631 | 3736 | Diamond, Harold S.[3] | $200,000[4] |
| CU-8421 | 4576 | Ellis, Bejamin G. | $1,000[2] |
| CU-4847 | 1443 | Fatout, June Dorothy | $1,100 |
| CU-2285 | 2027 | Fidelity & Deposit Co. of Maryland | $50,000 |
| CU-0413 | 3639 | Insurance Co. of North America | $125,000 |
| CU-1916 | 6222 | Johansen, Harry T., Jr. | $31,000 |
| CU-4848 | 1139 | Judge, Grace May | $1,000 |
| CU-2822 | 980 | Kellogg, Alma C. | $1,000 |
| CU-4854 | 2641 | Lacey, Bill | $1,000 |
| CU-0245 | 3220 | Loyal American Life Insurance Co. | $25,000 |
| CU-3191 | 601 | Maise, Clemens R. | $1,000 |
| CU-4853 | 1760 | Mayer, Elfriede Steinberger | $1,100 |
| CU-4949 | 1854 | Parker, Susan B. | N/A[5] |
| CU-1913 | 3179 | Phoenix Insurance Co. | $94,000 |
| CU-4832 | 949 | Radermacher, Mary E. | $1,100 |
| CU-0121 | 2865 | Randolph, Max H. | Unspecified[6] |
| CU-8283 | 3419 | Rubert, Rudolph | $32,000[2] |
| CU-1234 | 2963 | Seldin, Charles K. | $2,000 |
| CU-1770 | 983 | White, Henry P. | $18,000 |

[1] These figures reflect the face amount of the bonds that the claimant owned or had an ownership interest in as determined by the Commission, and do not necessarily reflect the claimant's loss amount as certified by the Commission.

[2] The Commission's decision does not list the dates of issuance and maturity of the bond issue in question, although reference is made to a Cuban bond issue bearing 4-1/2% interest.

[3] Attorney in Fact for Susan Diamond and Lynn Diamond.

[4] This amount does not include an additional $10,000 worth of bonds that were purchased but later sold.

[5] The Commission found that the bonds at issue were purchased by the claimant after the date of the loss.

[6] The Commission's decision does not specify the face amount of the bonds for which a claim was brought.

EXHIBIT F