UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JEANNETTE HAUSLER,

                Petitioner,                      09 Civ. 10289 (VM)

    - against -

JP MORGAN CHASE BANK, N.A.,
CITIBANK, N.A., THE ROYAL BANK OF
SCOTLAND N.V. (FORMERLY KNOWN AS ABN
AMRO, N.V.), and NATIONAL BANK OF CANADA,

                Respondents.

------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

### AFFIDAVIT OF SERVICE

    Bryn Haffey, being duly sworn, deposes and says:

    1.    I am over the age of 18 years and reside in New York, New York. I am not a party to this action.

    2.    On the 19th day of January 2011, I served one copy of Petitioner's Reply Memorandum in Support of Turnover Order for Sinking Fund Reserve by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express, addressed to:

    Fernando S. & Marianela M. Arán
    Aran Correa Guarch & Shapiro, PA
    255 University Drive
    Coral Gables, FL 33134

                                                                Bryn Haffey

Sworn to before me this
19th day of January 2011

_____
Notary Public

MYRA BACHMANN
NOTARY PUBLIC, State of New York
No. 03-4700387
Qualified in Bronx County
Commission Expires August 31, 20__