

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, et al., <br><br> Petitioners, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., et al., <br><br> Garnishee-Respondents. <br><br>--- <br><br> JPMORGAN CHASE BANK, N.A., et al., <br><br> Garnishee-Respondents <br> and Third-Party Petitioners, <br><br> -against- <br><br> NOVAFIN FINANCIÈRE, S.A., et al., <br><br> Adverse Claimants-<br>Respondents. | 09 Civ. 10289 (VM) <br> ECF Case <br><br> Related to the JPM Chase/Citibank Turnover Proceeding <br><br> In Respect of a Judgment Entered in the State of Florida, <br> Case No. 02-12475-CA-09 |

### STIPULATION AND ORDER

It is hereby stipulated and agreed, by and between the undersigned counsel to the parties, that the deadline for adverse claimant-respondent Novafin Financière, S.A. to answer, move against, or otherwise respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader shall be February 17, 2011. This is Novafin's first such request.

Dated: January 18, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/11

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Jason W. Sunshine
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002 (fax)
jsunshine@akingump.com

*Attorney for Novafin Financière, S.A.*

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
James.Kerr@davispolk.com

*Attorney for Garnishee-Respondents and Third-Party Petitioners*

It is SO ORDERED.

_____
Victor Marrero
United States District Judge

Dated: 19 January 2011