UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEANNETTE FULLER HAUSLER, et al,  :
: 
        Petitioner,  :
:
v.  :
: 09 Civ. 10289 (VM)
JP MORGAN CHASE BANK, N.A., et al,  :
:
        Garnishee-Respondents.  : Related to JPM Chase/Citibank
: Turnover Proceeding
-------------------------------------------------------------X
JP MORGAN CHASE BANK, N.A., et al  : In Respect of a Judgment Entered
: in the State of Florida
        Garnishee-Respondents and  : Case No. 02-12475-CA-09
        Third-Party Petitioners,  :
:
v.  :
:
BANCO FINANCIERO INTERNACIONAL  :
S.A., et al,  :
:
        Adverse Claimants- :
        Respondents.  :
-------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Adverse Claimant-Respondent Permuda S.p.A. certifies that the following are corporate parents, subsidiaries, or affiliates of the Adverse Claimant-Respondent:

NONE.

Dated: January 21, 2011
New York, NY

                                            Adverse Claimant-Respondent
                                            Premuda S.p.A.,

By: _____
                                            Claurisse Campanale-Orozco (CC3581)
                                            Tisdale Law Offices, LLC
                                            60 East 42nd Street, Suite 1638
                                            New York, NY 10165
                                            Tel:    212 354 0025
                                            Fax:   212 869-0067
                                            corozco@tisdale-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 21, 2011, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Claurisse Campanale-Orozco