*Marrero, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER ("BOBBY FULLER"), Deceased,
on behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA FULLER
CASKEY, surviving daughter of ROBERT OTIS
FULLER, THE ESTATE OF ROBERT OTIS
FULLER, FREDERICK FULLER, FRANCIS
FULLER, GRACE LUTES, JEANNETTE
FULLER HAUSLER, and IRENE MOSS,

     Petitioner,

   - against -

JPMORGAN CHASE BANK, N.A., CITIBANK,
N.A., UBS AG, THE ROYAL BANK OF
SCOTLAND N.V. (FORMERLY KNOWN AS
ABN AMRO BANK N.V.), and BANK OF
AMERICA, NATIONAL ASSOCIATION,

     Garnishee-Respondents.
--------------------------------------------------------------- X

CITIBANK, N.A.,

     Garnishee-Respondent
     and Third-Party
     Petitioner,

   - against -

BANCO POPULAR DE AHORRO, CAJA DE
AHORROS Y PENSIONES DE BARCELONA,
LINSHANG BANK CO., LTD., TECNOIMPORT
HAVANA, CUBA, and JEANNETTE FULLER
HAUSLER, as Successor Personal Representative
of the Estate of ROBERT OTIS FULLER
("BOBBY FULLER"), Deceased, on behalf of
THOMAS CASKEY as Personal Representative of
the Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER, and IRENE MOSS,

     Adverse Claimants-
     Respondents.
--------------------------------------------------------------- X

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of Judgment Entered
in the State of Florida, Case No.
02-12475-CA-09

**STIPULATION EXTENDING
THE TIME FOR LA CAJA
DE AHORROS Y
PENSIONES DE
BARCELONA TO ANSWER
THE THIRD-PARTY
PETITION**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11
```

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Citibank, N.A., the Garnishee-Respondent and Third-Party Petitioner herein, and counsel for La Caja de Ahorros y Pensiones de Barcelona, one of the Adverse Claimants-Respondents herein ("la Caixa"), that la Caixa's time to answer, move against or otherwise respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader shall be and hereby is extended from January 24, 2011 to and including February 14, 2011. This is the second request for an extension.

Dated: New York, New York
January 20, 2011

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
450 Lexington Avenue
New York, New York 10017
(212) 450-4552
james.kerr@davispolk.com

*Attorneys for Garnishee-Respondent
and Third-Party Petitioner Citibank, N.A.*

VENABLE LLP

By: _____
Brian C. Dunning (BD1163)
1270 Avenue of the Americas
New York, New York 10020
(212) 307-5500
bdunning@venable.com

*Attorneys for Adverse Claimant-
Respondent Caja de Ahorros y
Pensiones de Barcelona*

SO ORDERED: 21 January 2011

_____
Victor Marrero
United States District Judge

-2-