*Marrero, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
JEANNETTE FULLER HAUSLER as
Successor Personal Representative of the Estate
of ROBERT OTIS FULLER, et al.,

    Petitioners,

  -against-

JPMORGAN CHASE BANK, N.A., et al.,   09 Civ. 10289 (VM)

    Garnishee-Respondents.   Related to JPM Chase/Citibank
                  Turnover Proceeding

---------------------------------------- x In Respect of a Judgment
JPMORGAN CHASE BANK, N.A., et al.,   Entered in the State of Florida,
                  Case No. 02-12475-CA-09
    Garnishee-Respondents
    and Third-Party       **STIPULATION AND ORDER**
    Petitioners,

  -against-

BANCO FINANCIERO INTERNACIONAL
S.A., BANCO BILBAO VIZCAYA
ARGENTINA, S.A., BANCO BILBAO
VIZCAYA ARGENTINA PANAMA, S.A., et
al.

    Adverse Claimants-
    Respondents
---------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/11
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, through their respective counsel, that the time of Banco Bilbao Vizcaya Argentina, S.A. and Banco Bilbao Vizcaya Argentina Panama, S.A. to answer or move with respect to the Third-

Party Petition Alleging Claims in the Nature of Interpleader be, and hereby is, extended from February 9, 2011 to and including February 28, 2011.

This is (a) the second request for an adjournment on behalf of Banco Bilbao Vizcaya Argentina, S.A., (b) the first request on behalf of Banco Bilbao Vizcaya Argentina Panama, S.A., and (c) the first request by the undersigned counsel for those entities.

Dated: New York, New York
February 2, 2011

DAVIS POLK & WARDELL, LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
(212) 450-4552
James.Kerr@davispolk.com

*Attorneys for Garnishee-Respondents and Third-Party Petitioners Bank of America, National Association, Citibank, N.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland N.V. and UBS AG*

WHITE & CASE LLP

By: _____
Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Adverse Claimants-Respondents Banco Bilbao Vizcaya Argentina, S.A. and Banco Bilbao Vizcaya Argentina Panama, S.A.*

2 February 2011

SO ORDERED: _____
Hon. Victor Marrero
United States District Judge