UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, et al., | : 09 Civ. 10289 (VM) |
| Petitioner, | : |
| v. | : Related to JPM Chase/Citibank |
| | : Turnover Proceeding |
| JP MORGAN CHASE BANK, N.A., et al., | : In Respect of a Judgment Entered |
| | : in the State of Florida |
| Garnishee-Respondents. | : Case No. 02-12475-CA-09 |

------------------------------------------------------- X

JP MORGAN CHASE BANK, N.A., et al.,

    Garnishee-Respondents and
    Third-Party Petitioners,

v.

BANCO SANTANDER S.A., et al.,

    Adverse Claimants-
    Respondents.

------------------------------------------------------- X

## BANCO SANTANDER, S.A.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Banco Santander S.A., states that Banco Santander, S.A. is a publicly-traded company. Banco Santander S.A. has no parent company and no publicly-traded company owns ten percent or more of its stock.

Dated: February 3, 2011

Respectfully submitted,

**HUNTON & WILLIAMS LLP**

By:   /s/ Paulo R. Lima
      Paulo R. Lima
      1111 Brickell Avenue, Suite 2500
      Miami, FL 33131
      Telephone: (305) 810-2500
      Facsimile: (305) 810-2460
      Email: plima@hunton.com

*Counsel for Adverse Claimant-Respondent Banco Santander, S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, I electronically filed a copy of the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT, which will cause a copy to be served on all counsel of record via the Court's CM/ECF system. I further certify that a true copy is being served via U.S. mail on all counsel of record not registered to receive automatic notices of electronic filing.

                          /s/ Paulo R. Lima
                          Paulo R. Lima