09 CIV 10289

PROOF OF SERVICE BY MAIL

RECEIVED DEC 29 2010 CHAMBERS OF JUDGE MARRERO

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action: My business address is Hugh E. Stancil 816 "L" Street Bakersfield, CA 93304.

On December 20, 2010, Iserved the foregoing document(s) described as ANSWER TO INTERPLEADER PETITION on the interested parties in the action addressed as follows:

Honorable Victor Marrerro
500 Pearl Street
New York, New York 1007

James L. Kerr
Karen E. Wagenr
450 Lexington Ave
New York, New York 10017

James W. Perkins
200 Park Ave 38th Fl
New York, New York 10166

Said service was made by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above and

Placing the envelope for collection and mailing on the date and at our business address following our business practices. Iam readily familiar with this business's practice for collecting and processing correspondence for mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Executed on December 20, 2010 at Bakersfield, California.

(STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Shlawn D. Burrell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/11

SO ORDERED. The parties are directed to respond by 2-11-11 to the matter raised in the submission above.

2-8-11
DATE          VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 09 Civ. 10289 (VM)

JEANNETTE FULLER HAUSLER, ET AL.,

    Petitioner

-against-

JPMORGAN CHASE BANK, N.A., ET AL.,

    Garnishee-Respondents

---

JPMORGAN CHASE BANK, N.A.

    Garnishee-Respondent
    And Third Party Petitioner,

    -against-
    HUGH E. STANCIL
JOHN DOES 1-100, ET AL

    Adverse Claimants-
    Respondents

---

## ANSWER TO INTERPLEADER PETITION

Hugh E. Stancil, bond holder of the 4 1/2% external bond in in pro-se, hereby requests an extension of time, of the 11/30/10 order to include an extension of time from 11/30/10 - 12/30/10 due to the fact that the petitioner, is a parapelgic, since 02/13/10, and that a death in our family occurred on 11/16/10. petitioner requests an extension of time, to prepare and incorporate the third party interpleader answer. Hugh E. Stancil, a bond holder files an answer against JPMORGAN CHASE BANK N.A. and states as follows:

-1-

December 20, 2010

To: Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: Answer to the Interpleader petition of Hugh E.Stancil
    Hausler v. JPMORGAN CHASE BANK, N.A., Citibank, N.A. and
    UBS AG, 09 C iv. 19289 (VM)

Dear Honorable Victor Marrero:

Please be advised that my communication directly to your court room was necessary despite this legal air of confusion. I wanted the court to be equally aware of my legal concerns. During these matters. Where my participation or the lack thereof could be used against me. This communication to your bench, should not violate any current orders. In closing, I have the utmost respect for your judical discernment in the aforementioned matters. Please review and advise.

Respectfully Submitted,

*Hugh E. Stancil* (signature)

Hugh E. Stancil
816 "L" Street
Bakersfield, CA 93304

email: hughstancilh@aol.com
(661) 381-0808
(661) 325-5756

(1) Hugh E.Stancil, lacks the knowledge or information sufficient to form a belief as to the truthfullness of all the allegations set forth in paragraphs, 1,2, and 3 of the interpleader petitions And therefore demands compliance to this motion of the fact.

(2) Then Hugh E.Stancil denies any and all other allegations, as set forth an interpleader petition.

(3) Hugh E.Stancil admits the allegations set forth in paragraphs, 4,5,6,7,8,9,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26. of the interpleader petition as not specifically admitted herein. Wherefore Hugh E.Stancil respectfully requests that the court enter a judgement determining that:

(1) Hugh E.Stancil, bond holds 1 share of the 4 1/2% of the external debt bond of the Republic of Cuba, 1937 - 1977 (the external debt bonds).

(2) Hugh E.Stancil, bond holder claim to the external debt bond is superior and/or equal to the claims of the petitioner, JEANETTE FULLER HAUSLER, and that of the 3rd party petitioned: JPMORGAN CHASE BANK N.A..

(3) That any and all statue of limitatgions concerning claims by the Hugh E.Stancil bond holders or other holders, of external bonds were tolled once the account created to repay the external, debt bond were blocked by the Cuban asset controlled regulations. The United States Treasury Department and all other statutory acts of regulations, of the federal government agencies of the United States of America. Including but not limited to set the office of foreign assets control on or about 07/08/1963.

Dated: December 20,2010                               Respectfully Submitted,

                                                      /s/ Hugh E. Stancil
                                                      Hugh E. Stancil