```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11
```

**Davis Polk**

James L. Kerr

Davis Polk & Wardwell LLP    212 450 4552 tel
450 Lexington Avenue         212 701 5552 fax
New York, NY 10017           james.kerr@davispolk.com

New York   Madrid
Menlo Park Tokyo
Washington DC Beijing
London     Hong Kong
Paris



February 9, 2011

Re:   Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al., No. 09
      Civ 10289 (VM)

Hon. Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Suite 660
New York, NY 10007

Dear Judge Marrero:

This firm represents the Garnishee-Respondents and Third-Party Petitioners in the above-captioned case, including Citibank, N.A. ("Citibank").

By its letter brief submitted yesterday, February 8, 2011, counsel for Petitioner requested that the Court enter a turnover order for all remaining funds subject to Petitioner's Tranche I Turnover Petition, all of which funds are held by Citibank. Petitioner is, in effect, seeking entry of a default judgment against an adverse claimant-respondent that is located in the People's Republic of China, and which this firm has attempted to serve pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters. To date, we have not receive any confirmation that that party, Shanghai Pudong Development Bank, has been served.

In any event, we would respectfully request until the close-of-business on Friday, February 11, 2011 to respond in writing to Petitioner's letter brief.

Very truly yours,

James L. Kerr

cc:   James W. Perkins, Esq. (by email)
      David A. Baron, Esq. (by email)
      Roberto Martinez, Esq. (by email)

> Request GRANTED. The time for respondent Citibank to respond to plaintiff's letter brief dated 2-8-11 is extended to 2-11-11, such response to show cause why the relief requested should not be granted.
>
> SO ORDERED.
>
> 2-10-11
> DATE            VICTOR MARRERO, U.S.D.J.