UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE HAUSLER,

    Petitioner,

v.

JP MORGAN CHASE BANK, N.A,
CITIBANK, N.A., THE ROYAL BANK
OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO, N.V.), and
NATIONAL BANK OF CANADA,

    Respondents.

Civil Action No. 09 Civ. 10289 (VM)

[Stamp: RECEIVED FEB 10 2011 CHAMBERS OF JUDGE MARRERO]

## SECOND STIPULATION AND ORDER EXTENDING TIME FOR NATIONAL BANK OF CANADA TO RESPOND TO PETITION FOR TURNOVER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned, that the time for Respondent National Bank of Canada to answer, move or otherwise respond to the summons, notice of petition for turnover order, and petition for turnover in this proceeding shall be extended to and including February 28, 2011. Pursuant to this Court's Individual Practices, the parties advise the Court that this is the second requested extension.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/10/11]

Dated: Washington, DC
February 9, 2011

Respectfully submitted,

| GREENBERG TRAURIG, LLP | WHITE & CASE LLP |
|---|---|
| By: *[signature]*<br>James W. Perkins (JWP-6684)<br>*Attorneys for Petitioner*<br>*Jeannette Hausler*<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400 | By: *[signature]*<br>Nicole Erb (NE-7104)<br>Frank Panopoulos (FP-6975)<br>*Attorneys for Garnishee-Respondent*<br>*National Bank of Canada*<br>701 13th Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355 |

**SO ORDERED**

*[signature]*

U.S. District Judge Victor Marrero

Dated: *10 February*, 2011

2