UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, <br><br> Petitioner, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A, CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA, <br><br> Garnishee-Respondents. | 09 Civ. 10289 (VM) <br><br> (Related to the JPM Chase/Citibank Turnover Proceeding) <br><br> RE: Fidel Castro Ruz, Raul Castro Ruz, The Republic of Cuba, and The Cuban Revolutionary Armed Forces <br><br> **AFFIDAVIT OF SERVICE** |

SANDY X. LUBIN, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Brooklyn, New York.

On the 14th day of February 2011, I served one copy of the Petitioner's Reply Memorandum In Support Of Turnover Order For Sinking Fund Reserve by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express, addressed to:

Hugh E. Stancil
816 L. Street
Bakersfield, CA 93304

_____
SANDY X. LUBIN

Sworn to before me this
14th day of February 2011

_____
Notary Public

CHRISTY SCHAEFFER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4769958
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES AUG 31, 2014