UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, *et al.*, <br><br> Petitioners, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents. <br><hr> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents <br> and Third-Party Petitioners, <br><br> -against- <br><br> NOVAFIN FINANCIÈRE, S.A., *et al.*, <br><br> Adverse Claimants-<br>Respondents. | 09 Civ. 10289 (VM) <br> ECF Case <br><br> Related to the JPM Chase/Citibank Turnover Proceeding <br><br> In Respect of a Judgment Entered in the State of Florida, <br> Case No. 02-12475-CA-09 |

## NOVAFIN FINANCIÈRE, S.A.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Adverse Claimant-Respondent Novafin Financière, S.A. ("Novafin"), by and through undersigned counsel, hereby submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1. Novafin has no parent corporation, and no publicly held corporation owns 10 percent or more of Novafin's stock.

Dated: February 17, 2011

                      AKIN GUMP STRAUSS HAUER & FELD LLP

BY: _____
                      Jason W. Sunshine
                      AKIN GUMP STRAUSS HAUER & FELD LLP
                      One Bryant Park
                      New York, NY 10036
                      (212) 872-1000
                      (212) 872-1002 (fax)
                      jsunshine@akingump.com

                      *ATTORNEYS FOR NOVAFIN FINANCIÈRE, S.A.*