```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEANETTE FULLER HAUSLER, et al.,         :     09 Civ. 10289 (VM)
                                         :
         Petitioner,                     :     Related to JPMChase/Citibank
                                         :     Turnover Proceeding
         -against-                       :
                                         :     In Respect of a Judgment Entered
JP MORGAN CHASE BANK, N.A., et al.,      :     in the State of Florida
                                         :     Case No. 02-12475-CA-09
         Garnishee-                      :
         Respondents.                    :
-----------------------------------------------------------x
JP MORGAN CHASE BANK, N.A., et al.,      :
                                         :
         Garnishee-Respondents and       :     TRANCHE III
         Third-Party Petitioners,        :
                                         :
         -against-                       :
                                         :
BANCO FINANCIERO INTERNACIONAL           :
S.A., et al.,                            :
                                         :
         Adverse Claimants-              :
         Respondents.                    :
                                         :
-----------------------------------------------------------x

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for third-party petitioners and adverse claimant-respondent Caja de Ahorros y Monte de Piedad de Madrid ("Caja Madrid") as follows:

1.   The time for Caja Madrid to answer, move or otherwise respond to the Third-Party Petition Alleging Claims In The Nature Of Interpleader filed in this action is hereby extended through and including March 24, 2011.

2.   No prior request for such an extension of time has been made.

3.  This stipulation is without prejudice to any defense or objection that Caja Madrid may interpose with respect to this proceeding or to the jurisdiction or venue of the Court, and Caja Madrid expressly reserves all such defenses and objections.

Dated: February 17, 2011

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr
450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
james.kerr@davispolk.com

*Attorneys for Garnishee Respondents and Third-Party Petitioners Bank of America, National Association, Citibank, N.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland N.V. and UBS AG*

Dated: February 18, 2011

ALLEN & OVERY LLP

By: _____
Todd S. Fishman
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
todd.fishman@newyork.allenovery.com

*Attorneys for Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid*

SO ORDERED: 18 February 2011

_____
Hon. Victor Marrero (U.S.D.J.)