UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, et al., | |
| Petitioner, | |
| -against- | |
| JPMORGAN CHASE BANK, N.A., et al., | 09 Civ. 10289 (VM) |
| Garnishee-Respondents. | Related to JPM Chase/Citibank Turnover Proceeding |
| JPMORGAN CHASE BANK, N.A., et al., | In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09 |
| Garnishee-Respondents and Third-Party Petitioners, | **NOTICE OF APPEARANCE** |
| -against- | |
| BANCO FINANCIERO INTERNACIONAL, S.A., BANCO BILBAO VIZCAYA ARGENTARIA, S.A., et al., | |
| Adverse Claimants-Respondents. | |

---

To the Clerk of this court and all parties of record:

Respectfully enter my appearance as counsel in this case for Banco Bilbao Vizcaya Argentaria, S.A. (named incorrectly as Banco Bilbao Vizcaya "Argentina," S.A.). I certify that I am admitted to practice in this court.

Dated: New York, New York
      February 24, 2011

WHITE & CASE LLP

By: _____
Kenneth A. Caruso, KC7769

1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (347) 354-8113

*Attorneys for Adverse Claimant-Respondent*
*Banco Bilbao Vizcaya Argentaria, S.A.*