UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
JEANNETTE FULLER HAUSLER as :
Successor Personal Representative of the Estate :
of ROBERT OTIS FULLER, et al., :
:
         Petitioner, :
:
    -against- :
:
JPMORGAN CHASE BANK, N.A., et al., :  09 Civ. 10289 (VM)
:
         Garnishee-Respondents. :  Related to JPM Chase/Citibank
:  Turnover Proceeding
:
---------------------------------------------------------- x  In Respect of a Judgment
JPMORGAN CHASE BANK, N.A., et al., :  Entered in the State of Florida,
:  Case No. 02-12475-CA-09
         Garnishee-Respondents :
         and Third-Party :  **NOTICE OF APPEARANCE**
         Petitioners, :
:
    -against- :
:
BANCO FINANCIERO INTERNACIONAL, :
S.A., BANCO BILBAO VIZCAYA :
ARGENTARIA, S.A., et al., :
:
         Adverse Claimants- :
         Respondents. :
:
---------------------------------------------------------- x

To the Clerk of this court and all parties of record:

Respectfully enter my appearance as counsel in this case for Banco Bilbao Vizcaya Argentaria, S.A. (named incorrectly as Banco Bilbao Vizcaya "Argentina," S.A.). I certify that I am admitted to practice in this court.

Dated: New York, New York
February 24, 2011

WHITE & CASE LLP

By: _____
Joshua D. Weedman, JW7228

1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (347) 354-8113

*Attorneys for Adverse Claimant-Respondent
Banco Bilbao Vizcaya Argentaria, S.A.*

2