# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

JEANNETTE FULLER HAUSLER as
Successor Personal Representative of the Estate
of ROBERT OTIS FULLER, et al.,

            Petitioner,

      -against-

JPMORGAN CHASE BANK, N.A., et al.,

          Garnishee-Respondents.

    09 Civ. 10289 (VM)

    Related to JPM Chase/Citibank
Turnover Proceeding

---------------------------------------------------------- x

JPMORGAN CHASE BANK, N.A., et al.,

          Garnishee-Respondents
and Third-Party
Petitioners,

      -against-

BANCO FINANCIERO INTERNACIONAL,
S.A., BANCO BILBAO VIZCAYA
ARGENTARIA, S.A., et al.,

          Adverse Claimants-
Respondents.

    In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

    **BANCO BILBAO VIZCAYA
ARGENTARIA, S.A.'S RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

---------------------------------------------------------- x

Adverse Claimant-Respondent Banco Bilbao Vizcaya Argentaria, S.A. (named incorrectly as Banco Bilbao Vizcaya "Argentina," S.A.) ("BBVA"), by and through its attorneys, White & Case LLP, hereby submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1. BBVA has no parent corporation, and no publicly held corporation owns 10 percent or more of BBVA's stock.

Dated: New York, New York
       February 24, 2011

WHITE & CASE LLP

By: _____
    Kenneth A. Caruso

1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Adverse Claimant-Respondent*
*Banco Bilbao Vizcaya Argentaria, S.A.*