UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER, et al.,

                Petitioner,         09 CIV. 10289 (VM)

      -against-

JPMORGAN CHASE BANK, N.A., et al.,

                Garnishee-Respondents.
───────────────────────────────── x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kenneth Andrew Caruso

☐ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KC7769

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: Bracewell & Giuliani, LLP

    To: White & Case LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 1155 Avenue of the Americas, New York, NY 10036

☐ *Telephone Number:* (212) 819-8853

☐ *Fax Number:* (212) 354-8113

☐ *E-Mail Address:* KCaruso@whitecase.com

Dated: 2/25/11                *Ken Caruso*