UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>          *Plaintiff-Petitioner,*<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A,<br>CITIBANK, N.A., THE ROYAL BANK<br>OF SCOTLAND N.V. (FORMERLY<br>KNOWN AS ABN AMRO, N.V.), and<br>NATIONAL BANK OF CANADA,<br><br>          *Garnishees-Respondents.* | Civil Action No. 09 Civ. 10289 (VM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Nicole Erb of the law firm of White & Case LLP, a member of the bar of this Court, hereby enters an appearance in this case on behalf of National Bank of Canada.

Dated:   February 28, 2011

                                WHITE & CASE LLP

                                By: _____
                                Nicole Erb
                                701 13th Street, N.W.
                                Washington, D.C. 20005
                                Phone: (202) 626-3600
                                Fax: (202) 639-9355
                                nerb@whitecase.com

                                *Counsel for Garnishee-Respondent*
                                *National Bank of Canada*