UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>      *Plaintiff-Petitioner*,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A,<br>CITIBANK, N.A., THE ROYAL BANK<br>OF SCOTLAND N.V. (FORMERLY<br>KNOWN AS ABN AMRO, N.V.), and<br>NATIONAL BANK OF CANADA,<br><br>      *Garnishees-Respondents*. | Civil Action No. 09 Civ. 10289 (VM)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

PLEASE TAKE NOTICE THAT Frank Panopoulos of the law firm of White & Case LLP, a member of the bar of this Court, hereby enters an appearance in this case on behalf of National Bank of Canada.

Dated:   February 28, 2011

WHITE & CASE LLP

By: ___[signature]___
Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Fax: (202) 639-9355
fpanopoulos@whitecase.com

*Counsel for Garnishee-Respondent*
*National Bank of Canada*