UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, | ) <br> ) <br> ) Civil Action No. 09 Civ. 10289 (VM) <br> ) |
| *Plaintiff-Petitioner*, | ) <br> ) |
| v. | ) RE: Fidel Castro Ruz, Raul Castro <br> ) Ruz, The Republic of Cuba, and |
| JP MORGAN CHASE BANK, N.A, <br> CITIBANK, N.A., THE ROYAL BANK <br> OF SCOTLAND N.V. (FORMERLY <br> KNOWN AS ABN AMRO, N.V.), and <br> NATIONAL BANK OF CANADA, | ) The Cuban Revolutionary Armed <br> ) Forces, <br> ) [JUDGMENT DEBTORS] <br> ) <br> ) <br> ) |
| *Garnishees-Respondents*. | ) <br> ) |

## **RULE 7.1 DISCLOSURE STATEMENT OF NATIONAL BANK OF CANADA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Garnishee-Respondent National Bank of Canada, a private non-governmental party, certifies, on information and belief, that:

1. National Bank of Canada is a publicly held corporation and does not have a parent corporation.

2. To the knowledge of National Bank of Canada's senior management, and according to the latest data available, no shareholder beneficially owns, directly or indirectly, or exercises control or direction over 10% or more of the outstanding Common Shares of National Bank of Canada.

Dated: Washington D.C.
       February 28, 2011

Respectfully submitted,

**WHITE & CASE LLP**

By: _____
Nicole Erb
Frank Panopoulos
*Attorneys for Garnishee-Respondent*
*National Bank of Canada*
701 13th Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Fax: (202) 639-9355