UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanette Fuller Hausler, et al.<br><br>Plaintiff,<br><br>-V-<br><br>JPMorgan Chase Bank, N.A., et al.<br><br>Defendant. | **CERTIFICATE OF MAILING**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/3/11<br><br>09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd Day of March, 2011

I served the

Amended Summons, Joint third-party petition, translation of both of these documents into Spanish and Certificates of accuracy provided by the translator as to the translations

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 29th Day of October, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 80 8120 4165

*Ruby J. K.*
CLERK

Dated: New York, NY

- Ground
- DHL@home

Do not use this pack

lority Mail®, and Global Express Guaranteed® packaging Postal Service® and is provided free of charge

**EXPRESS WORLDWIDE**
DHL Online

**DOX**

**DHL EXPRESS**

From: Davis Polk c/o US District Court
James Kerr  Phone: 212-/45-0/4050
500 Pearl Stret
NEW YORK NY 10007
United States

Origin:
ZYP

To: Banco International De Comercio SA
20 De Mayo Y Ayestaran

Contact:
2124504050

**Municipio Habana Vieja, HAVANA**
Cuba

## CU-HAV

**SX**

Day   Time:

Date: 2011-03-04   Shpt Weight: **2.0 lb**   Piece: **1/1**

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 80  8120  4165

(2L)CU+42000064

(J)JD01 3036 3778 8000 0501

OFAC APPROVED SHIPMENT
DESTINATION CUBA
Account # 760960402

DHL EXPRESS

www.dhl-usa.com and on the DHL Waybill*.
DHL liability shall not exceed US $100.00. Shipment Value Protection may be arranged upon request. If this shipment involves an ultimate stop in a country other than the country of departure, the Warsaw Convention may be applicable

*Subject to change without n

B0048 (11/09) RTJ

© 2005 All rights reserved.