UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanette Fuller Hausler, et al. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -v- | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/3/11 |
| JPMorgan Chase Bank, N.A., et al. | |
| Defendant. | 09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd Day of March, 2011

I served the

Amended Summons, Joint third-party petition, translation of both of these documents into Spanish and Certificates of accuracy provided by the translator as to the translations

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 29th Day of October, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**80 8121 5192**

*Ruby J. Krajick*
CLERK

Dated: New York, NY

DHL Express (USA), Inc.
1200 S Pine Island
Plantation, FL 33324

LEP #10000410

Do not use this pack for these services
- Ground
- DHL@home℠ Residential De & Global Mail

Priority Mail®, and Global Express Guaranteed® packaging Postal Service® and is provided free of charge

DHL # 76096 0402

| EXPRESS WORLDWIDE DHL Online | DOX | DHL EXPRESS |
|---|---|---|

From: Davis Polk c/o US District Court
James Kerr  Phone: 212-450-4050
500 Pearl Street
NEW YORK NY 10007
United States

Origin: ZYP

To: Banco Popular De Ahorro
Calle 16 #306E
3A Y 5A Avenue

**0000, Miramar, Playa
Cuba**

Contact: 2124504050

## CU-HAV

**SX**

Date: 2011-03-04
Shpt Weight: 2.0 lb
Piece: 1/1

These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S law prohibited.

Content: Documents

WAYBILL 80  8121  5192

(2L)CU0000+42000064

(J)JD01 3036 3778 8000 1464

www.dhl-usa.com and or DHL Waybill*. liability shall not exc $100.00. Shipment V action may be arrang request. If this ship ves an ultimate stop try other than the co parture, the Warsaw ention may be appli ect to change witho

All rights reserved.