UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanette Fuller Hausler, et al.<br><br>Plaintiff,<br><br>-v-<br><br>JPMorgan Chase Bank, N.A., et al.<br><br>Defendant. | **CERTIFICATE OF MAILING**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/3/11<br><br>09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd Day of March, 2011

I served the

Amended Summons, Joint third-party petition, translation of both of these documents into Spanish and Certificates of accuracy provided by the translator as to the translations

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 29th Day of October, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**80 8121 1025**

*Ruby J. Krajick*
CLERK

Dated: New York, NY

DHL Express (USA), Inc.
1200 S Pine Island Rd
Plantation, FL 33324

Do not use this pack for these services:
- Ground
- DHL@home℠ Residential Delivery
- ... art & Global Mail

**EXPRESS WORLDWIDE** — DOX — DHL
DHL Online

From: Davis Polk c/o US District Court
James Kerr  Phone: 212-450-4050
500 Pearl Street
NEW YORK NY 10007
United States

Origin: ZYP

To: Instituto De Cardiologia y
Cirugia Cardiovascular Cuba
Calle 17 No. 703
Esquina A
**Vedado, La Habana, HAVANA**
Cuba

Contact: 2124504050

CU-HAV

SX

Date: 2011-03-04   Shpt Weight: 2.0 lb   Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 80  8121  1025

(2L)CU+42000064

(J)JD01 3036 3778 8000 1112

OTHER DOCUMENT PREPARATION
PROVED SHIPMENT
ATION CUBA
# 7609 60402

DHL EXPRESS