UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanette Fuller Hausler, et al.<br><br>               Plaintiff,<br><br>               -V-<br><br>JPMorgan Chase Bank, N.A., et al.<br><br>               Defendant. | **CERTIFICATE OF MAILING**<br><br>**USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/3/11**<br><br>09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd Day of March, 2011

I served the

Amended Summons, Joint third-party petition, translation of both of these documents into Spanish and Certificates of accuracy provided by the translator as to the translations

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 29th Day of October, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 80 8120 7024

                                                                                                        CLERK

Dated: New York, NY

Do not use this pack for these services:
- Ground
- DHL@home℠ Residential Delivery
- Global Mail

Priority Mail®, and Global Express Guaranteed® packaging by the Postal Service® and is provided free of charge

Express (USA), Inc.
0 S Pine Island Rd
Plantation, FL 33324

LEP #10000410 (08/08)CPI

| EXPRESS WORLDWIDE DHL Online | DOX | DHL EXPRESS |

From: Davis Polk c/o US District Court
James Kerr  Phone: 212-450-4050
500 Pearl Street
NEW YORK NY 10007
United States

Origin:
ZYP

To: Selecmar Ship Management
Calle 49a #3425
Esquina 49b Rpto

Kohly Playa, HAVANA
Cuba

Contact:
2124504050

# CU-HAV

SX

Date: 2011-03-04
Shpt Weight: 2.0 lb
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
Dcouments

WAYBILL 80  8120  7024

(2L)CU+42000064

(J)JD01 3036 3778 8000 0758