UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeanette Fuller Hausler, et al. | CERTIFICATE OF MAILING |
| Plaintiff, | |
| -v- | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 3/3/11 |
| JPMorgan Chase Bank, N.A., et al. | |
| Defendant. | 09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 3rd Day of March, 2011

I served the

Amended Summons, Joint third-party petition, translation of both of these documents into Spanish and Certificates of accuracy provided by the translator as to the translations

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 29th Day of October, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**80 8120 1785**

*Ruby J. Krajick*
CLERK

Dated: New York, NY

DHL Express (USA), Inc.
1200 S Pine Island Rd
Plantation, FL 33324

LEP #10000410 (08/08) CPI

Do not use this pack for these services:
- Ground
- me℠ Residential Delivery
- Int & Global Mail

Mail®, and Global Express Guaranteed® packaging
Service® and is provided free of charge

| EXPRESS WORLDWIDE | DOX | DHL EXPRESS |
|---|---|---|
| DHL Online | | |

From: Davis Polk c/o US District Court
James Kerr  Phone: 212-/45-0/4050
500 Pearl Street
NEW YORK NY 10007
United States

Origin:
ZYP

To: Banco Popular De Ahorro
Calle 16 #306E
3A Y 5A Avenue

0000, Miramar, Playa, HAVANA
Cuba

Contact:
2124504050

CU-HAV

SX

Date: 2011-03-04
Shpt Weight: 2.0 lb
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Documents

WAYBILL 80  8120  1785

(2L)CU0000+42000064

(J)JD01 3036 3778 8000 0283

Place Waybill Pouch or peel and stick Waybill in this area.

DHL EXPRESS