UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,        :

            Petitioner,                  :

     -against-                           :

JPMORGAN CHASE BANK, N.A., et al.,       :

            Garnishee-Respondents.       :
                                              09 Civ. 10289 (VM)
                                         :
                                              Related to JPM Chase/Citibank
---------------------------------------- X    Turnover Proceeding
                                         :
JPMORGAN CHASE BANK, N.A., et al.,            In Respect of a Judgment
                                         :    Entered in the State of Florida,
            Garnishee-Respondents and         Case No. 02-12475-CA-09
            Third-Party Petitioners      :

     -against-                           :

BANCO FINANCIERO INTERNACIONAL           :
S.A., et al.,
                                         :
            Adverse Claimants-
            Respondents.

---------------------------------------- X
```

**NOTICE OF APPEARANCE**

    Please enter the appearance of Bernard J. Garbutt III, of the firm of Morgan, Lewis & Bockius LLP, as counsel for adverse claimant-respondent Estudios Mercados y Suministros S.L. in the above-captioned matter.  I certify that I am admitted to practice in this court.

Dated: March 3, 2011

          MORGAN, LEWIS & BOCKIUS LLP

          By: _____/S/_____
             Bernard J. Garbutt III (BG-1970)
             101 Park Avenue
             New York, NY  10178-0060
             Tel: (212) 309-6000
             Fax: (212) 309-6001
             bgarbutt@morganlewis.com

          *Attorney for Adverse-Claimant Respondent*
          *Estudios Mercados y Suministros, S.L.*