UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,        :

       Petitioner,                       :

  -against-                              :

JPMORGAN CHASE BANK, N.A., et al.,       :

       Garnishee-Respondents.             :
                                                            09 Civ. 10289 (VM)
                                                   : ECF Case

------------------------------------- X   Related to JPM Chase/Citibank
                                                     : Turnover Proceeding
JPMORGAN CHASE BANK, N.A., et al.,
                                                     : In Respect of a Judgment
       Garnishee-Respondents and            Entered in the State of Florida,
       Third-Party Petitioners          :   Case No. 02-12475-CA-09

  -against-                              :

BANCO FINANCIERO INTERNACIONAL          :
S.A., et al.,
                                                     :

       Adverse Claimants-
       Respondents.

------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ESTUDIOS MERCADOS Y SUMINISTROS S.L.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Estudios Mercados y Suministros, S.L. ("EMS") certifies, on information and belief, that EMS is a subsidiary of Patrimonio K-10, S.L., a limited partnership.  No publicly-traded company owns 10% or more of the stock of EMS.

-2-

Dated: March 4, 2011

                              MORGAN, LEWIS & BOCKIUS LLP

                              By: _____/S/_____
                                  Bernard J. Garbutt III (BG-1970)
                                  101 Park Avenue
                                  New York, NY  10178-0060
                                  Tel: (212) 309-6000

                                  *Attorneys for Adverse-Claimant*
                                  *Respondent Estudios Mercados y*
                                  *Suministros S.L.*

                                   *and*

Of Counsel:
James D. Pagliaro                       *Named (but not yet served) Adverse-*
Ramin Afshar-Mohajer               *Claimant Respondent Philips Mexicana*
Morgan, Lewis, & Bockius LLP      *S.A. de C.V.*
1701 Market Street
Philadelphia, PA  19103-2921
Tel: (215) 963-5000