UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER, and IRENE MOSS,

               Petitioner,

               -against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

               Garnishee-Respondents.



09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TURNOVER CLAIM AGAINST UBS AG AS TO UBS ACCOUNT #2 AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RELATED INTERPLEADER CLAIMS**

**TRANCHE III**

---------------------------------------------------------------X

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

               Garnishee-Respondents
               and Third-Party
               Petitioners,

               -against-

BANCO FINANCIERO INTERNACIONAL
S.A., BANCO INTERNACIONAL DE
COMERCIO, S.A., BANCO NACIONAL DE
CUBA, BANCO POPULAR DE AHORRO,

ABBOTT LABORATORIES, INC., as successor      :
to Quimica Knoll de Mexico, S.A. de C.V.,
AEROFLOT LINEAS AEREAS SOVIETICAS,           :
ALBET INGENIERA Y SISTEMAS, BANCO
BILBAO VIZCAYA ARGENTINA, S.A.,              :
BANCO BILBAO VIZCAYA ARGENTINA
PANAMA, S.A., as successor to Banco Exterior :
Panama, S.A., BANCO DE CREDITO DEL
PERU, as successor to Financiera Nacional S.A., :
BANCO DE ESPANA, BANCO ESPANOL DE            :
CREDITO, BANCO MONEX S.A., BANCO
NACIONAL DE MEXICO, S.A., BANCO              :
PAULISTA S.A., BNP PARIBAS, BNP
PARIBAS ESPANA, S.A., BANCO                  :
SANTANDER S.A., BANCO SANTANDER
TOTTA, S.A., as successor to Banco Totta &   :
Acores S.A., CAJA DE AHORROS Y MONTE
DE PIEDAD DE MADRID, CASA DE                 :
CAMBIO MONEX, S.A., CREDIT SUISSE
GROUP AG, as successor to Swiss American     :
Securities, DRESDNER LATEINAMERIKA
A.G., as successor to Dresdner Bank          :
Lateinamerika A.G., ESTUDIOS MERCADOS        :
Y SUMINISTROS S.L., GREEN DOWA
HOLLAND BV, HSBC TRINKAUS &                  :
BURKHARDT AG, ING BANK N.V.,
INSTITUTO DE CARDIOLOGIA Y CIRUGIA           :
CARDIOVASCULAR CUBA,
INTERNATIONAL HANDLERS, INC., JSC            :
ZARUBEZHTSVETMET, LTU                        :
LUFTRANSPORT-UNTERNEHMEN GMBH,
NOVAFIN FINANCIERE S.A., PETROLEOS           :
DE VENEZUELA S.A., PHILIPS MEXICANA          :
S.A. DE C.V., PREMUDA S.P.A., SANPAOLO
BANK S.A., SELECMAR SHIP                     :
MANAGEMENT, TUI UK LTD., as successor        :
to Britannia Airways Ltd., TRYG
FORSIKRING, as successor to Baltica Bank and :
Baltica Forsilkring, UNION BANCAIRE
PRIVEE, VITOL ENERGY (BERMUDA) LTD           :
and JEANNETTE FULLER HAUSLER as
Successor Personal Representative of the Estate :
of ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS      :
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,              :

2

surviving daughter of ROBERT OTIS FULLER, :
THE ESTATE OF ROBERT OTIS FULLER, :
FREDERICK FULLER, FRANCIS FULLER, :
GRACE LUTES, JEANNETTE FULLER :
HAUSLER, and IRENE MOSS, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Adverse Claimants- :
　　　　　　　　　Respondents.
————————————————————x

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TURNOVER CLAIM AGAINST UBS AG AS TO UBS ACCOUNT #2 AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RELATED INTERPLEADER CLAIMS

WHEREAS, on or about July 7, 2010, Petitioner filed and served on UBS AG. ("UBS") and the other Garnishee-Respondents a Petition for Turnover ("Turnover Petition III");

