UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER, and IRENE MOSS,

               Petitioner,

      -against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

           Garnishee-Respondents.

————————————————————————x

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., UBS AG, THE ROYAL
BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO BANK N.V.), and
BANK OF AMERICA, NATIONAL
ASSOCIATION,

           Garnishee-Respondents
           and Third-Party
           Petitioners,

      -against-

BANCO FINANCIERO INTERNACIONAL
S.A., BANCO INTERNACIONAL DE
COMERCIO, S.A., BANCO NACIONAL DE
CUBA, BANCO POPULAR DE AHORRO,
ABBOTT LABORATORIES, INC., as successor
to Quimica Knoll de Mexico, S.A. de C.V.,

09 Civ. 10289 (VM)

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**DECLARATION OF
THOMAS M. NOONE
CONCERNING SERVICE OF
DOCUMENTS IN THE
RUSSIAN FEDERATION**

**TRANCHE III**

AEROFLOT LINEAS AEREAS SOVIETICAS,       :
ALBET INGENIERA Y SISTEMAS, BANCO        :
BILBAO VIZCAYA ARGENTINA, S.A.,          :
BANCO BILBAO VIZCAYA ARGENTINA           :
PANAMA, S.A., as successor to Banco Exterior   :
Panama, S.A., BANCO DE CREDITO DEL       :
PERU, as successor to Financiera Nacional S.A.,   :
BANCO DE ESPANA, BANCO ESPANOL DE        :
CREDITO, BANCO MONEX S.A., BANCO         :
NACIONAL DE MEXICO, S.A., BANCO          :
PAULISTA S.A., BNP PARIBAS, BNP          :
PARIBAS ESPANA, S.A., BANCO              :
SANTANDER S.A., BANCO SANTANDER          :
TOTTA, S.A., as successor to Banco Totta &   :
Acores S.A., CAJA DE AHORROS Y MONTE     :
DE PIEDAD DE MADRID, CASA DE             :
CAMBIO MONEX, S.A., CREDIT SUISSE        :
GROUP AG, as successor to Swiss American   :
Securities, DRESDNER LATEINAMERIKA       :
A.G., as successor to Dresdner Bank       :
Lateinamerika A.G., ESTUDIOS MERCADOS    :
Y SUMINISTROS S.L., GREEN DOWA           :
HOLLAND BV, HSBC TRINKAUS &              :
BURKHARDT AG, ING BANK N.V.,             :
INSTITUTO DE CARDIOLOGIA Y CIRUGIA       :
CARDIOVASCULAR CUBA,                     :
INTERNATIONAL HANDLERS, INC., JSC        :
ZARUBEZHTSVETMET, LTU                    :
LUFTRANSPORT-UNTERNEHMEN GMBH,           :
NOVAFIN FINANCIERE S.A., PETROLEOS       :
DE VENEZUELA S.A., PHILIPS MEXICANA      :
S.A. DE C.V., PREMUDA S.P.A., SANPAOLO   :
BANK S.A., SELECMAR SHIP                 :
MANAGEMENT, TUI UK LTD., as successor    :
to Britannia Airways Ltd., TRYG          :
FORSIKRING, as successor to Baltica Bank and   :
Baltica Forsilkring, UNION BANCAIRE      :
PRIVEE, VITOL ENERGY (BERMUDA) LTD       :
and JEANNETTE FULLER HAUSLER as          :
Successor Personal Representative of the Estate   :
of ROBERT OTIS FULLER ("BOBBY            :
FULLER"), Deceased, on behalf of THOMAS   :
CASKEY as Personal Representative of the   :
Estate of LYNITA FULLER CASKEY,          :
surviving daughter of ROBERT OTIS FULLER,   :
THE ESTATE OF ROBERT OTIS FULLER,        :

2

FREDERICK FULLER, FRANCIS FULLER,  :
GRACE LUTES, JEANNETTE FULLER      :
HAUSLER, and IRENE MOSS,           :
                                   :
                Adverse Claimants- :
                Respondents.       :
————————————————————————————————x

THOMAS M. NOONE, pursuant to 28 U.S.C. § 1746, hereby declares on

information and belief as follows:

1. I am an associate in the New York office of Davis Polk & Wardwell

LLP, attorneys in this proceeding for Garnishee-Respondents and Third-Party

Petitioners Bank of America, National Association, Citibank, N.A., JPMorgan

Chase Bank, N.A., The Royal Bank of Scotland N.V. (formerly known as ABN

AMRO Bank N.V.), and UBS AG.

2. On March 2, 2011, I spoke with Mr. Andre Baturin—the Deputy Head

of the International Division of the Legal Department of Aeroflot Lineas Aereas

Sovieticas ("Aeroflot"), an Adverse Claimant-Respondent in this lawsuit—

concerning a waiver of service of the Summons and Third-Party Petition Alleging

Claims in the Nature of Interpleader ("Third-Party Petition").  I told Mr. Baturin

that I was requesting a waiver because of an inability to serve process in Russia

via the Hague Convention on the Service Abroad of Judicial and Extra-Judicial

Documents in Civil or Commercial Matters, 20 U.S.T. 361 (1965).  Mr. Baturin

agreed to discuss my request for a waiver with Aeroflot's outside counsel, and, at

my request, provided his email address so that I could send him the following

documents: (1) a Notice of a Lawsuit and Request to Waive Service of a

Summons (Form 5 of the Federal Rules of Civil Procedure); (2) a Waiver of the

Service of Summons (Form 6 of the Federal Rules of Civil Procedure); (3) a summons to appear before this Court (English and Russian versions); and (4) the Third-Party Petition (English and Russian versions).  A copy of my email of March 2 to Mr. Barutin, attaching the above-listed documents, is appended hereto as Exhibit A.

3. On March 3, 2011, I received a reply email from Mr. Barutin indicating that he had received my email and would discuss my waiver request with Aeroflot's New York counsel.  A copy of Mr. Barutin's email of March 3 is appended hereto as Exhibit B.

4. On March 3, 2011, this firm sent via FedEx, a private international courier, courtesy copies of the above-listed documents, plus an additional copy of the Waiver of the Service of Summons and a pre-paid return envelope, to Mr. Barutin at Aeroflot's head office at 10 Arbat Street, 119002 Moscow, Russia.  A copy of the FedEx tracking report for this package, bearing tracking number 790734531762 is appended hereto as Exhibit C.

5. According to the tracking report for tracking number 790734531762, this package was delivered in Moscow on March 9, 2011.

6. On March 10, 2011, to correct an error in the original Waiver of the Service of Summons regarding the date on which the Notice of a Lawsuit and Request to Waive Service of a Summons was sent, I transmitted new versions of (a) the Notice of a Lawsuit and Request to Waive Service of a Summons, and (b) the Waiver of the Service of Summons to Mr. Barutin via email.  A copy of my email of March 10 is appended hereto as Exhibit D.

4

7. On March 11, 2011, Mr. Barutin acknowledged by email his receipt of the new versions of the Notice of a Lawsuit and Request to Waive Service of a Summons, and the Waiver of the Service of Summons.  A copy of Mr. Barutin's email of March 11 is appended hereto as Exhibit E.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2011
New York, New York

By: _____
                Thomas M. Noone