UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER, and IRENE MOSS,

          Petitioner,

  -against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., and UBS AG,

          Garnishee-Respondents.

---------------------------------------------------------------x

CITIBANK, N.A.,

          Garnishee-Respondent
          and Third-Party
          Petitioner,

  -against-

BANCO NACIONAL DE CUBA, BANCO
FINANCIERO INTERNACIONAL, S.A.,
SHANGHAI PUDONG DEVELOPMENT
BANK CO. LTD., DRESDNER
LATEINAMERIKA, f/k/a DRESDNER BANK
LATEINAMERIKA AG, and JEANNETTE
FULLER HAUSLER, as Successor Personal
Representative of the Estate of ROBERT OTIS
FULLER ("BOBBY FULLER"), Deceased, on
behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA

09 Civ. 10289 (VM)

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**DECLARATION OF
IRENE OI-LIN TANG
CONCERNING SERVICE OF
DOCUMENTS IN THE
PEOPLE'S REPUBLIC OF
CHINA**

**TRANCHE I**

```
FULLER CASKEY, surviving daughter of      :
ROBERT OTIS FULLER, THE ESTATE OF         :
ROBERT OTIS FULLER, FREDERICK             :
FULLER, FRANCIS FULLER, GRACE             :
LUTES, JEANNETTE FULLER HAUSLER,          :
and IRENE MOSS,                           :
                                          :
               Adverse Claimants-         :
               Respondents.               :
――――――――――――――――――――――――――――x
```

IRENE OI-LIN TANG, pursuant to 28 U.S.C. § 1746, hereby declares on information and belief as follows:

1. I am an employee in the Hong Kong office of Davis Polk & Wardwell LLP, attorneys in this proceeding for Garnishee-Respondent and Third-Party Petitioner Citibank, N.A. ("Citibank").

2. On February 24, 2011, I received via email from the New York office of Davis Polk & Wardwell LLP copies and Chinese translations of the following documents for the purpose of sending such documents to Shanghai Pudong Development Bank Co., Ltd. ("Shanghai Pudong Bank") in Shanghai, China: (1) a cover letter dated February 22, 2011 from James L. Kerr to Shanghai Pudong Bank; (2) this Court's February 18, 2011 Order Compelling Turnover of Remaining Funds in Petition I Pursuant to Fed. R. Civ. P. 69 and N.Y. CPLR § 5225(b); (3) a summons to appear before this Court; and (4) the Joint Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Citibank and JPMorgan Chase Bank, N.A. on April 21, 2010.

3. On February 24, 2011, I sent via DHL, a private international courier, English and translated copies of the above-listed documents to the attention of Mr.

SHEN Si, the Corporate Secretary at Shanghai Pudong Bank, No. 12, Zhongshan Dong Yi Road, Shanghai, China 200002, to provide notice to Shanghai Pudong Bank of the above-captioned proceeding in which it may have a claim. A copy of the DHL tracking report bearing tracking number 4209502054, is attached hereto as Exhibit A.

4. According to the tracking report for tracking number 4209502054, this package was delivered to Shanghai Pudong Bank on Friday, February 25, 2011 and signed for by LE XIAO YING.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  March 11 2011
Hong Kong, China

By: _____
Irene Oi-Lin Tang

# Exhibit A

English    Contact Center   Tools   Country Profile



# Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination.

## Result Summary

✓ **Waybill: 4209502054**
**Signed for by: LE XIAO YING**

**Friday, February 25, 2011 at 11:02**
**Origin Service Area:** › HONG KONG - HONG KONG
**Destination Service Area:** › SHANGHAI - CHINA, PEOPLES REPUBLIC

| | Friday, February 25, 2011 | Location | Time |
|---|---|---|---|
| 12 | Delivered - Signed for by : LE XIAO YING | SHANGHAI - CHINA, PEOPLES REPUBLIC | 11:02 |
| 11 | With delivery courier | SHANGHAI - CHINA, PEOPLES REPUBLIC | 10:47 |
| 10 | Arrived at Delivery Facility in SHANGHAI - CHINA, PEOPLES REPUBLIC | SHANGHAI - CHINA, PEOPLES REPUBLIC | 10:31 |
| 9 | Departed Facility in EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 09:22 |
| 8 | Processed at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 09:17 |
| 7 | Arrived at Sort Facility EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 08:24 |
| 6 | Departed Facility in HONG KONG - HONG KONG | HONG KONG - HONG KONG | 03:40 |
| 5 | Processed at HONG KONG - HONG KONG | HONG KONG - HONG KONG | 03:36 |
| 4 | Arrived at Sort Facility HONG KONG - HONG KONG | HONG KONG - HONG KONG | 00:25 |
| | **Thursday, February 24, 2011** | **Location** | **Time** |
| 3 | Departed Facility in HONG KONG - HONG KONG | HONG KONG - HONG KONG | 23:28 |
| 2 | Processed at HONG KONG - HONG KONG | HONG KONG - HONG KONG | 23:18 |
| 1 | Shipment picked up | HONG KONG - HONG KONG | 16:59 |

**Hide Details**

**Try New Search**

**Deutsche Post DHL**

Sitemap   Accessibility   Legal   Using DHL Websites
2011 © DHL International GmbH. All rights reserved.