UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS FULLER,
THE ESTATE OF ROBERT OTIS FULLER,
FREDERICK FULLER, FRANCIS FULLER,
GRACE LUTES, JEANNETTE FULLER
HAUSLER, and IRENE MOSS,

　　　　　　　　　Petitioner,

　　　　-against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., and UBS AG,

　　　　　　　　　Garnishee-Respondents.

---------------------------------------------------------------x

CITIBANK, N.A.,

　　　　　　　　　Garnishee-Respondent
　　　　　　　　　and Third-Party
　　　　　　　　　Petitioner,

　　　　-against-

BANCO NACIONAL DE CUBA, BANCO
FINANCIERO INTERNACIONAL, S.A.,
SHANGHAI PUDONG DEVELOPMENT
BANK CO. LTD., DRESDNER
LATEINAMERIKA, f/k/a DRESDNER BANK
LATEINAMERIKA AG, and JEANNETTE
FULLER HAUSLER, as Successor Personal
Representative of the Estate of ROBERT OTIS
FULLER ("BOBBY FULLER"), Deceased, on
behalf of THOMAS CASKEY as Personal
Representative of the Estate of LYNITA

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
09 Civ. 10289 (VM)

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**DECLARATION OF
LEAH K. EDWARDS
CONCERNING SERVICE OF
DOCUMENTS IN THE
PEOPLE'S REPUBLIC OF
CHINA**

**TRANCHE I**

FULLER CASKEY, surviving daughter of :
ROBERT OTIS FULLER, THE ESTATE OF :
ROBERT OTIS FULLER, FREDERICK :
FULLER, FRANCIS FULLER, GRACE :
LUTES, JEANNETTE FULLER HAUSLER, :
and IRENE MOSS,

      Adverse Claimants-
      Respondents.
---------------------------------------------------------x

  LEAH K. EDWARDS, pursuant to 28 U.S.C. § 1746, hereby declares on information and belief as follows:

  1. I am a legal assistant in the New York office of Davis Polk & Wardwell LLP, attorneys in this proceeding for Garnishee-Respondent and Third-Party Petitioner Citibank, N.A. ("Citibank").

  2. On February 23, 2011, I sent via DHL, a private international courier, copies and Chinese translations of the following documents to the attention of Mr. SHEN Si, the Corporate Secretary at Shanghai Pudong Development Bank Co., Ltd. ("Shanghai Pudong Bank"), No. 12, Zhongshan Dong Yi Road, Shanghai, China 200002: (1) a cover letter dated February 22, 2011 from James L. Kerr to Shanghai Pudong Bank; (2) this Court's February 18, 2011 Order Compelling Turnover of Remaining Funds in Petition I Pursuant to Fed. R. Civ. P. 69 and N.Y. CPLR § 5225(b); (3) a summons to appear before this Court; and (4) the Joint Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Citibank and JPMorgan Chase Bank, N.A. on April 21, 2010. A copy of the DHL tracking report bearing tracking number 5810992585, is attached hereto as Exhibit A.

2

3. I sent the above-listed documents to Shanghai Pudong Bank to provide notice to Shanghai Pudong Bank of the above-captioned proceeding in which it may have a claim.

4. According to the tracking report for tracking number 5810992585, this package was delivered to Shanghai Pudong Bank on Monday, February 28, 2011 and signed for by LE XIAO YING.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2011**
New York, New York

By _/s/ Leah K. Edwards_
Leah K. Edwards

3

# Exhibit A



Engxri  Contact Center  Tools  Country Profile

Express  Logistics  Mail    Press  Careers  About Us                      Content Search

› DHL Global | › Express | Tracking

## Track DHL Express Shipments

DHL's online tracking is the fastest way to find out where your shipment is. No need to call Customer Service when we can offer you real-time details of your shipment's progress as it speeds through the DHL Network on the way to its destination

**Express**
- Shipping
- Tracking
  - Monitor Shipments
  - Tracking FAQs
  - Track by Shipper's Reference
  - Tracking Tools
- Export Services
- Import Services
- Domestic Services
- Optional Services
- Industry Solutions
- Resource Center

### Result Summary

| | Waybill: 6810992585 | Monday, February 28, 2011 at 10:31 |
|---|---|---|
| ✓ | Signed for by: LE XIAO YING | Origin Service Area: › NEW YORK, NY - USA<br>Destination Service Area: › SHANGHAI - CHINA, PEOPLES REPUBLIC |

| Monday, February 28, 2011 | | Location | Time |
|---|---|---|---|
| 21 | Delivered - Signed for by : LE XIAO YING | SHANGHAI - CHINA, PEOPLES REPUBLIC | 10 31 |
| 20 | With delivery courier | SHANGHAI - CHINA, PEOPLES REPUBLIC | 09 51 |
| 19 | Arrived at Delivery Facility in SHANGHAI - CHINA, PEOPLES REPUBLIC | SHANGHAI - CHINA, PEOPLES REPUBLIC | 08 43 |

| Saturday, February 26, 2011 | | Location | Time |
|---|---|---|---|
| 18 | Arrived at Delivery Facility in SHANGHAI - CHINA, PEOPLES REPUBLIC | SHANGHAI - CHINA, PEOPLES REPUBLIC | 13 19 |
| 17 | Departed Facility in EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 12 55 |
| 16 | Processed at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 12 31 |
| 15 | Clearance processing complete at EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 09 00 |
| 14 | Clearance delay | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 02 33 |

| Friday, February 25, 2011 | | Location | Time |
|---|---|---|---|
| 13 | Arrived at Sort Facility EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | EAST CHINA AREA - CHINA, PEOPLES REPUBLIC | 21 26 |

| Thursday, February 24, 2011 | | Location | Time |
|---|---|---|---|
| 12 | Departed Facility in SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 09 07 |
| 11 | Processed at SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 09 05 |
| 10 | Arrived at Sort Facility SAN FRANCISCO GATEWAY - USA | SAN FRANCISCO GATEWAY, CA - USA | 06 55 |
| 9 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05 01 |
| 8 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04 04 |
| 7 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02 19 |
| 6 | Departed Facility in NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 00 13 |
| 5 | Processed at NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 00 10 |

| Wednesday, February 23, 2011 | | Location | Time |
|---|---|---|---|
| 4 | Arrived at Sort Facility NEW YORK CITY GATEWAY - USA | NEW YORK CITY GATEWAY, NY - USA | 23 43 |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 22 17 |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 22 17 |
| 1 | Shipment picked up | NEW YORK, NY - USA | 17 57 |

Hide Details

Try New Search

**Deutsche Post DHL**

Sitemap  Accessibility  Legal  Using DHL Websites
2011 © DHL International GmbH All rights reserved