# Davis Polk

New York  Madrid
Menlo Park  Tokyo
Washington DC  Beijing
London  Hong Kong
Paris

James L. Kerr

Davis Polk & Wardwell LLP  212 450 4552 tel
450 Lexington Avenue  212 701 5552 fax
New York, NY 10017  james.kerr@davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/11

March 11, 2011

Re: Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.
No. 09 Civ. 10289 (VM) (Tranche III)

By Facsimile

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

This firm represents the Garnishee-Respondents and Third-Party Petitioners in the above-referenced case. Counsel for Adverse Claimant-Respondent LTU Luftransport-Unternehmen GmBH ("LTU") has asked and we have agreed that LTU shall have until April 5, 2011 to answer, move or otherwise respond to the Amended Summons and Third-Party Petition Alleging Claims in the Nature of Interpleader. This is LTU's first request for an extension of time.

If this is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and have Your Honor's chambers file it with the Clerk's Office. We are available to answer any questions at the Court's convenience.

Very respectfully yours,

James L. Kerr /TMN

James L. Kerr

cc: Counsel for LTU Luftransport-Unternehmen GmBH (by email)

* * *

SO ORDERED. March 11, 2011

U.S.D.J.  Victor Marrero