UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., and UBS AG,

    Garnishee-Respondents.

---------------------------------------------------------------X

CITIBANK, N.A.,

    Garnishee-Respondent and Third-Party Petitioner,

-against-

BANCO NACIONAL DE CUBA, BANCO FINANCIERO INTERNACIONAL, S.A., SHANGHAI PUDONG DEVELOPMENT BANK CO. LTD., DRESDNER LATEINAMERIKA, f/k/a DRESDNER BANK LATEINAMERIKA AG, and JEANNETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of

09 Civ. 10289 (VM)

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**DECLARATION OF REBECCA J. NELSON CONCERNING SERVICE OF DOCUMENTS IN THE PEOPLE'S REPUBLIC OF CHINA**

**TRANCHE I**

```
ROBERT OTIS FULLER, THE ESTATE OF      :
ROBERT OTIS FULLER, FREDERICK          :
FULLER, FRANCIS FULLER, GRACE          :
LUTES, JEANNETTE FULLER HAUSLER,       :
and IRENE MOSS,                        :
                                       :
              Adverse Claimants-       :
              Respondents.             :
------------------------------------- x
```

REBECCA J. NELSON, pursuant to 28 U.S.C. § 1746, hereby declares on information and belief as follows:

1. I am a Director and Associate General Counsel for Citibank, N.A. ("Citibank"), Garnishee-Respondent and Third-Party Petitioner in the above-captioned proceeding.

2. At the request of Davis Polk & Wardwell LLP, attorneys in this proceeding for Citibank, on February 25, 2011, I transmitted via email copies and Chinese translations of the following documents to Mr. SHEN Si, the Corporate Secretary at Shanghai Pudong Development Bank Co., Ltd. ("Shanghai Pudong Bank"), to provide notice to Shanghai Pudong Bank of the above-captioned proceeding in which it may have a claim: (1) a cover letter dated February 22, 2011 from James L. Kerr to Shanghai Pudong Bank; (2) this Court's February 18, 2011 Order Compelling Turnover of Remaining Funds in Petition 1 Pursuant to Fed. R. Civ. P. 69 and N.Y. CPLR § 5225(b); (3) a summons to appear before this Court; and (4) the Joint Third-Party Petition Alleging Claims in the Nature of Interpleader filed by Citibank and JPMorgan Chase Bank, N.A. on April 21, 2010. A copy of this email is attached hereto as Exhibit A. I have not received any notification that the email transmittal to Mr. SHEN Si was unsuccessful.

3. Also at the request of Davis Polk & Wardwell LLP, on February 25, 2011 I transmitted copies of the documents listed above in paragraph 2 via fax to Mr. SHEN Si at +86 21-63230807. Owing to the volume of the documents, I divided the transmission into two batches. Copies of the two fax transmittal reports, confirming successful transmissions, are attached hereto as Exhibit B.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-10-11
New York, New York

By: _____
Rebecca J. Nelson