UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/14/11

JEANNETTE HAUSLER,

Plaintiff(s)

-V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

Defendant(s)

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**14th Day of March, 2011**

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR 5225(b), Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) dated

**10th of January 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
825 3352 483

CLERK

Dated: New York, NY
March 14, 2011



# DHL 1-800-CALL DHL

1-800-225-5345

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207

*Complete sections 1-8. You are making 4 copies, please press hard.*

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL *in USA only*

INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

825 3352 483

ORIGIN | DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to: [X] Shipper [ ] Receiver [ ] 3rd Party

[ ] Cash [ ] Check [ ] Credit Card

Payer Account No.

Shipment Value Protection *(see reverse)*

[ ] Yes Declared Value for Carriage (in US $)

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number: 796692742

Contact Name: Ruby Krajick

Shipper's Reference *(up to 35 characters)*: C/M # 102383.010000

Company Name: U.S. District Court - SDNY

Address: 900 Pearl Street New York, NY

Post/ZIP Code (required): 10007-1312

Phone, Fax, or E-mail (required):

**3 To (Receiver)**

Company Name: El Misterio del Interior

Contact Person: Fidel Castro c/o Raul Castro Ruz

Delivery Address *DHL Cannot Deliver to a PO Box*: Aranguerentre Carlos Manuel de Cespedes y Avenida de la Independencia Plaza de la Revolucion Havana, Cuba

Country: Cuba

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

8253352483

**4 Shipment Details**

| Total number of packages | Total Weight (If DHL Express Document packaging used, enter XD.) | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | 18 oz | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

Documents

**6 Dutiable Shipments Only (Customs requirement)**

***Attach the original and four copies of a Proforma or Commercial Invoice.***

Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)* | *Schedule B Number / Harmonized Code (if applicable)*

AES TRANSACTION NUMBER | TYPE OF EXPORT [ ] Permanent [ ] Repair/Return [ ] Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

[ ] Receiver [X] Shipper [ ] Other........ *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request ...*

**8 Products & Services**

Not all products or service options are available to/from all locations

[X] International Express Envelope

[ ] Non-Dutiable (International Document Service)

[ ] Dutiable (Worldwide Priority Express)

[ ] Other.

Service Options (extra charges may apply)

[ ] Saturday Delivery [ ] Special Pickup

[X] Delivery Notification [ ] Signature Required

Other

Global Mail

[ ] Int Priority [ ] Int. Standard [ ] IPA [ ] ISAL

[ ] Dom. Priority [ ] Dom. Standard

Other

DIMENSIONAL/CHARGEABLE WEIGHT

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.

Type | Expires

Auth.

PICKED UP BY

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing)

DHL EXPRESS (USA), INC.