UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE HAUSLER,

                Plaintiff(s)

             -V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE
ROYAL BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK
OF CANADA,

                Defendant(s)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___3/14/11___

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**14ᵗʰ Day of March, 2011**

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR 5225(b),  Petition for Turnover Order pursuant
to FRCP 69 and CPLR §5225(b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) dated

**10ᵗʰ of January  2011**

by  mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each
thereof,  securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
825 3352 774

_____
                          CLERK

Dated:  New York, NY
          March 14, 2011

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207

# DHL EXPRESS

## 1-800-CALL DHL

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

*Complete sections 1-8. You are making 4 copies, please press hard.*

**ORIGIN**

**DESTINATION CODE**

825 3352 774

**8 Products & Services**

**1 Payer account number and shipment value protection details**

Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No.

☐ Yes **Declared Value for Carriage (in US $)**

**Shipment Value Protection** (see reverse)

Payment: ☐ Cash ☐ Check ☐ Credit Card

**2 From (Shipper)**

Shipper's Account Number: 796092742

Shipper's Reference (up to 35 characters): C/M # 102383.010000

Contact Name: Ruby Kargich

Company Name: US District Court - SDNY

Address: 500 Pearl Street, New York, NY

Post/ZIP Code (required): 10007-1312

Phone, Fax, or E-mail (required):

**3 To (Receiver)**

Company Name: El Ministerio del Interior

Contact Person: Raul Castro

c/o General Alvaro lopez Mera

Delivery Address DHL Cannot Deliver to a PO Box:
Avanguren entre Carlos Manuel de Espedes y Avenida de la Independencia, Plaza de la Revolucion

Country: Cuba

Post/ZIP Code (required): N/A

Phone, Fax, or E-mail (required): N/A

Havana Cuba

**4 Shipment Details**

Total number of packages: 1

Total Weight: 18 oz

# DHL Express Document packaging used, enter XD.

825352274

Pieces / Dimensions (in inches) Length × Width × Height
@ × ×
@ × ×
@ × ×

**5 Full Description of Contents**

Give Content and Quantity: Document

**6 Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.

Export License No./Symbol (if applicable) Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)

Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER

**TYPE OF EXPORT**
☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes: If left blank, Receiver pays duties/taxes
☐ Receiver ☒ Shipper ☐ Other

**7 Shipper's Authorization (signature required)**

Signature (required):

Date: 3/11/11

**Services** **Charges**

☐ Saturday Delivery ☐ Special
☒ Delivery Notification ☐ Pickup
☐ Signature Required

Service Options (extra charges may apply)

Global Mail ☐
Int'l Priority ☐ Int'l Standard ☐ IPA ☐ ISAL
Dom. Priority ☐ Dom. Standard ☐

☒ International Express
☐ Non-Dutiable (International Envelope)
☐ Dutiable (Worldwide Priority Express)

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

DHL EXPRESS (USA), INC