| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/14/11 |

JEANNETTE HAUSLER,

          Plaintiff(s)

    -V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

          Defendant(s)

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 14th Day of March, 2011

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR 5225(b), Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) dated

### 10th of January 2011

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
825 3352 516

                                                                   _____
                                                                             CLERK

Dated:  New York, NY
             March 14, 2011

# DHL EXPRESS — International Shipment Waybill

**1-800-CALL-DHL** — 1-800-CALL-DHL in USA only — http://www.dhl.com

Complete sections 1-8. You are making 4 copies, please press hard.

**1. Payer account number and shipment value protection details**
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Shipper's Account Number: 796092742
- Shipper's Reference (up to 35 characters): C/M # 102383.010000
- Shipment Value Protection: ☐ Yes — Declared Value for Carriage (in US $): —
- Payer Account No.: —

**2. From (Shipper)**
- Contact Name: Ruby Krajick
- Company Name: U.S. District Court – SDNY
- Address: 500 Pearl Street
- New York, NY
- Post/ZIP Code: 10007-1312

**3. To (Receiver)**
- Company Name: Cuban Revolutionary Armed Forces / Las Fuerzas Armadas Revolucionarias Cubanas
- Contact Person: —
- Delivery Address: Avenida de la Independencia, esquina 20 de mayo, Plaza de la Revolución, Havana, Cuba
- Post/ZIP Code: N/A
- Phone, Fax, or E-mail: N/A
- Country: Cuba

**4. Shipment Details**
- Total number of packages: 1
- Total Weight: 18 oz
- Dimensions: — × — × —

**5. Full Description of Contents**
Documents

**6. Dutiable Shipments Only (customs requirement)** — (blank)

**7. Shipper's Authorization (signature required)**
- Destination Duties/Taxes: ☒ Shipper ☐ Receiver ☐ Other
- Signature: [signed]
- Date: 3/11/11

**8. Products & Services**
- ☒ International Express (Worldwide Priority Express)
- Service Options: ☒ Delivery Notification

Barcode: 825 3352 516 / 825335251-6

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324
Original (DHL) Billing Copy
1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved - 0207