| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/14/11 |

JEANNETTE HAUSLER,

                Plaintiff(s)

**CERTIFICATE OF MAILING**

-V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

09 CV 10289 (VM)

                Defendant(s)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**14th Day of March, 2011**

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR 5225(b), Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) dated

**10th of January 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
825 3352 763

                                                                                                   *[signature]*
                                                                                                         CLERK

Dated:  New York, NY
             March 14, 2011

