UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, | ) <br> ) <br> ) Civil Action No. 09 Civ. 10289 (VM) <br> ) <br> *Plaintiff-Petitioner*, ) <br> ) <br> v. ) RE: Fidel Castro Ruz, Raul Castro Ruz, <br> ) The Republic of Cuba, and <br> JP MORGAN CHASE BANK, N.A, ) The Cuban Revolutionary Armed Forces <br> CITIBANK, N.A., THE ROYAL BANK ) [JUDGMENT DEBTORS] <br> OF SCOTLAND N.V. (FORMERLY ) <br> KNOWN AS ABN AMRO, N.V.), and ) <br> NATIONAL BANK OF CANADA, ) <br> ) <br> *Garnishees-Respondents*. ) <br> ) |

## AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY

Bruce Simms, being duly sworn, deposes and says:

1. I am over the age of 21 years and reside in Bronx, New York. I am not a party to this action.

2. On the 11th day of March, 2011, I served one copy of the Summons in a Civil Case and National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader, by personal delivery upon:

   The Royal Bank of Scotland N.V.
   55 East 52nd Street
   New York, NY 10002

   c/o James L . Kerr
   Davis Polk Wardwell LLP
   450 Lexington Avenue
   New York, NY 10017

   by leaving true copies with Derrick C. Morales, Clerk, who was authorized to accept service.

3. I certify under penalty of perjury that the foregoing is true and correct.

_____
Bruce Simms

Sworn to before me this
14th day of March, 2011

_____
Notary Public

CARROL MARSHALL
Notary Public, State of New York
No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 20, 2015