**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEANNETTE HAUSLER, | ) |
| | ) |
| | ) Civil Action No. 09 Civ. 10289 (VM) |
| | ) |
| *Plaintiff-Petitioner*, | ) |
| | ) |
| v. | ) RE: Fidel Castro Ruz, Raul Castro Ruz, |
| | ) The Republic of Cuba, and |
| JP MORGAN CHASE BANK, N.A, | ) The Cuban Revolutionary Armed Forces |
| CITIBANK, N.A., THE ROYAL BANK | ) [JUDGMENT DEBTORS] |
| OF SCOTLAND N.V. (FORMERLY | ) |
| KNOWN AS ABN AMRO, N.V.), and | ) |
| NATIONAL BANK OF CANADA, | ) |
| | ) |
| *Garnishees-Respondents*. | ) |
| | ) |

**AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY**

Bruce Simms, being duly sworn, deposes and says:

1.     I am over the age of 21 years and reside in Bronx, New York.  I am not a party to this action.

2.     On the 11th day of March, 2011, I served one copy of the Summons in a Civil Case and National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader, by personal delivery upon:

Citibank-N.Y.
Citibank, N.A.
399 Park Avenue
New York, NY 10043

c/o James L. Kerr
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

by leaving true copies with Derrick C. Morales, Clerk, who was authorized to accept service.

3. I certify under penalty of perjury that the foregoing is true and correct.

_____
Bruce Simms

Sworn to before me this
14th day of March, 2011

_____
Notary Public

CARROL MARSHALL
Notary Public, State of New York
No. 01MA5040847
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 20, 2015