UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE HAUSLER,

        Plaintiff(s)

-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

        Defendant(s)

---

NATIONAL BANK OF CANADA,

        Garnishee-Respondent and
        Interpleader Petitioner,

-v-

BANCO FINANCIERO INTERNACIONAL SA (BFI S.A., HABANA),

JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

        Adverse Claimants-Respondents.

**CERTIFICATE OF MAILING**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/16/11

09-CV-10289 (VM)

---

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15TH day of March, 2011**

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

**4th day of March, 2011**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596348473US**

_____
                    CLERK

Dated: New York, New York
       March 15, 2011

