UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE HAUSLER,

    Plaintiff(s)
-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

    Defendant(s)

NATIONAL BANK OF CANADA,

    Garnishee-Respondent and
    Interpleader Petitioner,

-v-

CUBANA DE AVIACION S.A. (FORMERLY EMPRESA CONSOLIDADA CUBANA),

JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

    Adverse Claimants-Respondents.

**CERTIFICATE OF MAILING**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/16/11

09-CV-10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

15TH day of March, 2011

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

4th day of March, 2011

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596348460US**

_____
CLERK

Dated: New York, New York
       March 15, 2011

