USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,<br><br>Petitioner,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Garnishee-Respondents. | 09-Civ-10289 (VM)<br><br>Related to JPM Chase/ Citibank Turnover Proceeding<br><br>In respect of a Judgment Entered in the State of Florida,<br>Case No. 02-12479-CA-09<br><br>Tranche III |
| JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION.,<br><br>Garnishee-Respondents and Third-Party Petitioners,<br><br>-against-<br><br>BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO VIZCAYA ARGENTINA PANAMA, S.A., as successor to Banco Exterior Panama, S.A., BANCO DE CRÉDITO DEL PERÚ, as successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPAÑOL DE CREDITO, BANCO MONEX S.A., BANCO | STIPULATION EXTENDING TIME FOR BANCO ESPAÑOL DE CREDITO TO RESPOND TO AMENDED SUMMONS AND THIRD-PARTY PETITION |

NACIONAL DE MÉXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPANA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V. INSTITUTO DE CARDIOLOGÍA Y CIRCUGÍA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETRÓLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD. and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER, ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS,

Adverse Claimants-
Respondents.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that Adverse Claimant-Respondent Banco Español De Crédito's time to answer, move or otherwise plead in response to the Amended Summons and Third-Party Petition in this action is hereby extended to and including March 28, 2011. Pursuant to this Court's Individual Practices, the parties advise the Court that this is the second requested extension. The Court granted the parties' first joint request on February 16, 2011.

Respectfully submitted on this 15th day of March, 2011.

| HUNTON & WILLIAMS LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Paulo R. Lima<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br>Email: plima@hunton.com | James L. Kerr<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>Email: james.kerr@davispolk.com |
| *Counsel for Adverse Claimant-Respondent Banco Español De Crédito* | *Counsel for Garnishee-Respondents and Joint Third-Party Petitioners JP Morgan Chase Bank, N.A., Citibank, N.A., UBS AG, The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V., and Bank of America, National Association* |

SO ORDERED

U.S. District Judge Victor Marrero

Dated: 15 March, 2011

- 3 -