MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEANNETTE FULLER HAUSLER, et al.,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et al.,

    Garnishee-Respondents.
------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A., et al.,

    Garnishee-Respondents
    and Third-Party
    Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al.,

    Adverse Claimants-
    Respondents.
------------------------------------------------------------x

Civil Action No. 09-CV-10289 (VM)

Related to JPM Chase/Citibank Turnover
Proceeding

In Respect of a Judgment Entered in the
State of Florida, Case No. 02-12475-CA-09

**STIPULATION AND
ORDER FOR SUBSTITUTION OF
ATTORNEYS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/11
```

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the firm of Shearman & Sterling LLP, 599 Lexington Ave., New York, New York 10022, shall be and hereby is substituted as counsel of record for Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid herein, in the place and stead of Allen & Overy LLP.

Dated: New York, New York
   March 16, 2011

ALLEN & OVERY LLP

By: _____
      Todd S. Fishman

1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300
todd.fishman@newyork.allenovery.com

Withdrawing Attorneys for Adverse
Claimant-Respondent CAJA DE
AHORROS Y MONTE DE PIEDAD DE
MADRID

SHEARMAN & STERLING LLP

By: _____
      William J.F. Roll, III

599 Lexington Ave.
New York, New York 10022
(212) 848-4000
wroll@shearman.com

Substituted Attorneys for Adverse
Claimant-Respondent CAJA DE
AHORROS Y MONTE DE PIEDAD DE
MADRID

SO ORDERED: 16 March 2011

_____
Hon. Victor Marrero
U.S.D.J.