```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/17/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jeannette Hausler

           Plaintiff,

-V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.) and NATIONAL BANK OF CANADA,

           Defendants.

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

---

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th Day of March, 2011**

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225 (b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) dated

**10th Day of January, 2011**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RE 296 000 708 US</u>

                                                          _____
                                                                CLERK

Dated: New York, NY
         March 17, 2011



```
=====================================
         CHINATOWN STA.
        NEW YORK, New York
            100139991
          3558250004-0093
03/17/2011 (212)349-8264 10:53:15 AM
=====================================
========== Sales Receipt ==========
Product          Sale Unit      Final
Description      Qty  Price     Price

Cuba - First-Class                $10.31
Mail Int'l Parcel
15.90 oz.
  Return Receipt                   $2.30
  Registered                      $11.50
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RE296000699US
  Customs Form #: LC192049773US
                                ========
Issue PVI:                        $24.11

Cuba - First-Class                $10.31
Mail Int'l Parcel
1 lb.  0.00 oz.
  Return Receipt                   $2.30
  Registered                      $11.50
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RE296000708US
  Customs Form #: LC192049725US
                                ========
Issue PVI:                        $24.11

Cuba - First-Class                $11.98
Mail Int'l Parcel
1 lb.  0.20 oz.
  Return Receipt                   $2.30
  Registered                      $11.50
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RE296000711US
  Customs Form #: LC192049756US
                                ========
Issue PVI:                        $25.78

Cuba - First-Class                $11.98
Mail Int'l Parcel
1 lb.  0.10 oz.
  Return Receipt                   $2.30
  Registered                      $11.50
  Insured Value :        $0.00
  Article Value :        $0.00
  Label #:        RE296000725US
  Customs Form #: LC192049760US
                                ========
Issue PVI:                        $25.78
```

PS Form 3806, Receipt for Registered Mail  Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Registered No. RE296000708US

Reg. Fee  $11.50
Handling Charge  $0.00
Return Receipt  $2.30
Postage  $10.31
Restricted Delivery  $0.00
Date Stamp: 03/17/11
Received by: SS
Customer Must Declare Full Value $0.00

FROM: Greenberg Traurig, LLP - Bryn Haffey, Metlife Building - 38th Floor, 200 Park Avenue, New York, NY 10166

TO: Fidel Castro c/o Raul Castro Ruz ATTN Mistero del Interior, Arangueren entre Carlos Manuel de Cespedes y Avenida de la Independencia, Plaza de la Revolucion, Havana, Cuba