UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/17/11
```

| | |
|---|---|
| Jeannette Hausler<br><br>                Plaintiff,<br><br>-V-<br><br>JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.) and NATIONAL BANK OF CANADA,<br>                Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th Day of March, 2011**

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225 (b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) dated

**10th Day of January, 2011**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RE 296 000 699 US</u>

_____
CLERK

Dated: New York, NY
       March 17, 2011

```
RE296000699US
                                              Date Stamp
$11.50
          Return        $2.30        0004
$0.00    Receipt
                                     07
         Restricted    $0.00
$10.31   Delivery                    03/17/11

d by    SS
                    Domestic Insurance up to $25,000 is included
ner Must Declare     based upon the declared value. International
ue $ $0.00             Indemnity is limited. (See Reverse).

                OFFICIAL USE
10013
Greenberg Traurig - Bryn Hatley
Metlife Building - 38th Floor
200 Park Avenue
New York, NY 10166
City Cuba
The Republic of Cuba, Ministerio de
Relaciones Exteriores ATTn: Bruno
Rodriguez Parilla, Ministro    La Habana
Calzada No 360 Esquina G veldado Cuba
                                          Copy 1 - Customer
3806,    Receipt for Registered Mail  (See Information on Reverse) ®
7 (7530-02-000-9051)
domestic delivery information, visit our website at www.usps.com
```

```
==========================================
               CHINATOWN STA.
              NEW YORK, New York
                  100139991
                3558250004-0093
   03/17/2011 (212)349-8264 10:53:15 AM
==========================================
========== Sales Receipt ==========
Product          Sale Unit         Final
Description       Qty Price         Price

Cuba - First-Class                 $10.31
Mail Int'l Parcel
15.90 oz.
  Return Receipt                    $2.30
  Registered                       $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:       RE296000699US
  Customs Form #: LC192049773US
                                 ========
Issue PVI:                         $24.11

Cuba - First-Class                 $10.31
Mail Int'l Parcel
1 lb. 0.00 oz.
  Return Receipt                    $2.30
  Registered                       $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:       RE296000708US
  Customs Form #: LC192049725US
                                 ========
Issue PVI:                         $24.11

Cuba - First-Class                 $11.98
Mail Int'l Parcel
1 lb. 0.20 oz.
  Return Receipt                    $2.30
  Registered                       $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:       RE296000711US
  Customs Form #: LC192049756US
                                 ========
Issue PVI:                         $25.78

Cuba - First-Class                 $11.98
Mail Int'l Parcel
1 lb. 0.10 oz.
  Return Receipt                    $2.30
  Registered                       $11.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:       RE296000725US
  Customs Form #: LC192049760US
                                 ========
Issue PVI:                         $25.78

                                ==========
Total:                             $99.78
```