UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____3/17/11_____

---

Jeannette Hausler

               Plaintiff,

       -V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE
ROYAL BANK OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO, N.V.) and NATIONAL BANK
OF CANADA,

               Defendants.

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

---

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

## 17th Day of March, 2011

I served the

Notice of Petition for Turnover Order pursuant to FRCP 69 and CPLR §5225(b), Petition for Turnover Order
pursuant to FRCP 69 and CPLR §5225 (b), Exhibits and Translation of the documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) dated

## 10th Day of January, 2011

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New
York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RE 296 000 711 US**

CLERK

Dated: New York, NY
      March 17, 2011

## Registered No.

RE296000711US

| Reg. Fee | $11.50 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.30 | 0004 |
| Postage | $11.98 | Restricted Delivery | $0.00 | 07 |
| Received by | SS | | | 03/17/11 |

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

*To Be Completed By Post Office*

OFFICIAL USE

10017

*To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed*

FROM Greenberg Traurig - Bryn Hatley
Metlife Building 38th Floor
200 Park Avenue
New York, NY 10166

TO RQ Cuba
Raul Castro c/o General Alvaro
Lopez Miera. Chief of Staff
Attn: El Misteo del Interior
Arangueren entre Carlos Manuel
de Cespedes y Avenida de la Independia
Plaza de Revolucion Havana, Cuba

Form 3806, Receipt for Registered Mail Copy 1 - Customer
July 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®
(See Information on Reverse)

```
========================================
         CHINATOWN STA.
       NEW YORK, New York
            100139991
         3558250004-0093
03/17/2011 (212)349-8264 10:53:15 AM
========================================
======= Sales Receipt =======
Product         Sale Unit    Final
Description     Qty  Price   Price

Cuba - First-Class              $10.31
Mail Int'l Parcel
15.90 oz.
 Return Receipt                  $2.30
 Registered                     $11.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:    RE296000699US
  Customs Form #: LC192049773US
                             ========
 Issue PVI:                     $24.11

Cuba - First-Class              $10.31
Mail Int'l Parcel
1 lb.  0.00 oz.
 Return Receipt                  $2.30
 Registered                     $11.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:    RE296000708US
  Customs Form #: LC192049725US
                             ========
 Issue PVI:                     $24.11

Cuba - First-Class              $11.98
Mail Int'l Parcel
1 lb.  0.20 oz.
 Return Receipt                  $2.30
 Registered                     $11.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:    RE296000711US
  Customs Form #: LC192049756US
                             ========
 Issue PVI:                     $25.78

Cuba - First-Class              $11.98
Mail Int'l Parcel
1 lb.  0.10 oz.
 Return Receipt                  $2.30
 Registered                     $11.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:    RE296000725US
  Customs Form #: LC192049760US
                             ========
 Issue PVI:                     $25.78

                             ==========
 Total:                         $99.78
```