UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>*Plaintiff-Petitioner*,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A,<br>CITIBANK, N.A., THE ROYAL BANK<br>OF SCOTLAND N.V. (FORMERLY<br>KNOWN AS ABN AMRO, N.V.), and<br>NATIONAL BANK OF CANADA,<br><br>*Garnishees-Respondents*. | Civil Action No. 09 Civ. 10289 (VM)<br><br>RE: Fidel Castro Ruz, Raul Castro Ruz,<br>The Republic of Cuba, and<br>The Cuban Revolutionary Armed Forces<br>[JUDGMENT DEBTORS]<br><br>**AFFIRMATION OF SERVICE** |

Frank Panopoulos, an attorney admitted to practice in this District, hereby certifies that on March 1, 2011 I caused a true copy of National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader to be served on David Baron counsel for petitioner Jeannette Hausler by delivery to a clerk at counsel's office:

> Greenberg Traurig LLP
> 2101 L Street, N.W.
> Suite 1000
> Washington, DC 20037

Dated: Washington, DC
March 17, 2011

_____
Frank Panopoulos