**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JEANNETTE FULLER HAUSLER as                           :
Successor Personal Representative of the Estate       :
of ROBERT OTIS FULLER, et al.,                        :
                                                      :
        Petitioner,                                :
                                                      :
   -against-                                        :
                                                      :
JPMORGAN CHASE BANK, N.A., et al.,                    :    09 Civ. 10289 (VM)
                                                      :
        Garnishee-Respondents.                     :    Related to JPM Chase/Citibank
                                                      :    Turnover Proceeding
                                                      :
---------------------------------------------------------------x    In Respect of a Judgment
JPMORGAN CHASE BANK, N.A., et al.,                    :    Entered in the State of Florida,
                                                      :    Case No. 02-12475-CA-09
        Garnishee-Respondents                      :
        and Third-Party                            :    **BANCO BILBAO VIZCAYA**
        Petitioners,                               :    **ARGENTARIA PANAMA, S.A.'S**
                                                      :    **RULE 7.1 CORPORATE**
   -against-                                        :    **DISCLOSURE STATEMENT**
                                                      :
BANCO FINANCIERO INTERNACIONAL,                       :
S.A., BANCO BILBAO VIZCAYA                            :
ARGENTARIA, S.A., et al.,                             :
                                                      :
        Adverse Claimants-                         :
        Respondents.                               :
                                                      :
---------------------------------------------------------------x

        Adverse Claimant-Respondent Banco Bilbao Vizcaya Argentaria Panama, S.A. (named incorrectly as Banco Bilbao Vizcaya "Argentina" Panama, S.A.) ("BBVA Panama"), by and through its attorneys, White & Case LLP, hereby submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1. BBVA Panama is a subsidiary of Banco Bilbao Vizcaya Argentaria, S.A. ("BBVA") and BBVA owns and controls 98.9% of BBVA Panama's stock.

Dated: New York, New York
March 18, 2011

        WHITE & CASE LLP

        By: /s/ Kenneth A. Caruso
            Kenneth A. Caruso

        1155 Avenue of the Americas
        New York, New York 10036
        (212) 819-8200

        *Attorneys for Adverse Claimant-Respondent*
        *Banco Bilbao Vizcaya Argentaria Panama, S.A.*