**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEANNETTE HAUSLER, | Civil Action No. 09 Civ. 10289 (VM) |
| *Plaintiff-Petitioner,* | |
| v. | RE: Fidel Castro Ruz, Raul Castro Ruz, The Republic of Cuba, and |
| JP MORGAN CHASE BANK, N.A, CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA, | The Cuban Revolutionary Armed Forces [JUDGMENT DEBTORS] |
| *Garnishees-Respondents.* | **AFFIRMATION OF SERVICE** |

Carrol Marshall, being duly sworn, deposes and says:

1.    I am over the age of 21 years and reside in Elmsford New York.  I am not a party to this action.

2.    On the 11th day of March, 2011, I served the Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Petition Alleging Claims in the Nature of Interpleader (English & Spanish), and Affidavit of Translator Gary A. Haldeman stating his qualifications and that the translation was accurate, by mailing via registered mail, return receipt requested, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

Bureau de Tourisme de Cuba
2075 Rue University, Bureau 460
Montreal
Quebec H3A 2L1
Canada

3.      I certify under penalty of perjury that the foregoing is true and correct.

Carrol Marshall

Sworn to before me this
22nd day of March, 2011

Notary Public

PATRICIA A. ASHMAN
Notary Public, State of New York
No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Dec. 11, 2014