UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, and IRENE MOSS, <br><br> Petitioner, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., and UBS AG, <br><br> Garnishee-Respondents. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Garnishee-Respondent and Third-Party Petitioner, <br><br> -against- <br><br> BANCO NACIONAL DE CUBA, BANCO DE ESPAŇA, and JEANETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, | 09 Civ. 10289 (VM) <br><br> Related to JPM Chase/Citibank Turnover Proceeding <br><br> In Respect of Judgment Entered in the State of Florida, Case No. 02-12475-CA-09 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SHANGHAI PUDONG DEVELOPMENT BANK CO., LTD.** |

|  |  | : |
| --- | --- | --- |
| and IRENE MOSS, |  | : |
|  | Adverse Claimants-Respondents. | : |
|  |  | x |
| CITIBANK, N.A., |  | : |
|  | Garnishee-Respondent and Third-Party Petitioner, | : |
|  |  | : |
| -against- |  | : |
| BANCO NACIONAL DE CUBA, BANCO FINANCIERO INTERNATIONAL, S.A., SHANGHAI PUDONG DEVELOPMENT BANK CO. LTD., DRESDNER LATEINAMERIKA AG, f/k/a DRESDNER BANK LATEINAMERIKA AG, and JEANETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, and IRENE MOSS, |  | : : : : : : : |
|  | Adverse Claimants-Respondents. | : |
|  |  | : x |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SHANGHAI PUDONG DEVELOPMENT BANK CO., LTD.

Adverse Claimant-Respondent Shanghai Pudong Development Bank Co., Ltd. ("SPDB"), by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

      1.      SPDB has no parent corporation.

      2.      Ten percent or more of the stock of SPDB is held by China Mobile Group Guangdong Co., Ltd.  On information and belief, China Mobile Group Guangdong Co., Ltd. is not publicly traded, but its parent company, China Mobile Ltd., is traded on the Hong Kong Stock Exchange ("HKEx" or "SEHK") under company code "0941" and on the New York Stock Exchange ("NYSE") under the symbol "CHL."

Dated: March 23, 2011
      New York, New York

By:    /s/   Glenn M. Kurtz
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York, 10036
Telephone:    (212) 819-8252

*Attorneys for Adverse Claimant-Respondent Shanghai Pudong Development Bank Co., Ltd.*
