UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEANETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, and IRENE MOSS, | x : : : : : : : : | |
| Petitioner, | : | |
| -against- | : | 09 Civ. 10289 (VM) |
| JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., and UBS AG, | : | Related to JPM Chase/Citibank Turnover Proceeding |
| Garnishee-Respondents. | : x | In Respect of Judgment Entered in the State of Florida, Case No. 02-12475-CA-09 |
| JPMORGAN CHASE BANK, N.A., | : | **NOTICE OF APPEARANCE** |
| Garnishee-Respondent and Third-Party Petitioner, | : : | |
| -against- | : | |
| BANCO NACIONAL DE CUBA, BANCO DE ESPAŇA, and JEANETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, | : : : : : : | |

NEWYORK 8093848 (2K)

|  |  | : |
| --- | --- | --- |
| and IRENE MOSS, |  | : |
|  | Adverse Claimants-Respondents. | : |
|  |  | x |
| CITIBANK, N.A., |  |  |
|  | Garnishee-Respondent and Third-Party Petitioner, | : |
|  |  | : |
|  | -against- | : |
| BANCO NACIONAL DE CUBA, BANCO FINANCIERO INTERNATIONAL, S.A., SHANGHAI PUDONG DEVELOPMENT BANK CO. LTD., DRESDNER LATEINAMERIKA AG, f/k/a DRESDNER BANK LATEINAMERIKA AG, and JEANETTE FULLER HAUSLER, as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANETTE FULLER HAUSLER, and IRENE MOSS, |  | : |
|  | Adverse Claimants-Respondents. | : |
|  |  | x |

To the Clerk of this court and all parties of record:

I respectfully enter my appearance as counsel in this case for Shanghai Pudong Development Bank Co., Ltd. I certify that I am admitted to practice in this court.

NEWYORK 8093848 (2K)

2

Dated: March 23, 2011
      New York, New York

                            **WHITE & CASE LLP**

By:   /s/   Glenn M. Kurtz
      Glenn M. Kurtz (GK6272)
      1155 Avenue of the Americas
      New York, New York, 10036
      Telephone:    (212) 819-8252

*Attorneys for Adverse Claimant-Respondent Shanghai Pudong Development Bank Co., Ltd.*