```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

JEANNETTE FULLER HAUSLER, et al.,       :

       Petitioner,                     :

-against-                                :

JPMORGAN CHASE BANK, N.A., et al.,       :

       Garnishee-Respondents.          :

                            09 Civ. 10289 (VM)
                            ECF Case

------------------------------------- X   Related to JPM Chase/Citibank
                            Turnover Proceeding

JPMORGAN CHASE BANK, N.A., et al.,

                            In Respect of a Judgment
    Garnishee-Respondents and      Entered in the State of Florida,
    Third-Party Petitioners         Case No. 02-12475-CA-09

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al.,

    Adverse Claimants-
    Respondents.

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of adverse claimant-respondent Estudios Mercados y Suministros S.L. and named (but not yet served) adverse claimant- respondent Philips Mexicana S.A. de C.V., and the affidavit of Bernard J. Garbutt III, sworn to on March   , 2011, in support thereof:

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Ramin Afshar-Mohajer, Esquire |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | rafshar-mohajer@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for adverse claimant-respondent Estudios Mercados y Suministros S.L. and named (but not yet served) adverse claimant-respondent Philips Mexicana S.A. de C.V. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) system password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  New York, New York
        March 24, 2011

_____
Victor Marrero
United States District Judge

## CERTIFICATE OF SERVICE

I, Ramin Afshar-Mohajer, hereby certify that on March 18, 2011, I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice and Affidavit of Bernard J. Garbutt III in Support of same upon the following via U.S. Mail and electronic mail.

James L. Kerr
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, NY  10017

*Attorneys for Garnishee-Respondents and Joint Third Party Petitioners JP Morgan Chase Bank, N.A., Citibank, N.A., USB AG, The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.) and Bank of America, National Association*

James W. Perkins
GREENBERG TRAURIG, LLP
200 Park Avenue, 38th Floor
New York, NY  10166

*Attorneys for Petitioner and Adverse Claimant-Respondent Jeannette Fuller Hausler, et al.*

_____
Ramin Afshar-Mohajer

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al., :

    Petitioner, :

-against- :

JPMORGAN CHASE BANK, N.A., et al., :

    Garnishee-Respondents. :

    : 09 Civ. 10289 (VM)
    : ECF Case

------------------------------------- X   Related to JPM Chase/Citibank
    : Turnover Proceeding

JPMORGAN CHASE BANK, N.A., et al., :
    : In Respect of a Judgment
    Garnishee-Respondents and : Entered in the State of Florida,
    Third-Party Petitioners : Case No. 02-12475-CA-09

-against- :

BANCO FINANCIERO INTERNACIONAL :
S.A., et al.,

    Adverse Claimants- :
    Respondents.

------------------------------------- X



## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that Adverse Claimant-Respondent Estudios Mercados y Suministros S.L. and named (but not yet served) Adverse Claimant-Respondent Philips Mexicana S.A. de C. V. move this Court for an order, pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York, admitting Ramin

Afshar-Mohajer, Esquire *pro hac vice* to the Bar of this Court for the purpose of appearing and participating in the above-captioned action.

|  |  |
|---|---|
| Applicant's Name: | Ramin Afshar-Mohajer, Esquire |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | (215) 963-5000 |
| Fax Number: | (215) 963-5001 |
| Email Address: | rafshar-mohajer@morganlewis.com |

Mr. Afshar-Mohajer is a member in good standing of the bar of the State of New York. There are no pending disciplinary proceedings against Mr. Afshar-Mohajer in any State or Federal court.

In support of this motion, adverse claimant-respondent Estudios Mercados y Suministros S.L. and named (but not yet served) adverse claimant-respondent Philips Mexicana S.A. de C.V. submit herewith the affidavit of Bernard J. Garbutt III, sworn to on March 17, 2011.

Dated:  New York, New York
        March 17, 2011

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Bernard J. Garbutt III (BG-1970)
101 Park Avenue
New York, New York 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Adverse Claimant-Respondent Estudios Mercados y Suministros S.L. and Named (but not yet served) Adverse Claimant - Respondent Philips Mexicana S.A. de C.V.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,       :

       Petitioner,                     :

  -against-                               :

JPMORGAN CHASE BANK, N.A., et al.,      :

       Garnishee-Respondents.          :
                                                 09 Civ. 10289 (VM)
                                              :  ECF Case

------------------------------------- X  Related to JPM Chase/Citibank
                                              :  Turnover Proceeding
JPMORGAN CHASE BANK, N.A., et al.,
                                              :  In Respect of a Judgment
       Garnishee-Respondents and           Entered in the State of Florida,
       Third-Party Petitioners         :  Case No. 02-12475-CA-09

  -against-                               :

BANCO FINANCIERO INTERNACIONAL         :
S.A., et al.,
                                              :
       Adverse Claimants-
       Respondents.

### AFFIDAVIT OF BERNARD J. GARBUTT III
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

      I, BERNARD J. GARBUTT III, an attorney admitted to practice law in the United States District Court for the Southern District of New York, being duly sworn, hereby deposes and says the following:

1.    I am a partner with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel for adverse claimant-respondent Estudios Mercados y Suministros S.L. and named (but

not yet served) adverse claimant-respondent Philips Mexicana S.A. de C.V. in the above-captioned action. I submit this affidavit in support of the motion to admit Ramin Afshar-Mohajer, Esquire as counsel *pro hac vice* to represent adverse-claimants respondents Estudios Mercados y Suministros S.L. and named (but not yet served) adverse claimant-respondent Philips Mexicana S.A. de C.V. in this matter.

2.  I am a member in good standing of the bar of the State of New York, and I was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3   Mr. Afshar-Mohajer is a colleague of mine and an associate in the Philadelphia, Pennsylvania office of Morgan, Lewis & Bockius LLP.

4.  Mr. Afshar-Mohajer has been a member of the bar of the state of New York since 2009, and is a member in good standing of this bar. Mr. Afshar-Mohajer's certificate of good standing is attached hereto as Exhibit "A."

5.  I have found Mr. Afshar-Mohajer to be a competent attorney. He is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Ramin Afshar-Mohajer, Esquire *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Ramin Afshar-Mohajer, Esquire *pro hac vice*, which is attached hereto as Exhibit "B."

3

**WHEREFORE** it is respectfully requested that the motion to admit Ramin Afshar-Mohajer, Esquire *pro hac vice*, to represent adverse claimant-respondent Estudios Mercados y Suministros S.L. and named (but not yet served) adverse claimant-respondent Philips Mexicana S.A. de C.V. in the above-captioned matter, be granted.

_____
Bernard J. Garbutt III

Sworn to before me this 19th day
of March 2011

_____
Notary Public

LORRAINE LANDAU
Notary Public, State of New York
No. 01LA4879478
Qualified in Westchester County
Certified in New York County
Commission Expires December 1, 2014

# EXHIBIT A

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RAMIN AFSHAR-MOHAJER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 4, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 10, 2011

_____
Clerk of the Court

7610

# EXHIBIT B