*MARRERO, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
JEANNETTE FULLER HAUSLER, et al.,      :
                                        :
               Petitioner,              :
                                        :
       -against-                        :
                                        :
JPMORGAN CHASE BANK, N.A., et al.,      :   Civil Action No. 09-CV-10289 (VM)
                                        :
               Garnishee-Respondents.   :   Related to JPM Chase/Citibank Turnover
------------------------------------------------------x   Proceeding
JPMORGAN CHASE BANK, N.A., et al.,      :
                                        :   In Respect of a Judgment Entered in the
               Garnishee-Respondents    :   State of Florida, Case No. 02-12475-CA-09
               and Third-Party          :
               Petitioners,             :
                                        :
       -against-                        :
                                        :
BANCO FINANCIERO INTERNACIONAL          :
S.A., et al.,                           :
                                        :
               Adverse Claimants-       :
               Respondents.             :
------------------------------------------------------x

## SECOND STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Third-Party Petitioners and Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid ("Caja Madrid") as follows:

1. The time for Caja Madrid to answer or otherwise respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader ("Third-Party Petition") filed in this action is currently set to expire on March 24, 2011.

2.  The time for Caja Madrid to respond to the Third-Party Petition is hereby extended ten (10) days, up to and including April 4, 2011.

3.  The parties advise the Court that this is Caja Madrid's second requested extension of time and is necessary due to the fact that Caja Madrid just recently retained its counsel and substituted local New York counsel.

4.  This stipulation is without prejudice to any defense or objections that Caja Madrid may interpose with respect to this proceeding and Caja Madrid reserves all defenses and objections.

Dated: March 24, 2011

DAVIS POLK & WARDELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, New York 10017
Tel: 212-450-4000
James.kerr@davispolk.com

Attorneys for Garnishee Respondents and
Third-Party Petitioners Bank of America, N.A.,
Citibank, N.A., JPMorgan Chase Bank, N.A.,
The Royal Bank of Scotland N.V. and USB AG

SHEARMAN & STERLING LLP

By: _____
William J.F. Roll, III

599 Lexington Avenue
New York, New York 10020
Tel: 212-848-4000
wroll@shearman.com

Attorneys for Adverse Claimant-Respondent
Caja de Ahorros de Piedad de Madrid

SO ORDERED: 25 March 2011

_____
Hon. Victor Marrero
U.S.D.J.

2