**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/11
```

```
----------------------------------------------------------- x
JEANNETTE FULLER HAUSLER, et al.,            :
                                             :
              Petitioner,                    :
                                             :
              -against-                      :
                                             :
JPMORGAN CHASE BANK, N.A., et al.,           :   Civil Action No. 09-CV-10289 (VM)
                                             :
              Garnishee-Respondents.         :   Related to JPM Chase/Citibank Turnover
----------------------------------------------------------- x   Proceeding
JPMORGAN CHASE BANK, N.A., et al.,           :
                                             :   In Respect of a Judgment Entered in the
              Garnishee-Respondents          :   State of Florida, Case No. 02-12475-CA-09
              and Third-Party                :
              Petitioners,                   :   ORDER FOR ADMISSION
                                             :   PRO HAC VICE
              -against-                      :   ON WRITTEN MOTION
                                             :
BANCO FINANCIERO INTERNACIONAL               :
S.A., et al.,                                :
                                             :
              Adverse Claimants-             :
              Respondents.                   :
----------------------------------------------------------- x
```

Upon the motion of William J.F. Roll, III, counsel for Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid, and his sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Eduardo F. Rodriguez
Avila Rodriguez Hernandez Mena & Ferri LLP
2525 Ponce de Leon Blvd., Suite 1225
Coral Gables, Florida 33134
Telephone:     (305) 779-3560
Facsimile:     (305) 779-3561
erodriguez@arhmf.com

CASE NO.: 09-cv-10289 VM

is admitted to practice *pro hac vice* as counsel for Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid in the above-captioned case in this Court. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 28, 2011
       New York, New York

Hon. Victor Marrero
U.S.D.J.

2



SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MAR 28 2011

CHAMBERS OF
JUDGE MARRERO

MAR 22 2011

```
----------------------------------------------------x
JEANNETTE FULLER HAUSLER, et al.,         :
                                          :
            Petitioner,                   :
                                          :
        -against-                         :
                                          :
JPMORGAN CHASE BANK, N.A., et al.,        :    Civil Action No. 09-CV-10289 (VM)
                                          :
        Garnishee-Respondents.            :    Related to JPM Chase/Citibank Turnover
----------------------------------------------------x    Proceeding
JPMORGAN CHASE BANK, N.A., et al.,        :
                                          :    In Respect of a Judgment Entered in the
        Garnishee-Respondents             :    State of Florida, Case No. 02-12475-CA-09
        and Third-Party                   :
        Petitioners,                      :    MOTION TO ADMIT COUNSEL
                                          :    EDUARDO F. RODRIGUEZ
        -against-                         :    PRO HAC VICE
                                          :
BANCO FINANCIERO INTERNACIONAL            :
S.A., et al.,                             :
                                          :
        Adverse Claimants-                :
        Respondents.                      :
----------------------------------------------------x
```

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Court for the Southern District of New York, I, William J.F. Roll, III, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Eduardo F. Rodriguez
> Avila Rodriguez Hernandez Mena & Ferri LLP
> 2525 Ponce de Leon Blvd., Suite 1225
> Coral Gables, Florida 33134
> Telephone:   (305) 779-3560
> Facsimile:   (305) 779-3561

as counsel for Adverse Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid in

the above-captioned matter. Eduardo F. Rodriguez is a member in good standing of the Bar of

the State of Florida (Florida Bar No. 036423), as evidenced by the Certificate of Good Standing annexed to the Affidavit filed in support of this Motion. As far as I am aware, there are no pending disciplinary proceedings against Eduardo F. Rodriguez in any State or Federal court.

Dated: March **18**, 2011
      New York, New York

               Respectfully submitted,

               SHEARMAN & STERLING LLP

               By: _____
                   William J.F. Roll, III

               599 Lexington Avenue
               New York, NY 10022
               (212) 848-4000
               wroll@shearman.com

               Attorneys for Adverse Claimant-Respondent
               CAJA DE AHORROS Y MONTE DE PIEDAD DE
               MADRID

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, et al., | : |
| | : |
| Petitioner, | : |
| | : |
| -against- | : |
| | : |
| JPMORGAN CHASE BANK, N.A., et al., | : Civil Action No. 09-CV-10289 (VM) |
| | : |
| Garnishee-Respondents. | : Related to JPM Chase/Citibank Turnover |
| | Proceeding |

-----------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., et al.,        :

                                      : In Respect of a Judgment Entered in the

        Garnishee-Respondents : State of Florida, Case No. 02-12475-CA-09
        and Third-Party          :
        Petitioners,            : **AFFIDAVIT OF WILLIAM J.F. ROLL,**
                                        : **III IN SUPPORT OF MOTION TO**
        -against-                : **ADMIT COUNSEL, EDUARDO F.**
                                         : **RODRIGUEZ, PRO HAC VICE**
BANCO FINANCIERO INTERNACIONAL   :
S.A., et al.,                                  :
                                         :
        Adverse Claimants-      :
        Respondents.           :

-----------------------------------------------------------x

State of New York   )
                 )   ss:
County of New York )

         WILLIAM J.F. ROLL, III, being duly sworn, hereby deposes and says:

         1. I am a member of the firm of Shearman & Sterling LLP, counsel for Adverse

Claimant-Respondent Caja de Ahorros y Monte de Piedad de Madrid ("Caja Madrid") in the

above-captioned action. I am familiar with the proceedings in this case. I make this affidavit in

support of the motion to admit Eduardo F. Rodriguez as counsel *pro hac vice* to represent Caja

Madrid in this case.

