MARRERO, 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEANNETTE HAUSLER,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A.,
CITIBANK, N.A., THE ROYAL BANK OF
SCOTLAND N.V. (FORMERLY KNOWN AS
ABN AMRO BANK N.V.), and NATIONAL
BANK OF CANADA,

    Respondents.

------------------------------------------------------------x

NATIONAL BANK OF CANADA,

    Garnishee-Respondent
    and Interpleader
    Petitioner,

-against-

CITIBANK-N.Y., THE ROYAL BANK OF
SCOTLAND N.V. (FORMERLY KNOWN AS
ABN AMRO BANK N.V.), JEANNETTE
HAUSLER, UNKNOWN ORIGINATORS 1-25,
UNKNOWN ORIGINATORS' BANKS 1-25,
AND UNKNOWN INTERMEDIARY BANKS
1-25,

    Adverse Claimants-
    Respondents.

------------------------------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**STIPULATION AND
ORDER
EXTENDING TIME FOR
CITIBANK, N.A. AND
THE ROYAL BANK OF
SCOTLAND N.V. TO
RESPOND TO SUMMONS
AND THIRD-PARTY
PETITION**

**TRANCHE IV**

**STIPULATION AND ORDER EXTENDING TIME FOR
CITIBANK, N.A. AND THE ROYAL BANK OF SCOTLAND N.V.
TO RESPOND TO SUMMONS AND THIRD-PARTY PETITION (TRANCHE IV)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel that the time for Adverse Claimant-Respondents Citibank, N.A. (identified in the

caption as Citibank-N.Y.) and The Royal Bank of Scotland N.V. (formerly known as ABN AMRO BANK N.V.) to answer, move or otherwise respond to National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader in this proceeding shall be extended without prejudice to and including Monday, May 2, 2011. No prior requests for an extension have been submitted.

Dated: New York, New York
March 28, 2011

WHITE & CASE LLP

By: _____
Frank Panopolous, Esq.
701 13th Street N.W.
Washington, D.C. 20005
(202) 626-3600

Attorneys for Garnishee-Respondent and Third-Party Petitioner National Bank of Canada

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr, Esq.
450 Lexington Avenue
New York, NY 10017
(212) 450-4552

Attorneys for Adverse Claimants-Respondents Citibank, N.A. and The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.)

* * * * *

SO ORDERED:

March __, 2011

_____
U.S.D.J.  Victor Marrero

2