```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JEANNETTE HAUSLER,                  :
                                    :
               Petitioner,          :
                                    :
     - against -                    :    09 Civ. 10289 (VM)
                                    :
                                    :
JP MORGAN CHASE BANK, N.A.,         :         ORDER
CITIBANK, N.A., UBS AG, THE ROYAL   :
BANK OF SCOTLAND, N.V. AND BANK OF  :
AMERICA, N.A.,                      :
                                    :
               Defendants.          :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

On July 26, 2007, Petitioner Jeannette Hausler filed a motion with the Court (the "Tranche II Motion") seeking turnover of certain funds held in specified accounts of garnishee-respondent JPMorgan Chase Bank, N.A.

The parties having notified the Court that they have reached an agreement in principle concerning all outstanding issues relating to the Tranche II Motion, including the issue of attorneys' fees, it is hereby

**ORDERED** that the Clerk of the Court is directed to terminate the Tranche II Motion (Docket No. 44), without prejudice to the parties submitting to the Court in the near future a proposed Order concerning the disposition of any relevant outstanding issues relating to the Tranche II Motion.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/11

**SO ORDERED.**

Dated:   New York, New York
         31 March 2011

                                                VICTOR MARRERO
                                                  U.S.D.J.