UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE FULLER HAUSLER, *et al.*,

    Petitioners,

-against-

JPMORGAN CHASE BANK, N.A., *et al.*,

    Garnishee-Respondents.

---

JPMORGAN CHASE BANK, N.A., *et al.*,

    Garnishee-Respondents
    and Third-Party Petitioners,

-against-

NOVAFIN FINANCIÈRE, S.A., *et al.*,

    Adverse Claimants-
    Respondents.

---

09 Civ. 10289 (VM)
ECF Case

Related to the JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment Entered in the
State of Florida,
Case No. 02-12475-CA-09

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jason W. Sunshine, attorney for Adverse Claimant-Respondent Novafin Financière, S.A. ("Novafin") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Lauren B. Kerwin
    Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, NW
    Washington, DC 20036
    Tel. 202-887-4000
    Fax 202-887-4288
    lkerwin@akingump.com

is admitted to practice *pro hac vice* as counsel for Adverse Claimant-Respondent Novafin in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 31 March 2011
New York, New York

Victor Marrero
United States District Judge

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, *et al.*, <br><br> Petitioners, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents. <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents <br> and Third-Party Petitioners, <br><br> -against- <br><br> NOVAFIN FINANCIÈRE, S.A., *et al.*, <br><br> Adverse Claimants-<br>Respondents. | SCANNED (SAB) 3/27 <br><br> 09 Civ. 10289 (VM) <br> ECF Case <br><br> Related to the JPM Chase/Citibank <br> Turnover Proceeding <br><br> In Respect of a Judgment Entered in the <br> State of Florida, <br> Case No. 02-12475-CA-09 |

MAR 2 5 2011

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason W. Sunshine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Lauren B. Kerwin
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel.: (202) 887-4000
Fax: (202) 887-4288

Ms. Kerwin is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceeding against Ms. Kerwin in any State or Federal court.

Dated: March 18, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Jason W. Sunshine
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002 (fax)
jsunshine@akingump.com

*Attorneys for Novafin Financière, S.A.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE FULLER HAUSLER, *et al.*, <br><br> Petitioners, <br><br> -against- <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents. <br><br>——————————————————— <br><br> JPMORGAN CHASE BANK, N.A., *et al.*, <br><br> Garnishee-Respondents <br> and Third-Party Petitioners, <br><br> -against- <br><br> NOVAFIN FINANCIÈRE, S.A., *et al.*, <br><br> Adverse Claimants-<br>Respondents. | 09 Civ. 10289 (VM) <br> ECF Case <br><br> Related to the JPM Chase/Citibank Turnover Proceeding <br><br> In Respect of a Judgment Entered in the State of Florida, <br> Case No. 02-12475-CA-09 |

### DECLARATION OF JASON W. SUNSHINE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Jason W. Sunshine hereby declares as follows:

1. I am Counsel at Akin Gump Strauss Hauer & Feld LLP and counsel for Adverse Claimant-Respondent Novafin Financière, S.A. ("Novafin") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Novafin's motion to admit Lauren B. Kerwin as counsel *pro hac vice* to represent Novafin in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Kerwin for approximately two years.

4. Ms. Kerwin is an Associate with Akin Gump Strauss Hauer & Feld LLP.

5. I have found Ms. Kerwin to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Lauren B. Kerwin, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Lauren B. Kerwin, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lauren B. Kerwin, pro hac vice, to represent Adverse Claimant-Respondent Novafin in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 18, 2011
New York, New York

Jason W. Sunshine (JS0562)



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAUREN BECK KERWIN

was on the 6TH day of NOVEMBER, 2009 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 16, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2011, I caused to be sent by first class mail to the attorneys listed below copies of the (i) Motion For Admission *Pro Hac Vice* of Mark J. MacDougall and (ii) Motion For Admission *Pro Hac Vice* of Lauren Kerwin filed in *Hausler et al. v. JP Morgan Chase et al*, Case no. 09 Civ. 10289 (VM) and related cases pending in the Southern District of New York.

