|  |  |
|---|---|
| New York | Madrid |
| Menlo Park | Tokyo |
| Washington DC | Beijing |
| London | Hong Kong |
| Paris | |

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP   212 450 4552 tel
450 Lexington Avenue   212 701 5552 fax
New York, NY 10017   james.kerr@davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/11
```

March 31, 2011

Re:   Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.
      No. 09 Civ. 10289 (VM) (Tranche II)

<u>Via facsimile</u>

Hon. Victor Marrero, U.S.D.J.
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Dear Judge Marrero:

This letter is to confirm the conversation that Mr. Perkins and I had with Your Honor's law clerk a short time ago in which we advised him that the parties had reached an agreement in principal to resolve the outstanding issues with respect to Tranche II attorneys fees and costs that would involve a payment by Petitioner Hausler of $50,000 to JPM Chase to reimburse it for its attorneys fees in connection with the Tranche II interpleader, and a further payment by Petitioner to JPM Chase in the amount of $36,978.72 to reimburse it for its costs and expenses in connection with that interpleader, an amount in the aggregate of $86,978.72.

We will submit an order memorializing the terms of this agreement in the near term.

We also indicated that in order to avoid inconveniencing the Court we were willing to have the Tranche II proceeding terminated without prejudice to its being reopened at a later date to consider entry of an order that would resolve the attorneys fees and costs question in accordance with the agreement described above.

Very respectfully yours,

James L. Kerr

cc:   Counsel for petitioner Hausler (by email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by garnishee-respondents.

**SO ORDERED.**

3-31-11
DATE          VICTOR MARRERO, U.S.D.J.