New York   Madrid
Menlo Park   Tokyo
Washington DC   Beijing
London   Hong Kong
Paris

# Davis Polk

James L. Kerr

Davis Polk & Wardwell LLP   212 450 4552 tel
450 Lexington Avenue   212 701 5552 fax
New York, NY 10017   james.kerr@davispolk.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11
```

April 1, 2011

Re:  Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.
      No. 09 Civ. 10289 (VM) (Tranche III)

By Facsimile

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

This firm represents the Garnishee-Respondents and Third-Party Petitioners in the above-referenced case. Counsel for Adverse Claimant-Respondent LTU Luftransport-Unternehmen GmBH ("LTU") has asked and we have agreed that LTU may have until Tuesday, April 19, 2011 to answer, move or otherwise respond to the Amended Summons and Third-Party Petition Alleging Claims in the Nature of Interpleader. This is LTU's second request for an extension of time; its first request extended the deadline until Tuesday, April 5, 2011. We are proceeding in this fashion at the request of counsel for LTU, which are in the process of preparing a *pro hac vice* application.

If this is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and have Your Honor's chambers file it with the Clerk's Office. We are available to answer any questions at the Court's convenience.

Very respectfully yours,

*/s/ James L. Kerr*

James L. Kerr

cc  Counsel for LTU Luftransport-Unternehmen GmBH (by email)

SO ORDERED. April ___, 2011

_____
U.S.D.J.

```
Request GRANTED. The time for respondent to
respond or otherwise move with respect to the petition
in this action is extended to 4-19-11
as to LTU Luftransport-Unter-
SO ORDERED. nehmen GmBH.

4-1-11
DATE        VICTOR MARRERO, U.S.D.J.
```