IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEANNETTE FULLER HAUSLER as )
*Successor Personal Representative* )
*of the Estate of* ROBERT OTIS FULLER, )
("BOBBY FULLER"), *Deceased*, on behalf )
of THOMAS CASKEY as Personal )
Representative of the Estate of LYNITA )
FULLER CASKEY, surviving daughter ) 09 Civ. 10289 (VM)
of ROBERT OTIS FULLER, The )
ESTATE OF ROBERT OTIS FULLER, )
FREDERICK FULLER, FRANCIS ) (Related to National Bank of Canada
FULLER, GRACE LUTES, JEANNETTE ) Turnover Petition)
FULLER HAUSLER, and IRENE MOSS, )
 )
  Petitioner, )
 )
 - against - )
 )
JP MORGAN CHASE BANK, N.A, ) RE: Fidel Castro Ruz, Raul Castro
CITIBANK, N.A., UBS AG, THE ROYAL ) Ruz, The Republic of Cuba, and
BANK OF SCOTLAND N.V. ) The Cuban Revolutionary Armed
(FORMERLY KNOWN AS ABN AMRO, ) Forces
N.V.), BANK OF AMERICA, N.A., and )
NATIONAL BANK OF CANADA, )
 )  [JUDGMENT DEBTORS]
 )
  Garnishee-Respondents. )
 )

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Petitioner Jeannette Hausler to answer, move, or otherwise respond to National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader ("Interpleader") shall be extended without prejudice to and including April 7, 2011. This is the second extension with respect to the Interpleader.

This Stipulation may be filed with the Clerk of the Court without further notice.

This Stipulation may be executed in counter-part originals and/or by telecopier or e-mail by counsel for the parties.

Dated: New York, New York
March 31, 2011

| GREENBERG TRAURIG, LLP | WHITE & CASE LLP |
|---|---|
| By: _____<br>James W. Perkins<br>*Attorneys for Petitioner and Interpleader Respondent*<br>MetLife Building<br>200 Park Avenue, 38th Floor<br>New York, New York 10166<br>Phone: (212) 801-9200<br>Fax:    (212) 801-6400<br>Email: perkinsj@gtlaw.com | By: _____<br>Frank Panopoulos<br>Nicole Erb<br>*Attorneys for Respondent and Interpleader Petitioner*<br>National Bank of Canada<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Phone: (202) 626-3626<br>Fax:    (202) 639-9355<br>Email: fpanopoulos@whitecase.com<br>          nerb@whitecase.com |

ENTER: 1 April 2011

_____
U.S.D.J.  Victor Marrero

2