New York    Madrid
Menlo Park  Tokyo
Washington DC  Beijing
London      Hong Kong
Paris

# Davis Polk

James L. Kerr

Davis Polk & Wardwell LLP   212 450 4552 tel
450 Lexington Avenue        212 701 5552 fax
New York, NY 10017          james.kerr@davispolk.com


JUDGE MARRERO

April 4, 2011

Re: Jeanette Fuller Hausler, et al. v JPMorgan Chase Bank, N.A., et al.
No. 09 Civ. 10289 (VM) (Tranche IV)

By Facsimile

Hon. Victor Marrero, U.S.D.J.
United States District Court
   for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/11

Dear Judge Marrero:

This firm represents respondent UBS AG ("UBS") in the above-referenced case. Petitioner has agreed to extend without prejudice the time for UBS to answer, move or otherwise respond to the petition for turnover order (Tranche IV) until Wednesday, April 20, 2011. This is UBS's first request for an extension of time.

If this is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and have Your Honor's chambers file it with the Clerk's Office. We are available to answer any questions at the Court's convenience.

Very respectfully yours,

James L. Kerr

cc: Counsel for petitioner

* * * * *

SO ORDERED. April ___, 2011

_____
U.S.D.J.

Request GRANTED. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 4-20-11.

SO ORDERED.

4-4-11
DATE        VICTOR MARRERO, U.S.D.J.