USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, <br><br> Petitioner, <br><br> -V- <br><br> JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA <br><br> Respondents. | **CERTIFICATE OF MAILING** <br><br><br><br> 09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7th Day of April, 2011**

I served the

Notice of Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Exhibits and Translation of the Documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**16th th Day of March, 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**46 6231 9034**

_____
CLERK

Dated: New York, NY
April 7, 2011

**DHL EXPRESS**
Track this shipment: http://www.dhl.com
**Shipment Waybill** (Non negotiable)

06 2009    46 6231 9034

**Payer account number and Shipment Value Protection details**
Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party  ☐ Cash  ☐ Check  ☐ Credit Card
Payer Account No. 796092742

**From (Shipper)**
Shipper's account number: 796092742
Shipper's reference (up to 32 characters): 102383.010000
Company name: Ruby Krajick, Clerk of Ct.
Address: United States District Court, Southern District of N.Y., 500 Pearl St. New York, NY
Postcode/Zip Code: 10007-1312

**To (Receiver)**
Company name: Fidel Castro c/o Raul Castro Ruz
Delivery address: Atencion: El Ministro del Interior, Aranguren entre Carlos Manuel de Cespedes y Avenida de la Independencia, Plaza de Revolucion
Postcode/Zip Code: n/a
Country: Havana, Cuba
Contact person:
Phone, Fax or E-mail: n/a

**Shipment details**
Total number of packages: 1
Total Weight: 32 lb 0 oz

**Full description of contents**
legal documents

**Shipper's agreement (Signature required)**
Signature: [signed]  Date: 4/4/11

**Products & Services**
☒ International Document