USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/11  65

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE HAUSLER,

           Petitioner,

    -V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS
AG, THE ROYAL BANK OF SCOTLAND N.V.
(FORMERLY KNOWN AS ABN AMRO, N.V.), and
NATIONAL BANK OF CANADA

           Respondents.

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 7th Day of April, 2011

I served the

Notice of Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Exhibits and Translation of the Documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 16th th Day of March, 2011

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**46 6231 9045**

CLERK

Dated: New York, NY
    April 7, 2011

# DHL
EXPRESS

## Shipment Waybill
(Non negotiable)

06
2009

**46 6231 9045**

GREY SECTIONS FOR DHL USE ONLY

DESTINATION CODE

**1  Payer account number and Shipment Value Protection details**

Charge to  ☒ Shipper  ☐ Receiver  ☐ 3rd party  ☐ Cash  ☐ Check  ☐ Credit Card

Payer Account No.  796092742

Not all payment options are available in all countries.

CC reference code

Shipment Value Protection  see reverse

☐ Yes  Increased Protection Value _____ (in local currency)

**2  From (Shipper)**

Shipper's account number  796092742  Contact name

Shipper's reference (up to 32 characters)  1203 102383.010000

Company name  Ruby Kratick, Clerk of Court

Address  United States District Court
Southern District of N.Y.
500 Pearl St. New York, N.Y.
10007-1312  Phone, Fax or E-mail (required)  N/A

**3  To (Receiver)**

Company name  RAUL CASTRO
Fidel Castro c/o Gen. Alvaro Lopez Mie

Delivery address (DHL cannot deliver to a PO Box)
Atencion: El Mistero del Interior
Arangueren entre Carlos
Manuel de Cespedes y
Avenida de la Independencia
Plaza de Revolucion

Postcode/Zip Code (required)  n/a  Country  Havana, Cuba

Contact person  n/a  Phone, Fax or E-mail (required)  n/a

**4  Shipment details**  Billed weight is calculated from total weight and dimensions

| Total number of packages | Total Weight | Pieces | Dimensions in inches |  |  |
|---|---|---|---|---|---|
|  |  |  | Length | Width | Height |
| 1 | 32° 0  lb  oz | @ | x | x |  |
|  |  | @ | x | x |  |
|  |  | @ | x | x |  |
|  |  | @ | x | x |  |

**5  Full description of contents**  Give content and quantity

legal documents

**6  Non-Document Shipments Only (Customs Requirement)**
Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number  Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice)  Harmonized Commodity Code if applicable

AES Transaction Number  TYPE OF EXPORT  ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes (if left blank receiver pays duties/taxes
☐ Receiver  ☒ Shipper  ☐ Other  specify approved account number

**7  Shipper's agreement (Signature required)**
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or exclude DHL's liability for loss, damage or delay and (2) this shipment does not contain valid or dangerous goods (see reverse).

Signature _____  Date  4 / 4 / 11

**8  Products & Services**

International Document  International Non-Document

Products that are available to and from all locations

☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS ·WORLDWIDE
☐ ECONOMY SELECT
☒ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery  ☐ Non-standard Pickup
☐ Delivery Notification  ☐ Payable Packaging
☐ Non-standard Shipment  ☐ Other

Globalmail Business
☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT

lb  ●  oz

CHARGES
Services

Other

Shipment Value Protection

VAT

CURRENCY  TOTAL

PAYMENT DETAILS (Check, Card No.)

No. :

Type  Expires

Picked up by

Route No.

Time  Date