USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/11  GS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNETTE HAUSLER,

                Petitioner,

-V-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA

                Respondents.

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7th Day of April, 2011**

I served the

Notice of Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Exhibits and Translation of the Documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**16thth Day of March, 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**46 6231 9056**

*Ruby J K.*
_____
CLERK

Dated: New York, NY
April 7, 2011

# DHL EXPRESS — Shipment Waybill (Non negotiable)

Track this shipment: http://www.dhl.com

06 2009

**46 6231 9056**

GREY SECTIONS FOR DHL USE ONLY
DESTINATION CODE

## 1 Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No.: **796092742**

Shipment Value Protection — see reverse
☐ Yes Increased Protection Value _____ (in local currency)
Not all payment options are available in all countries. CC reference code _____

## 2 From (Shipper)

Shipper's account number: **796092742**
Contact name: **Ruby Krajick**

Shipper's reference (up to 32 characters): **102383.010000**

Company name: **United States District Court - SDNY**

Address: **500 Pearl Street**
**New York, NY 10007**

Postcode/Zip Code (required): _____
Phone, Fax or E-mail (required): _____

## 3 To (Receiver)

Company name: **The Republic of Cuba**

Delivery address (DHL cannot deliver to a PO Box): **Ministerio de Relaciones Exteriores**
**Attn: Bruno Rodriguez Parilla**
**Ministro**
**Calzada No. 360, Esquina G**
**Vedado, La Habana Cuba**

Postcode/Zip Code (required): **N/A**
Country: **Habana Cuba**
Contact person: _____
Phone, Fax or E-mail (required): _____

## 4 Shipment details

Billed weight is calculated from total weight and dimensions

Total number of packages: **1**
Total Weight: **32 lb 0 oz**
Pieces / Length / Width / Height: _____

## 5 Full description of contents

Give content and quantity: **legal documents**

## 6 Non-Document Shipments Only (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number: _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____

Declared Value for Customs (as on commercial/proforma invoice): _____
Harmonized Commodity Code if applicable: _____

AES Transaction Number: _____
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver ☒ Shipper ☐ Other _____ specify approved account number

## 7 Shipper's agreement (Signature required)

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: _____ Date: __ / __ / __

## 8 Products & Services

International Document ☒ — International Non-Document ☐

Products (not all are available to and from all locations)
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Non-standard Pickup
☐ Delivery Notification ☐ Payable Packaging
☐ Non-standard Shipment ☐ Other _____

Globalmail Business
☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb ● oz

CHARGES
Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Check, Card No.)
No.: _____
Type _____ Expires _____

Picked up by _____
Route No. _____
Time _____ Date _____

Origin copy