USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE HAUSLER,

            Petitioner,

-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA

            Respondents.

**CERTIFICATE OF MAILING**

09 CV 10289 (VM)

---

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7th Day of April, 2011**

I served the

Notice of Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure Rule 69 and CPLR § 5225(b), Exhibits and Translation of the Documents

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**16th Day of March, 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**46 6231 9060**

_____
CLERK

Dated: New York, NY
April 7, 2011

# DHL EXPRESS — Shipment Waybill (Non negotiable)

Track this shipment: http://www.dhl.com

06 2009    46 6231 9060

**Payer account number and Shipment Value Protection details**

Charge to: [X] Shipper  [ ] Receiver  [ ] 3rd party  [ ] Cash  [ ] Check  [ ] Credit Card

Payer Account No.: 796092742

Shipment Value Protection — see reverse
[ ] Yes Increased Protection Value _____ (in local currency)

Not all payment options are available in all countries.

**From (Shipper)**

Shipper's account number: 796092742
Contact name: Ruby Krajick
Shipper's reference (up to 32 characters): 102383.010000
Company name: United States District Court-SDNY
Address: 500 Pearl Street
New York, NY
Postcode/Zip Code: 10007-1312
Phone: (blank)

**To (Receiver)**

Company name: Cuban Revolutionary Armed Forces (Las Fuerzas Armadas Revolucionarias Cubanas)
Delivery address: Avenida de la Independencia, esquina 30 de Mayo, Plaza de la Revolucion, Havana, Cuba
Postcode/Zip Code: N/A
Country: Havana, Cuba
Phone: N/A

**4 Shipment details** — Billed weight is calculated from total weight and dimensions

Total number of packages: 1
Total Weight: 2 lb 3 oz (approx)

**5 Full description of contents**

legal documents

**6 Non-Document Shipments Only (Customs Requirement)**

Destination duties/taxes: [X] Shipper

**8 Products & Services**

[X] International Document