*M McKeen, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/11
```

JEANNETTE FULLER HAUSLER as )
*Successor Personal Representative* )
*of the Estate of* ROBERT OTIS FULLER, )
("BOBBY FULLER"), *Deceased*, on behalf )
of THOMAS CASKEY as Personal )
Representative of the Estate of LYNITA )
FULLER CASKEY, surviving daughter )
of ROBERT OTIS FULLER, The )
ESTATE OF ROBERT OTIS FULLER, )
FREDERICK FULLER, FRANCIS )
FULLER, GRACE LUTES, JEANNETTE )
FULLER HAUSLER, and IRENE MOSS, )
)
              Petitioner, )
)
       - against - )
)
JP MORGAN CHASE BANK, N.A, )
CITIBANK, N.A., UBS AG, THE ROYAL )
BANK OF SCOTLAND N.V. )
(FORMERLY KNOWN AS ABN AMRO, )
N.V.), BANK OF AMERICA, N.A., and )
NATIONAL BANK OF CANADA, )
)
       Garnishee-Respondents. )
)

09 Civ. 10289 (VM)

(Related to National Bank of Canada Turnover Petition)

RE: Fidel Castro Ruz, Raul Castro Ruz, The Republic of Cuba, and The Cuban Revolutionary Armed Forces

[JUDGMENT DEBTORS]

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Petitioner Jeannette Hausler to answer, move, or otherwise respond to National Bank of Canada's Petition Alleging Claims in the Nature of Interpleader ("Interpleader") shall be extended without prejudice to and including April 15, 2011. This is the third extension with respect to the Interpleader.

This Stipulation may be filed with the Clerk of the Court without further notice.

This Stipulation may be executed in counter-part originals and/or by telecopier or e-mail by counsel for the parties.

Dated: New York, New York
April 7, 2011

| GREENBERG TRAURIG, LLP | WHITE & CASE LLP |
|---|---|
| By: _____<br>James W. Perkins<br>*Attorneys for Petitioner and Interpleader Respondent*<br>MetLife Building<br>200 Park Avenue, 38th Floor<br>New York, New York 10166<br>Phone: (212) 801-9200<br>Fax:    (212) 801-6400<br>Email: perkinsj@gtlaw.com | By: _____<br>Frank Panopoulos<br>Nicole Erb<br>*Attorneys for Respondent and Interpleader Petitioner*<br>*National Bank of Canada*<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Phone: (202) 626-3626<br>Fax:    (202) 639-9355<br>Email: fpanopoulos@whitecase.com<br>         nerb@whitecase.com |

ENTER: 12 April 2011

_____
U.S.D.J.  Victor Marrero