UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents.

---------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents
    and Third-Party
    Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

    Adverse Claimants-
    Respondents.

---------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**APPEARANCE**

To the Clerk of this court and all parties of record:   Enter my appearance as counsel in this case for: LTU Lufttransport-Unternehmen GmbH.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 12, 2011

_____
Thatcher A. Stone (TS5571)

45 Rockefeller Plaza
Suite 2000
New York, New York 10111
Phone: 212-332-2477
thatcher@thatcher-stone-legal.com