UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE FULLER HAUSLER as )
*Successor Personal Representative* )
*of the Estate of* ROBERT OTIS FULLER, )
("BOBBY FULLER"), *Deceased*, on behalf )
of THOMAS CASKEY as Personal )
Representative of the Estate of LYNITA )
FULLER CASKEY, surviving daughter )   09 Civ. 10289 (VM)
of ROBERT OTIS FULLER, The )
ESTATE OF ROBERT OTIS FULLER, )
FREDERICK FULLER, FRANCIS )   (Related to the JPMChase/
FULLER, GRACE LUTES, JEANNETTE )   Citibank Turnover Proceeding
FULLER HAUSLER, and IRENE MOSS, )   Tranche III)
)
)   **NOTICE OF MOTION**
)   **FOR JUDGMENT**
)   **ON PLEADINGS CONCERNING**
Petitioner, )   **PETITION III INTERPLEADER**
)   **AND FOR TURNOVER ORDER**
- against - )
)
JP MORGAN CHASE BANK, N.A, )   RE: Fidel Castro Ruz, Raul Castro
CITIBANK, N.A., UBS AG, THE ROYAL )   Ruz, The Republic of Cuba, and
BANK OF SCOTLAND N.V. )   The Cuban Revolutionary Armed
(FORMERLY KNOWN AS ABN AMRO, )   Forces
N.V.), BANK OF AMERICA, N.A., and )
NATIONAL BANK OF CANADA, )
)   [JUDGMENT DEBTORS]
)
Garnishee-Respondents. )
)
---
)
JPMORGAN CHASE BANK, N.A, )
CITIBANK, N.A., UBS AG, THE ROYAL BANK )
OF SCOTLAND N.V. (FORMERLY KNOWN AS )
ABN AMRO BANK N.V.), and BANK OF )
AMERICA, NATIONAL ASSOCIATION, )
)
Garnishee-Respondents )
and Third-Party Petitioners, )
)
v. )
)

| | )|
|---|---|
| | ) |
| | ) |
| BANCO FINANCIERO INTERNACIONAL S.A., | ) |
| BANCO INTERNACIONAL DE COMERCIO, | ) |
| S.A., BANCO NACIONAL DE CUBA, BANCO | ) |
| POPULAR DE AHORRO, ABBOTT | ) |
| LABORATORIES, INC., as successor to Quimica | ) |
| Knoll de Mexico, S.A. de C.V., AEROFLOT | ) |
| LINEAS AEREAS SOVIETICAS, ALBET | ) |
| INGENIERA Y SISTEMAS, BANCO BILBAO | ) |
| VIZCAYA ARGENTINA, S.A., BANCO | ) |
| BILBAO VIZCAYA ARGENTINA PANAMA, | ) |
| S.A., as successor to Banco Exterior Panama, S.A., | ) |
| BANCO DE CREDITO DEL PERU, as successor | ) |
| to Financiera Nacional S.A., BANCO DE | ) |
| ESPANA, BANCO ESPANOL DE CREDITO, | ) |
| BANCO MONEX S.A., BANCO NACIONAL | ) |
| DE MEXICO, S.A., BANCO PAULISTA S.A., | ) |
| BNP PARIBAS, BNP PARIBAS ESPANA, S.A., | ) |
| BANCO SANTANDER S.A., BANCO | ) |
| SANTANDER TOTTA, S.A., as successor to | ) |
| Banco Totta & Acores S.A., CAJA DE AHORROS | ) |
| Y MONTE DE PIEDAD DE MADRID, CASA DE | ) |
| CAMBIO MONEX, S.A., CREDIT SUISSE | ) |
| GROUP AG, as successor to Swiss American | ) |
| Securities, DRESDNER LATEINAMERIKA A.G., | ) |
| as successor to Dresdner Bank Lateinamerika A.G., | ) |
| ESTUDIOS MERCADOS Y SUMINISTROS S.L., | ) |
| GREEN DOWA HOLLAND BV, HSBC | ) |
| TRINKAUS & BURKHARDT AG, ING BANK | ) |
| N.V., INSTITUTO DE CARDIOLOGIA Y | ) |
| CIRUGIA CARDIOVASCULAR CUBA, | ) |
| INTERNATIONAL HANDLERS, INC., JSC | ) |
| ZARUBEZHTSVETMET, LTU | ) |
| LUFTRANSPORT-UNTERNEHMEN GMBH, | ) |
| NOVAFIN FINANCIERE S.A., PETROLEOS DE | ) |
| VENEZUELA S.A., PHILIPS MEXICANA S.A. | ) |
| DE C.V., PREMUDA S.P.A., SANPAOLO | ) |
| BANK S.A., SELECMAR SHIP MANAGEMENT, | ) |
| TUI UK LTD., as successor to Britannia Airways | ) |
| Ltd., TRYG FORSIKRING, as successor to | ) |
| Baltica Bank and Baltica Forsilkring, UNION | ) |
| BANCAIRE PRIVEE, VITOL ENERGY | ) |
| (BERMUDA) LTD and JEANNETTE FULLER | ) |
| HAUSLER as Successor Personal Representative | ) |

