UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

        Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents.

---------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents
        and Third-Party
        Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

        Adverse Claimants-
        Respondents.

---------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thatcher Stone a member

in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    David M. Kirstein
    Kirstein & Young, PLLC
    1750 K Street, NW, suite 200
    Washington, D.C. 20006
    Phone: 202.331.3348
    Fax: 202.331.3933

David M. Kirstein is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against David M. Kirstein in any State or Federal court. A proposed Order for the Court's consideration is attached.

                                  Respectfully submitted,

Dated: New York, New York
        April 12, 2011

                                  Thatcher A. Stone (TS5571)

                                  45 Rockefeller Plaza
                                  Suite 2000
                                  New York, New York 10111
                                  (212)332-2477  - phone
                                  thatcher@thatcher-stone-legal.com

                                  Attorneys for Adverse Claimant - Respondent
                                      LTU Lufttransport-Unternehmen GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), et. al,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents.

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

----------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents and Third-Party Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., et al,

    Adverse Claimants-Respondents.

**AFFIRMATION OF THATCHER A. STONE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

----------------------------------------x

**AFFIRMATION OF THATCHER A. STONE IN SUPPORT OF MOTION TO**

**ADMIT COUNSEL PRO HAC VICE**

I, Thatcher A. Stone, an attorney admitted before all of the Courts of the State of New York, and admitted before this Court, hereby affirm under penalty of perjury pursuant to N.Y. CPLR 2106 as follows:

1. I am counsel for Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH, in the above captioned action. I am familiar with the proceedings in this case. I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), et. al,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents.

------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents and Third-Party Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., et al,

    Adverse Claimants-Respondents.

------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**CERTIFICATION OF SERVICE**

    I hereby certify that on April __, 2011, I filed the foregoing Motion to Admit Counsel Pro Hac Vice and Proposed Order with the Clerk's Office. I also certify that the foregoing documents are being served this day on all counsel of record or pro se parties identified on the attached Service List via electronic mail and served by mail on anyone unable to accept electronic service.

                                                                       Thatcher A. Stone

## SERVICE LIST

Glenn D. Kurtz
WHITE & CASE
1155 Avenue of the Americas
New York, New York
10036-2787
gkurtz@whitecase.com

Wilfredo A. Rodriguez
JuanCarlos Sanchez
Eduardo F. Rodriguez
AVILA RODRIGUEZ HERNANDEZ MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Miami, FL 33134-6049
frodriguez@arhmf.com
jsanchez@arhmf.com
erodriguez@arhmf.com

William J.F. Roll, III
SHEARMAN & STERLING
599 Lexington Avenue
New York, New York 10022
wroll@shearman.com

Alfonso J. Perez
RASCO REININGER PEREZ & ESQUENAZI
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134
aperez@rrpev.com

Karen Olivia-Marie Stewart
Roberto Martinez
COLSON, HICKS & EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
karen@colson.com
bob@colson.com

Daniel Feist Schreck
LAW OFFICES OF G. OLIVER KOPPEL & ASSOC.
99 Park Avenue, Ste. 800
New York, NY 10016
dschreck@koppellaw.com

James Wilson Perkins
GREENBERG TRAURIG LLP (NYC)
200 Park Avenue
New York, NY 10166
perkinsj@gtlaw.com

David Alan Baron
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
barond@gtlaw.com

James Loran Kerr
Ian Craig Richardson
Matteo Joshua Rosselli
Thomas Matthew Noone
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue
New York, NY 10017
jkerr@dpw.com
ian.richardson@davispolk.com
matteo.rosselli@dpw.com
thomas.noone@dpw.com

Mark Putnam Gimbel
Pamela Anne Carter
COVINGTON & BURLING LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
mgimbel@cov.com
pcarter@cov.com

Frank Panopoulos
Nicole Erb
WHITE & CASE LLP (DC)
701 Thirteenth Street, NW
Washington, DC 20005
fpanopoulos@whitecase.com
nerb@whitecase.com

Jason William Sunshine
AKIN GUMP STRAUSS HAUER & FELD, LLP (NYC)
One Bryant Park
New York, NY 10036
jsunshine@akingump.com

Paulo Roberto Lima
HUNTON & WILLIAMS LLP (NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
plima@hunton.com

Bernard J. Garbutt, III
MORGAN, LEWIS AND BOCKIUS LLP (NY)
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com

Claurisse Ann Campanale-Orozco
TISDALE LAW OFFICES, L.L.C.
60 East 42nd Street, Suite 1638
New York, NY 10165
Corozco@tisdale-law.com

Joshua Douglas Weedman
Kenneth Andrew Caruso
Matthew Robert Belz
WHITE & CASE LLP (NY)
1155 Ave of the Americas
New York, NY 10036
jweedman@whitecase.com
kcaruso@whitecase.com
matthew.belz@whitecase.com

Brian Christopher Dunning
VENABLE LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
bcdunning@venable.com

James D. Pagliaro
Ramin Afshar-Mohajer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
jpagliaro@morganlewis.com

Mark Joseph MacDougall
Lauren B. Kerwin
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
mmackdougall@akingump.com
lkerwin@akingump.com