# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

               Petitioner,

        -against-

JPMORGAN CHASE BANK, N.A., et. al,

            Garnishee-Respondents.

---------------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

            Garnishee-Respondents
            and Third-Party
            Petitioners,

        -against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

            Adverse Claimants-
            Respondents.

---------------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thatcher A. Stone, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Joanne W. Young
Kirstein & Young, PLLC
1750 K Street, NW, Suite 200
Washington, D.C. 20006
202.331.3348
202.331.3933

Joanne W. Young is a member in good standing of the Bar of the District of

Columbia.  There are no pending disciplinary proceedings against Joanne W. Young in

any State or Federal court. A proposed Order for the Court's consideration is attached.

Respectfully submitted,

Dated: New York, New York
April 12, 2011

Thatcher A. Stone (TS5571)

45 Rockefeller Plaza
Suite 2000
New York, New York 10111
(212)332-2477 phone
thatcher@thatcher-stone-legal.com

Attorneys for Adverse Claimant - Respondent
LTU Lufttransport-Unternehmen GmbH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

                Petitioner,

        -against-

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents.

 

---------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents
        and Third-Party
        Petitioners,

        -against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

        Adverse Claimants-
        Respondents.

---------------------------------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**AFFIRMATION OF
THATCHER A. STONE IN
SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC
VICE**

**AFFIRMATION OF THATCHER A. STONE IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                  ) SS:
County of New York )

I, Thatcher A. Stone, an attorney admitted before all of the Courts of the State of New
York, and admitted before this Court, hereby affirm under penalty of perjury pursuant to
N.Y. CPLR 2106 as follows:

1. I am counsel for Adverse Claimant-Respondent LTU Lufttransport-Unternehmen

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

           Petitioner,

       -against-

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents.

————————————————————————x

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents
        and Third-Party
        Petitioners,

       -against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

        Adverse Claimants-
        Respondents.

————————————————————————x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN NOTICE**

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Thatcher Stone, attorney for Adverse Claimant-Respondent

LTU Lufttransport-Unternehmen GmbH;

**IT IS HEREBY ORDERED** that

       Joanne W. Young
       Kirstein & Young, PLLC



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOANNE W. YOUNG

was on the     14TH   day of     AUGUST, 1975

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on April
11, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
             Deputy Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

——————————————————————————x
:
JEANNETTE FULLER HAUSLER as Successor :
Personal Representative of the Estate of :
ROBERT OTIS FULLER ("BOBBY :
FULLER"), et. al, :
:
          Petitioner, :
:
    -against- :
:
JPMORGAN CHASE BANK, N.A., et. al, :    09 Civ. 10289 (VM)
:
       Garnishee-Respondents. :    Related to JPM Chase/Citibank
: Turnover Proceeding
——————————————————————————x
x    In Respect of a Judgment
: Entered in the State of Florida,
JPMORGAN CHASE BANK, N.A., et. al, :    Case No. 02-12475-CA-09
:
       Garnishee-Respondents :    **CERTIFICATION OF**
       and Third-Party :    **SERVICE**
       Petitioners, :
:
    -against- :
:
BANCO FINANCIERO INTERNACIONAL :
S.A., et al, :
:
       Adverse Claimants- :
       Respondents. :
——————————————————————————x

      I hereby certify that on April 18, 2011, I filed the foregoing Motion to Admit
Counsel Pro Hac Vice and Proposed Order with the Clerk's Office.  I also certify that the
foregoing documents are being served this day on all counsel of record or pro se parties
identified on the attached Service List via electronic mail and served by mail on anyone
unable to accept electronic service.

                                                  _____
                                                   Thatcher A. Stone

# SERVICE LIST

Glenn D. Kurtz
WHITE & CASE
1155 Avenue of the Americas
New York, New York
10036-2787
gkurtz@whitecase.com

Wilfredo A. Rodriguez
JuanCarlos Sanchez
Eduardo F. Rodriguez
AVILA RODRIGUEZ HERNANDEZ MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Miami, FL 33134-6049
frodriguez@arhmf.com
jsanchez@arhmf.com
erodriguez@arhmf.com

William J.F. Roll, III
SHEARMAN & STERLING
599 Lexington Avenue
New York, New York 10022
wroll@shearman.com

Alfonso J. Perez
RASCO REININGER PEREZ & ESQUENAZI
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134
aperez@rrpev.com

Karen Olivia-Marie Stewart
Roberto Martinez
COLSON, HICKS & EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
karen@colson.com
bob@colson.com

Daniel Feist Schreck
LAW OFFICES OF G. OLIVER KOPPEL & ASSOC.
99 Park Avenue, Ste. 800
New York, NY 10016
dschreck@koppellaw.com

Mark Joseph MacDougall
Lauren B. Kerwin
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
mmackdougall@akingump.com
lkerwin@akingump.com