UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS, | |
| Petitioner, | |
| -against- | |
| JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION, | 09 Civ. 10289 (VM) Related to JPM Chase /Citibank Turnover Proceeding In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09 |
| Garnishee-Respondents. | |
| JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION, | **AFFIDAVIT OF SERVICE** |
| Garnishee-Respondents and Third-Party Petitioners, | |
| -against- | |
| BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., | |

| | |
|---|---|
| AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO VIZCAYA ARGENTINA PANAMA, S.A., as successor to Banco Exterior Panama, S.A., BANCO DE CREDITO DEL PERU, as successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPANOL DE CREDITO, BANCO MONEX S.A., BANCO NACIONAL DE MEXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPANA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V., INSTITUTO DE CARDIOLOGIA Y CIRUGIA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETROLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

2

| | |
|---|---|
| FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS, | : : : : |
| Adverse Claimants-Respondents. | : : : |

------x

STATE OF NEW YORK     )
                     : ss
COUNTY OF NEW YORK   )

       Nelson Vargas, being duly sworn, deposes and says:

       That I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017; and that on April 15, 2011 at approximately 1:15 P.M. I served the attached Letter of Thomas M. Noone dated April 15, 2011, the Third-Party Petition Alleging Claims in the Nature of the Interpleader and an Amended Summons in a Civil Case upon Bernard J. Garbutt III, Esq. of Morgan, Lewis & Bockius LLP, at 101 Park Avenue, New York, NY 10178, counsel for Adverse Claimant-Respondent Philips Mexicana S.A. de C.V. by delivering a true copy of each to Charles Calvaruso, who was identified as the Managing Clerk of Morgan, Lewis & Bockius LLP and was authorized to accept service on behalf Mr. Garbutt, by hand; and that said individual was a Caucasian male, approximately 50 years of age, 5 feet 9 inches tall, with black hair.

                                                               */s/ Nelson Vargas*
                                                                 Nelson Vargas

Sworn to before me this
21st day of April, 2011.

_____
Notary Public

NICOLE STERN
NOTARY PUBLIC, State of New York
No. 02ST6146688
Qualified in New York County
Commission Expires Sept. 22, 20_14_

New York
Philadelphia
Washington
Los Angeles
Miami
Harrisburg
Princeton
London
Brussels
Frankfurt
Tokyo

# Morgan, Lewis & Bockius LLP
COUNSELORS AT LAW

## Charles Calvaruso
Legal Assistant
101 Park Avenue
New York, NY 10178-0060
212-309-6144
Fax: 212-309-6273
Internet:calv6144@mlb.com

*[handwritten: managing clerk]*

# Davis Polk

New York  Madrid
Menlo Park  Tokyo
Washington DC  Beijing
London  Hong Kong
Paris

**Thomas M. Noone**

Davis Polk & Wardwell LLP    212 450 4348 tel
450 Lexington Avenue         212 701 5348 fax
New York, NY 10017           thomas.noone@davispolk.com

April 15, 2011

Re:   Jeanette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.
      No. 09 Civ. 10289 (VM) (Tranche III)

Bernard J. Garbutt III, Esq.
Counsel for Philips Mexicana S.A. de C.V.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Dear Mr. Garbutt:

Thank you for agreeing to accept service of process on behalf of Philips Mexicana S.A. de C.V. As discussed with Ramin Afshar-Mohajer, enclosed with this letter are copies of the Amended Summons and Joint Third-Party Petition Alleging Claims in the Nature of Interpleader, which names Philips Mexicana S.A. de C.V. as an Adverse Claimant-Respondent.

Please call me if you have any questions.

Very truly yours,

*Thomas M. Noone/lllc*

Thomas M. Noone

Enclosures

cc w/o enc:   Ramin Afshar-Mohajer, Esq.