UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JEANETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

    Garnishee/Respondents.

---

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

    Garnishee/Respondents and
    Third-Party Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT Sucesor RIOS, INC., as Succesor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**NOTICE OF UNION BANCAIRE
 PRIVEE'S WAIVER OF CLAIM**

VIZCAYA ARGENTINA PANAMA, S.A., as Successor to Banco Exterior Panama, S.A" BANCO DE CREDITO DEL PERU, as Successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPANOL DE CREDITO, BANCO MONEX S.A., BANCO NACIONAL DE MEXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPANA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as Successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V., INSTITUTO DE CARDIOLOGIA Y CIRUGIA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETROLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD. and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER, and IRENE MOSS,

      Adverse Claimants/Respondents.
_____/

Adverse Claimant-Respondent Union Bancaire Privee ("UBP") by and through its counsel, hereby provides notice that:

1. UBP relinquishes with respect to the present action any claim to the wire transfer funds ($201,470.89) more particularly described at paragraph 30(c) of the Third Party Petition Alleging Claims in the Nature of Interpleader, which funds, transferred on or about August 13, 1993, were allegedly intercepted pursuant to the Cuban Assets Control Regulations, 31 C.F.R. Part 515, and are currently held in a blocked account on the books of Garnishee-Respondent and Third-Party Petitioner JPM Chase (the "UBP Blocked Account.")

2. UBP accordingly consents to the deposit of the UBP Blocked Account into the Court and to the Court's resolution of any claims relating to the UBP Blocked Account, and releases JPM Chase from any claims, counterclaims, or cross-claims UBP may have against JPM Chase with respect to the UBP Blocked Account.

3. UBP waives any right to future notice in this action, and any right to object or otherwise be heard in this action, including with respect to the Court's ultimate resolution of claims relating to the UBP Blocked Account.

4. Notwithstanding the above, UBP expressly reserves to itself any and all claims and defenses it may have relating to the underlying transaction and wire transfer.

Dated: New York, New York
April 22, 2010

                BAKER & McKENZIE LLP

                By: /s/ Douglas Tween
                     Douglas Tween
                     1114 Avenue of the Americas
                     New York, New York 10036
                     Tel: 212-626-4100
                     Fax: 212-310-1600
                     douglas.tween@bakermckenzie.com
                     *Attorneys for Union Bancaire Privee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically filed a copy of the foregoing Notice of Union Bancaire Privee's Waiver of Claim, which will cause a copy to be served on all counsel of record via the Court's CM/ECF system.

By: /s/ Douglas Tween
Douglas Tween