UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor :
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

               Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

               Garnishee-Respondents.

---------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

               Garnishee-Respondents
               and Third-Party
               Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

               Adverse Claimants-
               Respondents.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN NOTICE**

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE

Upon the motion of Thatcher A. Stone, attorney for Adverse Claimant-

Respondent LTU Lufttransport-Unternehmen GmbH;

**IT IS HEREBY ORDERED** that

    David M. Kirstein
    Kirstein & Young, PLLC

1750 K Street, NW, suite 200
Washington, D.C. 20006
Phone: 202.331.3348
Fax: 202.331.3933
dkirstein@yklaw.com

is admitted to practice pro hac vice as Counsel for LTU Lufttransport-Unternehmen GmbH in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the local rules of this court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

New York, New York
April 21, 2011

_____
Victor Marrero
Judge, United States District Court





APR 18 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), et. al,

    Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents.

---------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

    Garnishee-Respondents and Third-Party Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., et al,

    Adverse Claimants-Respondents.

---------------------------------------------------------------x

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

#276

# MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thatcher Stone a member

in good standing of the bar of this Court, hereby move for an Order allowing the

admission pro hac vice of

>David M. Kirstein
>Kirstein & Young, PLLC
>1750 K Street, NW, suite 200
>Washington, D.C. 20006
>Phone: 202.331.3348
>Fax: 202.331.3933

David M. Kirstein is a member in good standing of the Bar of the District of

Columbia. There are no pending disciplinary proceedings against David M. Kirstein in

any State or Federal court. A proposed Order for the Court's consideration is attached.

Respectfully submitted,

Dated: New York, New York
April 12, 2011

_____
Thatcher A. Stone (TS5571)

45 Rockefeller Plaza
Suite 2000
New York, New York 10111
(212)332-2477  - phone
thatcher@thatcher-stone-legal.com

Attorneys for Adverse Claimant - Respondent
LTU Lufttransport-Unternehmen GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

          Petitioner,

    -against-                    09 Civ. 10289 (VM)

JPMORGAN CHASE BANK, N.A., et. al,    Related to JPM Chase/Citibank
                                               Turnover Proceeding
          Garnishee-Respondents.

                                               In Respect of a Judgment
                                             Entered in the State of Florida,
-------------------------------x   Case No. 02-12475-CA-09

JPMORGAN CHASE BANK, N.A., et. al,    **AFFIRMATION OF**
                                             **THATCHER A. STONE IN**
          Garnishee-Respondents     **SUPPORT OF MOTION TO**
          and Third-Party                **ADMIT COUNSEL PRO HAC**
          Petitioners,                      **VICE**

    -against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

          Adverse Claimants-
          Respondents.

-------------------------------x

**AFFIRMATION OF THATCHER A. STONE IN SUPPORT OF MOTION TO**

**ADMIT COUNSEL PRO HAC VICE**

I, Thatcher A. Stone, an attorney admitted before all of the Courts of the State of New York, and admitted before this Court, hereby affirm under penalty of perjury pursuant to N.Y. CPLR 2106 as follows:

1. I am counsel for Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH, in the above captioned action. I am familiar with the proceedings in this case. I

make this statement based on my personal knowledge of the facts set forth herein and in support of Adverse Claimant-Respondents' motion to admit David M. Kirstein as counsel pro hac vice to represent Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, since 1983, and am in good standing with this Court.

3. David M. Kirstein is a Partner at Kirstein & Young, PLLC in Washington, D.C.

4. I have found David M. Kirstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. We are adjunct faculty at the Univ. of Virginia Law School where we have taught a course together for seven years. He is a capable and experienced advocate.

5. Accordingly, I am pleased to move for the admission of David M. Kirstein, pro hac vice.

6. I respectfully submit a proposed order granting the admission of David M. Kirstein, pro hac vice, which is attached hereto as Exhibit A. A certificate as to his good standing before the Courts of the District of Colombia is attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit David M. Kirstein, pro hac vice, to represent Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH in the above captioned matter, be granted.

