**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————x
                                              :
JEANNETTE FULLER HAUSLER as Successor         :
Personal Representative of the Estate of      :
ROBERT OTIS FULLER ("BOBBY                    :
FULLER"), et. al,                             :
                                              :
            Petitioner,                       :
                                              :
            -against-                         :
                                              :
JPMORGAN CHASE BANK, N.A., et. al,            :
                                              :
            Garnishee-Respondents.            :
                                              :
                                              :
————————————————————————x
                                              :
JPMORGAN CHASE BANK, N.A., et. al,            :
                                              :
            Garnishee-Respondents             :
            and Third-Party                   :
            Petitioners,                       :
                                              :
            -against-                         :
                                              :
BANCO FINANCIERO INTERNACIONAL                :
S.A., et al,                                  :
                                              :
            Adverse Claimants-                :
            Respondents.                      :
————————————————————————x

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN NOTICE**

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**


Upon the motion of Thatcher Stone, attorney for Adverse Claimant-Respondent

LTU Lufttransport-Unternehmen GmbH;

**IT IS HEREBY ORDERED** that

> Joanne W. Young
> Kirstein & Young, PLLC

1750 K Street, NW, suite 200
Washington, D.C. 20006
202.331.3348
202.331.3933
jyoung@yklaw.com

is admitted to practice pro hac vice as Counsel for LTU Lufttransport-Unternehmen

GmbH in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this court are subject to the local

rules of this court, including the Rules governing discipline of attorneys. This action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the

Clerk of Court.

New York, New York

April $\cancel{2}$, 2011

Victor Marrero

Judge, United States District Court



APR 18 2011

100/453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

#275

---------------------------------------------------------------x
                                                    :
JEANNETTE FULLER HAUSLER as Successor               :
Personal Representative of the Estate of            :
ROBERT OTIS FULLER ("BOBBY                          :
FULLER"), et. al,                                   :
                                                    :
                      Petitioner,                   :
                                                    :
         -against-                                  :
                                                    :       09 Civ. 10289 (VM)
JPMORGAN CHASE BANK, N.A., et. al,                  :
                                                    :       Related to JPM Chase/Citibank
                      Garnishee-Respondents.        :       Turnover Proceeding
                                                    :
                                                    :       In Respect of a Judgment
---------------------------------------------------------------x       Entered in the State of Florida,
                                                    :       Case No. 02-12475-CA-09
JPMORGAN CHASE BANK, N.A., et. al,                  :
                                                    :       **MOTION TO ADMIT**
                      Garnishee-Respondents         :       **COUNSEL PRO HAC VICE**
                      and Third-Party               :
                      Petitioners,                  :
                                                    :
         -against-                                  :
                                                    :
BANCO FINANCIERO INTERNACIONAL                      :
S.A., et al,                                        :
                                                    :
                      Adverse Claimants-            :
                      Respondents.                  :
---------------------------------------------------------------x

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Thatcher A. Stone, a

member in good standing of the bar of this Court, hereby move for an Order allowing the

admission pro hac vice of

Joanne W. Young
Kirstein & Young, PLLC
1750 K Street, NW, Suite 200
Washington, D.C. 20006
202.331.3348
202.331.3933

Joanne W. Young is a member in good standing of the Bar of the District of

Columbia. There are no pending disciplinary proceedings against Joanne W. Young in

any State or Federal court. A proposed Order for the Court's consideration is attached.

Respectfully submitted,

Dated: New York, New York
April 12, 2011

Thatcher A. Stone (TS5571)

