USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 4/28/11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

JEANNETTE FULLER HAUSLER as
Successor Personal Representative of the
Estate of ROBERT OTIS FULLER, ("BOBBY
FULLER"), Deceased, on behalf of THOMAS
CASKEY as Personal Representative of the
Estate of LYNITA FULLER CASKEY,
surviving daughter of ROBERT OTIS
FULLER, The ESTATE OF ROBERT OTIS
FULLER, FREDERICK FULLER, FRANCIS
FULLER, GRACE LUTES, JEANNETTE
FULLER HAUSLER, and IRENE MOSS,

            Plaintiff,

- against -

THE REPUBLIC OF CUBA, FIDEL
CASTRO RUZ, individually and as President
of the State and Council of Ministers, Head of
the Communist Party and Commander-in-Chief
of the Military, RAUL CASTRO RUZ,
individually and as First Vice President of the
Council of State and Council of Ministers and
Head of the Cuban Revolutionary Armed
Forces, the CUBAN REVOLUTIONARY
ARMED FORCES, and EL MINISTERIO
DEL INTERIOR,

            Defendants.

------------------------------------------------------- x

Case Related to
09 Civ. 10289 (VM)

18 Misc. 302 (VM)

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**STIPULATION AND ORDER
JOINING WELLS FARGO
BANK, N.A. TO THE
PROTECTIVE ORDER**



**STIPULATION AND ORDER JOINING WELLS FARGO BANK, N.A.
TO THE PROTECTIVE ORDER**

WHEREAS, on October 16, 2009, counsel for plaintiff Hausler and counsel for various bank garnishees entered into the annexed protective agreement and order (the "Protective Order") in order to preserve the confidentiality of bank records containing

customer information in respect of various blocked accounts, including accounts containing the proceeds of blocked wire transfers;

WHEREAS, on February 11, 2010, this Court endorsed the annexed amendment to the Protective Order pursuant to which (a) the parties added paragraph N to the terms of the original order, and (b) the Office of Foreign Assets Control of the United States Treasury Department ("OFAC") and its counsel, the United States Attorney for the Southern District of New York, agreed to abide by the terms of the Protective Order as amended;

WHEREAS, Wells Fargo Bank, N.A. ("Wells Fargo"), having been served with an information subpoena by counsel for Petitioner, is prepared to join in and become a party to the Protective Order, as amended, pursuant to paragraph K thereof; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

1. Wells Fargo agrees to become a party to and abide by the terms of the Protective Order, as amended by order of this Court on February 11, 2010;

2. Any documents produced by Wells Fargo in the above-captioned matter will be subject to the terms of the Protective Order, as so amended; and

[Continued on next page]

3. This stipulation may be executed by facsimile and in counterparts.

Dated: New York, New York
April 26, 2011

GREENBERG TRAURIG, LLP

By: _____
James Perkins

MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-3188
PerkinsJ@gtlaw.com

Attorneys for Petitioner Jeannette Hausler as Successor Personal Representative of the Estate of Robert Otis Fuller, ("Bobby Fuller"), Deceased, on behalf of Thomas Caskey as Personal Representative of the Estate of Lynita Fuller Caskey, surviving daughter of Robert Otis Fuller, The Estate Of Robert Otis Fuller, Frederick Fuller, Francis Fuller, Grace Lutes, Jeannette Fuller Hausler, and Irene Moss

DAVIS POLK & WARDWELL LLP

By: _____
James L. Kerr

450 Lexington Avenue
New York, NY 10017
(212) 450-4552
James.Kerr@davispolk.com

Attorneys for Wells Fargo Bank, N.A., and for Bank of America, National Association, Citibank, N.A., JPMorgan Chase Bank, N.A., the Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.), and UBS AG

[Continued on next page]

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Tara M. La Morte
David S. Jones
Assistant United States Attorneys

86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2746
Tara.LaMorte2@usdoj.gov

Attorneys for the United States

SO ORDERED:
April 26, 2011

_____
U.S.D.J.  Victor Marrero

4