UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER, <br><br> *Plaintiff-Petitioner,* <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A, CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA, <br><br> *Garnishee-Respondents.* | Civil Action No. 09 Civ. 10289 (VM) <br><br> Re: Fidel Castro Ruz, Raul Castro Ruz, The Republic of Cuba, and The Cuban Revolutionary Armed Forces <br><br> [JUDGMENT DEBTORS] |
| NATIONAL BANK OF CANADA, <br><br> *Garnishee-Respondent and Interpleader Petitioner,* <br><br> v. <br><br> JEANNETTE HAUSLER, et al. <br><br> *Adverse Claimants-Respondents.* | **NOTICE OF DISMISSAL OF INTERPLEADER ACTION AGAINST ROYAL BANK OF SCOTLAND N.V. AND CITIBANK, N.A.** |

WHEREAS in the second-above captioned proceeding Interpleader Petitioner National Bank of Canada and Adverse Claimants-Respondents Royal Bank of Scotland N.V. and Citibank, N.A., by stipulation have mutually settled the claims between them; and

WHEREAS Adverse Claimants-Respondents Royal Bank of Scotland N.V. and Citibank, N.A. have not yet answered or otherwise responded to the interpleader petition in the second-above captioned proceeding; therefore

NATIONAL BANK OF CANADA HEREBY WITHDRAWS and DISCONTINUES with prejudice its Interpleader Petition in the second-above captioned proceeding as against Royal Bank of Scotland N.V. and Citibank, N.A., pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure.

Dated: May 2, 2011

_____
Frank Panopoulos

WHITE & CASE, LLP
701 13th Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3626
Fax: (202) 639-9355
*Counsel for National Bank of Canada*