WHEREAS, Petitioner alleged that the account identified as UBS Account #2 in Exhibit F to Turnover Petition III contained the proceeds of a blocked electronic funds transfer ("EFT"), in respect of which Banco Internacional S.A. ("Banco Internacional"), an Ecuadorian party, was the originator and the originator's bank, UBS was the intermediary bank, Dresdner Bank Latinamerika A.G. ("Dresdner Bank"), a German Party, was the beneficiary's bank, and Banco Financiero Internacional S.A. ("Banco Financiero"), a Cuban party, was the beneficiary of the wire transfer, as those terms are defined in Article 4A of New York's Uniform Commercial Code;

WHEREAS, UBS answered Turnover Petition III on September 27, 2010;

WHEREAS UBS, together with the other Garnishee-Respondents, filed a Joint Third-Party Petition Alleging Claims in the Nature of Interpleader on October 29, 2010 ("Third-Party Petition");

3

WHEREAS, counsel for Petitioner and counsel for Citibank have agreed to defer without prejudice pursuit of claims concerning UBS Account #2;

WHEREAS, Banco Internacional, Dresdner Bank, and Banco Financiero have not appeared in this lawsuit or filed a responsive pleading as of the date of this stipulation;

WHEREAS, none of the Adverse Claimants-Respondents other than the undersigned Petitioner that have appeared in this litigation have asserted, or are alleged to have, claims to the funds held in UBS Account #2;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and SO ORDERED by the Court that

(a) Petitioner's claim against UBS for turnover of funds in UBS Account #2, as identified in Exhibit F to Petitioner's Turnover Petition III, be dismissed without prejudice and without fees or costs in this or a later-filed proceeding, and that

(b) UBS's claims in the nature of interpleader against the parties to the EFT underlying UBS Account #2, as alleged in paragraph 31(b) of the Third-Party Petition, be

dismissed without prejudice and without fees or costs in this or a later-filed proceeding.

Dated:  New York, New York
        March 8, 2011

DAVIS POLK & WARDWELL LLP

By: _____
        James L. Kerr
450 Lexington Avenue
New York, New York 10017
(212) 450-4552
James.Kerr@davispolk.com

*Attorneys for Garnishee-Respondents and Third-Party Petitioners Bank of America, National Association, Citibank, N.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.), and UBS AG*

GREENBERG TRAURIG, LLP

By: _____
        James W. Perkins
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-3188
PerkinsJ@gtlaw.com

*Attorneys for Petitioner Jeannette Hausler as Successor Personal Representative of the Estate of Robert Otis Fuller, ("Bobby Fuller"), Deceased, on behalf of Thomas Caskey as Personal Representative of the Estate of Lynita Fuller Caskey, surviving daughter of Robert Otis Fuller, The Estate Of Robert Otis Fuller, Frederick Fuller, Francis Fuller, Grace Lutes, Jeannette Fuller Hausler, and Irene Moss*

\* \* \*

SO ORDERED:

March __, 2011

_____
U.S.D.J.    Victor Marrero

5

| | |
|---|---|
| New York | Madrid |
| Menlo Park | Tokyo |
| Washington DC | Beijing |
| London | Hong Kong |
| Paris | |

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4552 tel
212 701 5552 fax
james.kerr@davispolk.com



March 8, 2011

Re:   Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.
      No. 09 Civ. 10289 (VM) (Tranche III)

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

Enclosed for Your Honor's consideration is a stipulation and proposed order of voluntary dismissal without prejudice of Petitioner's claim to the funds held in the account identified as UBS Account #2 in Exhibit F to the Turnover Petition filed on July 7, 2010. The stipulation and proposed order would also dismiss without prejudice the interpleader claims related to UBS Account #2. Other than Petitioner, who is a party to the enclosed stipulation, none of the Adverse Claimants who have appeared in this litigation have asserted, or are alleged to have, any claim to the funds held in UBS Account #2.

I would respectfully request that Your Honor so-order this stipulation.

Very respectfully yours,

James L. Kerr

Enclosure
cc:   Counsel for Petitioner