2.  I am a member in good standing of the bar of the State of New York, and I was admitted to practice law in the State in January 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am a member in good standing of this Court.

3.  Mr. Rodriguez is an associate at the law firm of Avila Rodriguez Hernandez Mena & Ferri LLP in Coral Gables, Florida. I have found Mr. Rodriguez to be a skilled attorney and a person of integrity. I understand that he is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. Annexed hereto as Exhibit A is a copy of a Certificate of Good Standing averring that Mr. Rodriguez is a member in good standing of the Bar of the State of Florida.

4.  Accordingly, I am pleased to move the admission of Eduardo F. Rodriguez *pro hac vice*, in this case. A proposed order granting the admission of Eduardo F. Rodriguez, *pro hac vice*, is annexed hereto as Exhibit B.

_____
WILLIAM J. F. ROLL, III

State of NY
County of NY

Sworn to before me
this 18 day of March, 2011

_____
Notary Public

BRYAN JANKAY
Notary Public, State of New York
No. 01JA6172051
Qualified in Nassau County
Certificate filed in New York County
Commission Expires August 6, 20__

2

# EXHIBIT A



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**

State of Florida        )

County of Leon        )

In Re:        36423
Eduardo Francisco Rodríguez
2525 Ponce De Leon Blvd., Ste. 1225
Coral Gables, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 19, 2007.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___9TH___ day of March, 2011.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ecW:R10

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

JEANNETTE FULLER HAUSLER, et al.,           :
                                             :
            Petitioner,                      :
                                             :
        -against-                            :
                                             :
JPMORGAN CHASE BANK, N.A., et al.,          :     Civil Action No. 09-CV-10289 (VM)
                                             :
            Garnishee-Respondents.  :     Related to JPM Chase/Citibank Turnover
---------------------------------------------------------- x     Proceeding
JPMORGAN CHASE BANK, N.A., et al.,          :
                                             :     In Respect of a Judgment Entered in the
            Garnishee-Respondents  :     State of Florida, Case No. 02-12475-CA-09
            and Third-Party                  :
            Petitioners,                     :     **CERTIFICATE OF SERVICE**
                                             :
        -against-                            :
                                             :
BANCO FINANCIERO INTERNACIONAL              :
S.A., et al.,                                :
                                             :
            Adverse Claimants-               :
            Respondents.                     :
---------------------------------------------------------- x

        I, Martha C. H. Sabo, hereby certify that on March 22, 2011, I caused a true and
correct copy of the Motion to Admit Counsel Eduardo F. Rodriguez *Pro Hac Vice* and Affidavit
of William J.F. Roll, III in Support of same to be served on the counsel of record listed on the
attached service list, via U.S. Mail and electronic mail. In addition, I certify that I caused a true
and correct copy of the foregoing Motion and Affidavit to be served via U.S. Mail on the
following counsel of record:

            James D. Pagliaro
            Morgan, Lewis & Bockius LLP
            1701 Market Street
            Philadelphia, PA 19103-2921

Dated: March 22, 2011
       New York, New York

                                        Martha C. H. Sabo

CASE NO.: 09-cv-10289 VM

## SERVICE LIST

**Alfonso J. Perez**
RASCO REININGER PEREZ & ESQUENAZI
283 Catalonia Avenue
2nd Floor
Coral Gables, FL 33134
aperez@rrpev.com

**Karen Olivia-Marie Stewart**
**Roberto Martinez**
COLSON, HICKS & EIDSON
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134-5008
karen@colson.com
bob@colson.com

**Daniel Feist Schreck**
LAW OFFICES OF G. OLIVER KOPPEL & ASSOC.
99 Park Avenue, Ste. 800
New York, NY 10016
dschreck@koppellaw.com

**James Wilson Perkins**
GREENBERG TRAURIG LLP (NYC)
200 Park Avenue
New York, NY 10166
perkinsj@gtlaw.com

**David Alan Baron**
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
barond@gtlaw.com

CASE NO.: 09-cv-10289 VM

**James Loran Kerr**
**Ian Craig Richardson**
**Matteo Joshua Rosselli**
**Thomas Matthew Noone**
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue
New York, NY 10017
jkerr@dpw.com
ian.richardson@davispolk.com
matteo.rosselli@dpw.com
thomas.noone@dpw.com

**Mark Putnam Gimbel**
**Pamela Anne Carter**
COVINGTON & BURLING LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
mgimbel@cov.com
pcarter@cov.com

**Frank Panopoulos**
**Nicole Erb**
WHITE & CASE LLP (DC)
701 Thirteenth Street, NW
Washington, DC 20005
fpanopoulos@whitecase.com
nerb@whitecase.com

**Jason William Sunshine**
AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
One Bryant Park
New York, NY 10036
jsunshine@akingump.com

**Paulo Roberto Lima**
HUNTON & WILLIAMS LLP (NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
plima@hunton.com

**Bernard J. Garbutt , III**
MORGAN, LEWIS AND BOCKIUS LLP (NY)
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com

**Claurisse Ann Campanale-Orozco**
TISDALE LAW OFFICES, L.L.C.
60 East 42nd Street
Suite 1638
New York, NY 10165
Corozco@tisdale-law.com

**Joshua Douglas Weedman**
**Kenneth Andrew Caruso**
**Matthew Robert Belz**
WHITE & CASE LLP (NY)
1155 Ave of the Americas
New York, NY 10036
jweedman@whitecase.com
kcaruso@whitecase.com
matthew.belz@whitecase.com

**Brian Christopher Dunning**
VENABLE LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
bcdunning@venable.com