David Alan Baron
Greenberg Traurig, LLP
2101 L Street, Nw
Washington, DC 20037
(202)-331-3165
(202)-261-0465 (fax)
barond@gtlaw.com

Matthew Robert Belz
White & Case LLP (NY)
1155 Avenue of the Americas
Suite 1444
New York, NY 10036
(212) 819-8317
(212) 354-8113 (fax)
matthew.belz@whitecase.com

Claurisse Ann Campanale-Orozco
Tisdale Law Offices, L.L.C.
60 East 42nd Street
Suite 1638
New York, NY 10165
(212) 354-0025
(212) 869-0067 (fax)
Corozco@tisdale-law.com

Pamela Anne Carter
Covington & Burling LLP(NYC)
620 Eighth Avenue
New York, NY 10018-1405
(212)-841-1094
(646)-441-9094 (fax)
pcarter@cov.com

Kenneth Andrew Caruso
White & Case LLP (NY)
1155 Avenue of The Americas
New York, NY 10036

(212) 819-8853
(212) 354-8113 (fax)
kcaruso@whitecase.com

Brian S. Dervishi
Weissman, Dervishi, Borgo & Nordlund, P.A.
One Southeast Third Avenue
Miami, FL 33131
305 347 4070
305 347 4077 (fax)
brian.dervishi@wdbn.net

Brian Christopher Dunning
Venable LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
(212)-370-6269
(212)-307-5598 (fax)
bcdunning@venable.com

Nicole Erb
White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
202-626-3694
202-639-9355 (fax)
nerb@whitecase.com

Bernard J. Garbutt, III
Morgan, Lewis and Bockius LLP (NY)
101 Park Avenue
New York, NY 10178
212-309-6000
212-309-6273 (fax)
bgarbutt@morganlewis.com

Mark Putnam Gimbel
Covington & Burling LLP(NYC)
620 Eighth Avenue
New York, NY 10018-1405
212-841-1161
212-841-1010 (fax)
mgimbel@cov.com

James Loran Kerr
Davis Polk & Wardwell L.L.P.

450 Lexington Avenue
New York, NY 10017
(212) 450-4552
212 450 3552 (fax)
jkerr@dpw.com

Paulo Roberto Lima
Hunton & Williams, LLP(NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
(212)-309-1395
(212)-309-1100 (fax)
plima@hunton.com

Roberto Martinez
Colson Hicks Eidson
255 Aragon Avenue
2nd Floor
Coral Gables, FL 33134
305 476 7400
305 476 7444 (fax)
bob@colson.com

Thomas Matthew Noone
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212)-450-4721
(212)-450-3721 (fax)
thomas.noone@dpw.com

Frank Panopoulos
White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
(202)-626-3626
(202) 639-9355 (fax)
fpanopoulos@whitecase.com

Alfonso J. Perez
Rasco Reininger Perez & Esquenazi
283 Catalonia Avenue
2nd Floor
Coral Gables, FL 33134
305 476 7100
305 476 7102 (fax)

aperez@rrpev.com

James Wilson Perkins
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
(212) 801-3188
(212) 688-2449 (fax)
perkinsj@gtlaw.com

Ian Craig Richardson
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 701-5225 (fax)
ian.richardson@davispolk.com

William J.F. Roll, III
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212 848-4260
212 848-7179 (fax)
wroll@shearman.com

Matteo Joshua Rosselli
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(212) 450-3921 (fax)
matteo.rosselli@dpw.com

Daniel Feist Schreck
Law Offices of G. Oliver Koppell & Assoc.,
99 Park Avenue, Ste. 800
New York, NY 10016
(917)-368-0400
(212)-973-9494 (fax)
dschreck@koppellaw.com

Karen Olivia-Marie Stewart
Colson, Hicks & Eidson
255 Aragon Avenue
Coral Gables, FL 33134-5008

305 476 7400
305 476 7444 (fax)
karen@colson.com

Joshua Douglas Weedman
White & Case LLP (NY)
1155 Ave of the Americas
New York, NY 10036
(212)-819-8963
(212)-354-8113 (fax)
jweedman@whitecase.com

_____
Jason W. Sunshine