1

| | |
|---|---|
| of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS,<br><br>                    Adverse Claimants-<br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that upon the Turnover Petition dated October 29, 2010, the annexed Declaration of James W. Perkins dated April 15, 2011, the exhibits thereto, the accompanying Memorandum of Law in Support, and upon all other papers and prior proceedings had herein, Petitioner Jeannette Hausler will move this Court before the Honorable Victor Marrero, at the United States Courthouse located at 500 Pearl Street, Courtroom 20B, New York, NY 10007-1312, at a date and time to be determined by the Court, for a judgment in her favor: (1) pursuant Fed. R. Civ. P. 12(c) on the pleadings filed in connection with Interpleader-Petitioners' Third Party Petition Alleging Claims in the Nature of Interpleader dated October 29, 2010; (2) granting turnover pursuant to Fed. Rules Civ. Pr. 56 and 69 and CPLR 5225(b) of the funds in the blocked accounts that are the subject of this proceeding; and (3) for such other

further relief as the Court deems to be appropriate and just.

Dated: New York, New York
      April 15, 2011

| GREENBERG TRAURIG, LLP |
|---|
| By: _/s/ James W. Perkins_ |
|     James W. Perkins (JWP 6684) |
|     Bryn Haffey (BH 0510) |
|     *Attorneys for Petitioner* |
|     200 Park Avenue, 38th Floor |
|     New York, New York 10166 |
|     Phone: (212) 801-3188 |
|     Fax:    (212) 801-6400 |
|   |
| GREENBERG TRAURIG, LLP |
|     David A. Baron |
|     2101 L Street, N.W., |
|     Suite 1000 |
|     Washington DC 20037 |
|     Phone: (202) 331-3100 |
|     Fax:    (202) 331-3101 |
|   |
| COLSON HICKS EIDSON |
|     Roberto Martinez |
|     Ronald W. Kleinman |
|     255 Aragon Avenue |
|     Second Floor |
|     Coral Gables, Florida 33134 |
|     Phone: (305) 476-7400 |
|     Fax:    (305) 476-7444 |

TO:   DAVIS POLK & WARDWELL
      James L. Kerr, Esq.
      450 Lexington Avenue
      New York, New York 10017
      *Attorneys for Respondents/*
      *Interpleader Petitioners*
      JP MORGAN CHASE BANK, N.A.
      CITIBANK, N.A., UBS AG, THE ROYAL
      BANK OF SCOTLAND (FORMERLY
      KNOWN AS ABN AMRO, N.V.), and
      BANK OF AMERICA, N.A.

      TISDALE LAW OFFICES, L.L.C.
      Claurisse Ann Campanale-Orozco, Esq.
      60 East 42nd Street
      Suite 1638
      New York, NY 10165
      *Attorney for Adverse Claimant-Respondent*
      PREMUDA S.P.A.

      AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
      Jason William Sunshine, Esq.
      One Bryant Park
      New York, NY 10036
      *Attorney for Adverse Claimant-Respondent*
      NOVAFIN FINANCIÈRE S.A.

      AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)
      Lauren B. Kerwin, Esq.
      Robert S. Strauss Building
      1333 New Hampshire Avenue, N.W.
      Washington, DC 20036
      *Attorney for Adverse Claimant-Respondent*
      NOVAFIN FINANCIÈRE S.A.

      WHITE & CASE LLP (NY)
      Kenneth Andrew Caruso, Esq.
      Joshua Douglas Weedman, Esq.
      1155 Ave of the Americas
      New York, NY 10036
      *Attorney for Adverse Claimant-Respondent*
      BANCO BILBAO VIZCAYA ARGENTINA, S.A.
      MORGAN, LEWIS & BOCKIUS LLP
      Ramin Afshar-Mohajer, Esq.

1701 Market Street
Philadelphia, PA 19103
*Attorney for Adverse Claimant-Respondent*
ESTUDIOS MERCARDOS Y SUMINISTROS S.L. and
PHILIPS MEXICANA S.A. DE C.V.

HUNTON & WILLIAMS, LLP (NYC)
Paulo Roberto Lima, Esq.
200 Park Avenue, 52nd Floor
New York, NY 10166
*Attorney for Adverse Claimant-Respondent*
BANCO ESPAÑOL DE CREDITO,
BANCO SANTANDER TOTTA, S.A., and
BANCO SANTANDER S.A.

AVILA RODRIGUEZ HERNANDEZ MENA & FERRI LLP
Juan Carlos Sanchez, Esq.
2525 Ponce de Leon Blvd Suite 1225
Coral Gables, FL 33134
*Attorney for Adverse Claimant-Respondent*
CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID

THE STONE LAW FIRM
Thatcher A. Stone, Esq.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111
*Attorney for Adverse Claimant-Respondent*
LTU LUFTRANSPORT-UNTERNEHMEN GMBH

KIRSTEIN & YOUNG PLLC
Joanne W. Young, Esq.
1750 K Street NW, Suite 200
Washiongton, DC 20006
*Attorney for Adverse Claimant-Respondent*
LTU LUFTRANSPORT-UNTERNEHMEN GMBH