Respectfully submitted,

Dated: New York, New York
April 12, 2011

Thatcher A. Stone (TS5571)

45 Rockefeller Plaza
Suite 2000
New York, New York 10111
(212)332-2477   - Phone
thatcher@thatcher-stone-legal.com
Attorneys for Adverse Claimant - Respondent
   LTU Lufttransport-Unternehmen GmbH



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DAVID M. KIRSTEIN**

was on the 1ST day of JUNE, 1982 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of
ROBERT OTIS FULLER ("BOBBY
FULLER"), et. al,

        Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents.

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

---------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., et. al,

        Garnishee-Respondents
        and Third-Party
        Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL
S.A., et al,

        Adverse Claimants-
        Respondents.

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**CERTIFICATION OF
SERVICE**

---------------------------------------------------------------x

    I hereby certify that on April ___, 2011, I filed the foregoing Motion to Admit Counsel Pro Hac Vice and Proposed Order with the Clerk's Office. I also certify that the foregoing documents are being served this day on all counsel of record or pro se parties identified on the attached Service List via electronic mail and served by mail on anyone unable to accept electronic service.

                                                                               Thatcher A. Stone

## SERVICE LIST

Glenn D. Kurtz
WHITE & CASE
1155 Avenue of the Americas
New York, New York
10036-2787
gkurtz@whitecase.com

Wilfredo A. Rodriguez
JuanCarlos Sanchez
Eduardo F. Rodriguez
AVILA RODRIGUEZ HERNANDEZ MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Miami, FL 33134-6049
frodriguez@arhmf.com
jsanchez@arhmf.com
erodriguez@arhmf.com

William J.F. Roll, III
SHEARMAN & STERLING
599 Lexington Avenue
New York, New York 10022
wroll@shearman.com

Alfonso J. Perez
RASCO REININGER PEREZ & ESQUENAZI
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134
aperez@rrpev.com

Karen Olivia-Marie Stewart
Roberto Martinez
COLSON, HICKS & EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
karen@colson.com
bob@colson.com

Daniel Feist Schreck
LAW OFFICES OF G. OLIVER KOPPEL & ASSOC.
99 Park Avenue, Ste. 800
New York, NY 10016
dschreck@koppellaw.com

James Wilson Perkins
GREENBERG TRAURIG LLP (NYC)
200 Park Avenue
New York, NY 10166
perkinsj@gtlaw.com

David Alan Baron
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
barond@gtlaw.com

James Loran Kerr
Ian Craig Richardson
Matteo Joshua Rosselli
Thomas Matthew Noone
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue
New York, NY 10017
jkerr@dpw.com
ian.richardson@davispolk.com
matteo.rosselli@dpw.com
thomas.noone@dpw.com

Mark Putnam Gimbel
Pamela Anne Carter
COVINGTON & BURLING LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
mgimbel@cov.com
pcarter@cov.com

Frank Panopoulos
Nicole Erb
WHITE & CASE LLP (DC)
701 Thirteenth Street, NW
Washington, DC 20005
fpanopoulos@whitecase.com
nerb@whitecase.com

Jason William Sunshine
AKIN GUMP STRAUSS HAUER & FELD, LLP (NYC)
One Bryant Park
New York, NY 10036
jsunshine@akingump.com

Paulo Roberto Lima
HUNTON & WILLIAMS LLP (NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
plima@hunton.com

Bernard J. Garbutt, III
MORGAN, LEWIS AND BOCKIUS LLP (NY)
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com

Claurisse Ann Campanale-Orozco
TISDALE LAW OFFICES, L.L.C.
60 East 42nd Street, Suite 1638
New York, NY 10165
Corozco@tisdale-law.com

Joshua Douglas Weedman
Kenneth Andrew Caruso
Matthew Robert Belz
WHITE & CASE LLP (NY)
1155 Ave of the Americas
New York, NY 10036
jweedman@whitecase.com
kcaruso@whitecase.com
matthew.belz@whitecase.com

Brian Christopher Dunning
VENABLE LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
bcdunning@venable.com

James D. Pagliaro
Ramin Afshar-Mohajer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
jpagliaro@morganlewis.com

Mark Joseph MacDougall
Lauren B. Kerwin
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
mmackdougall@akingump.com
lkerwin@akingump.com