45 Rockefeller Plaza
Suite 2000
New York, New York 10111
(212)332-2477 phone
thatcher@thatcher-stone-legal.com

Attorneys for Adverse Claimant - Respondent
LTU Lufttransport-Unternehmen GmbH

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

—————————————————————————————————x
                                              :
JEANNETTE FULLER HAUSLER as Successor    :
Personal Representative of the Estate of      :
ROBERT OTIS FULLER ("BOBBY               :
FULLER"), et. al,                             :
                                              :
               Petitioner,                 :
                                              :
       -against-                           :   09 Civ. 10289 (VM)
                                              :
JPMORGAN CHASE BANK, N.A., et. al,       :   Related to JPM Chase/Citibank
                                              :   Turnover Proceeding
         Garnishee-Respondents.        :
                                              :   In Respect of a Judgment
                                              :   Entered in the State of Florida,
—————————————————————————————————x   Case No. 02-12475-CA-09
                                              :
JPMORGAN CHASE BANK, N.A., et. al,       :   **AFFIRMATION OF**
                                              :   **THATCHER A. STONE IN**
         Garnishee-Respondents        :   **SUPPORT OF MOTION TO**
         and Third-Party               :   **ADMIT COUNSEL PRO HAC**
         Petitioners,                  :   **VICE**
                                              :
       -against-                           :
                                              :
BANCO FINANCIERO INTERNACIONAL          :
S.A., et al,                                  :
                                              :
         Adverse Claimants-            :
         Respondents.                  :
—————————————————————————————————x

### AFFIRMATION OF THATCHER A. STONE IN SUPPORT OF MOTION TO
### ADMIT COUNSEL PRO HAC VICE

State of New York   )
                  ) SS:
County of New York )

I, Thatcher A. Stone, an attorney admitted before all of the Courts of the State of New York, and admitted before this Court, hereby affirm under penalty of perjury pursuant to N.Y. CPLR 2106 as follows:

1. I am counsel for Adverse Claimant-Respondent LTU Lufttransport-Unternehmen

GmbH, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Adverse Claimant-Respondent's motion to admit Joanne W. Young as counsel pro hac vice to represent Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March of 1983. I was also admitted to the bar of the United States District Court for the Southern District of New York in 1983, and am in good standing with this Court.

3. Joanne W. Young is the Managing Partner at Kirstein & Young, PLLC in Washington, D.C.

4. I have found Joanne W. Young to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure. I have known Joanne Young for over seven years as a result of her involvement with IATA and other aviation and legal organizations and conferences.

5. Accordingly, I am pleased to move for the admission of Joanne W. Young, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Joanne Young, pro hac vice, which is attached hereto as Exhibit A. A certificate as to her good standing begore the Courts of the District of Colombia is attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joanne W. Young, pro hac vice, to represent Adverse Claimant-Respondent LTU Lufttransport-Unternehmen GmbH in the above captioned matter, be granted.

                                        Respectfully submitted,

Dated: New York, New York
       April 12, 2011

                              _____
                              Thatcher A. Stone (TS5571)

                              45 Rockefeller Plaza
                              Suite 2000
                              New York, New York 10111
                              (212)332-2477  - Phone
                              thatcher@thatcher-stone-legal.com
                              Attorneys for Adverse Claimant - Respondent
                                   LTU Lufttransport-Unternehmen GmbH



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOANNE W. YOUNG

was on the      14ᵀᴴ  day of      AUGUST, 1975

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on April
11, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
                Deputy Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

————————————————————x
:
JEANNETTE FULLER HAUSLER as Successor    :
Personal Representative of the Estate of         :
ROBERT OTIS FULLER ("BOBBY                :
FULLER"), et. al,                                       :
                                                            :
                     Petitioner,                        :
                                                            :
              -against-                                  :
                                                            :       09 Civ. 10289 (VM)
JPMORGAN CHASE BANK, N.A., et. al,      :
                                                            :       Related to JPM Chase/Citibank
                     Garnishee-Respondents.      :       Turnover Proceeding
                                                            :
                                                            :       In Respect of a Judgment
————————————————————x       Entered in the State of Florida,
                                                            :       Case No. 02-12475-CA-09
                                                            :
JPMORGAN CHASE BANK, N.A., et. al,      :
                                                            :       **CERTIFICATION OF**
                     Garnishee-Respondents       :       **SERVICE**
                     and Third-Party                 :
                     Petitioners,                      :
                                                            :
              -against-                                  :
                                                            :
BANCO FINANCIERO INTERNACIONAL       :
S.A., et al,                                              :
                                                            :
                     Adverse Claimants-           :
                     Respondents.                    :
————————————————————x

I hereby certify that on April 18, 2011, I filed the foregoing Motion to Admit Counsel Pro Hac Vice and Proposed Order with the Clerk's Office.  I also certify that the foregoing documents are being served this day on all counsel of record or pro se parties identified on the attached Service List via electronic mail and served by mail on anyone unable to accept electronic service.

_____
Thatcher A. Stone

## SERVICE LIST

Glenn D. Kurtz
WHITE & CASE
1155 Avenue of the Americas
New York, New York
10036-2787
gkurtz@whitecase.com

Wilfredo A. Rodriguez
JuanCarlos Sanchez
Eduardo F. Rodriguez
AVILA RODRIGUEZ HERNANDEZ MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Miami, FL 33134-6049
frodriguez@arhmf.com
jsanchez@arhmf.com
erodriguez@arhmf.com

William J.F. Roll, III
SHEARMAN & STERLING
599 Lexington Avenue
New York, New York 10022
wroll@shearman.com

Alfonso J. Perez
RASCO REININGER PEREZ & ESQUENAZI
283 Catalonia Avenue, 2nd Floor
Coral Gables, FL 33134
aperez@rrpev.com

Karen Olivia-Marie Stewart
Roberto Martinez
COLSON, HICKS & EIDSON
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134-5008
karen@colson.com
bob@colson.com

Daniel Feist Schreck
LAW OFFICES OF G. OLIVER KOPPEL & ASSOC.
99 Park Avenue, Ste. 800
New York, NY 10016
dschreck@koppellaw.com

James Wilson Perkins
GREENBERG TRAURIG LLP (NYC)
200 Park Avenue
New York, NY 10166
perkinsj@gtlaw.com

David Alan Baron
GREENBERG TRAURIG LLP
2101 L Street, NW
Washington, DC 20037
barond@gtlaw.com

James Loran Kerr
Ian Craig Richardson
Matteo Joshua Rosselli
Thomas Matthew Noone
DAVIS POLK & WARDWELL L.L.P.
450 Lexington Avenue
New York, NY 10017
jkerr@dpw.com
ian.richardson@davispolk.com
matteo.rosselli@dpw.com
thomas.noone@dpw.com

Mark Putnam Gimbel
Pamela Anne Carter
COVINGTON & BURLING LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
mgimbel@cov.com
pcarter@cov.com

Frank Panopoulos
Nicole Erb
WHITE & CASE LLP (DC)
701 Thirteenth Street, NW
Washington, DC 20005
fpanopoulos@whitecase.com
nerb@whitecase.com

Jason William Sunshine
AKIN GUMP STRAUSS HAUER & FELD, LLP (NYC)
One Bryant Park
New York, NY 10036
jsunshine@akingump.com

Paulo Roberto Lima
HUNTON & WILLIAMS LLP (NYC)
200 Park Avenue, 52nd Floor
New York, NY 10166
plima@hunton.com

Bernard J. Garbutt, III
MORGAN, LEWIS AND BOCKIUS LLP (NY)
101 Park Avenue
New York, NY 10178
bgarbutt@morganlewis.com

Claurisse Ann Campanale-Orozco
TISDALE LAW OFFICES, L.L.C.
60 East 42nd Street, Suite 1638
New York, NY 10165
Corozco@tisdale-law.com

Joshua Douglas Weedman
Kenneth Andrew Caruso
Matthew Robert Belz
WHITE & CASE LLP (NY)
1155 Ave of the Americas
New York, NY 10036
jweedman@whitecase.com
kcaruso@whitecase.com
matthew.belz@whitecase.com

Brian Christopher Dunning
VENABLE LLP (NYC)
1270 Ave of the Americas
New York, NY 10020
bcdunning@venable.com

James D. Pagliaro
Ramin Afshar-Mohajer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
jpagliaro@morganlewis.com

Mark Joseph MacDougall
Lauren B. Kerwin
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
mmackdougall@akingump.com
lkerwin@akingump.com