UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/11
```

JEANNETTE HAUSLER,

      *Plaintiff-Petitioner*,

v.

JP MORGAN CHASE BANK, N.A,
CITIBANK, N.A., THE ROYAL BANK
OF SCOTLAND N.V. (FORMERLY
KNOWN AS ABN AMRO, N.V.), and
NATIONAL BANK OF CANADA,

      *Garnishee-Respondents*.

NATIONAL BANK OF CANADA,

      *Garnishee-Respondent
      and Interpleader
      Petitioner*,

v.

JEANNETTE HAUSLER, et al.

      *Adverse Claimants-
      Respondents*.

Civil Action No. 09 Civ. 10289 (VM)

Re: Fidel Castro Ruz, Raul Castro Ruz,
The Republic of Cuba, and
The Cuban Revolutionary Armed Forces

[JUDGMENT DEBTORS]

**NOTICE OF DISMISSAL OF
INTERPLEADER ACTION AGAINST
ROYAL BANK OF SCOTLAND N.V.
AND CITIBANK, N.A.**

      WHEREAS in the second-above captioned proceeding Interpleader Petitioner National Bank of Canada and Adverse Claimants-Respondents Royal Bank of Scotland N.V. and Citibank, N.A., by stipulation have mutually settled the claims between them; and

      WHEREAS Adverse Claimants-Respondents Royal Bank of Scotland N.V. and Citibank, N.A. have not yet answered or otherwise responded to the interpleader petition in the second-above captioned proceeding; therefore

Case 1:09-cv-10289-VM  Document 290  Filed 05/02/11  Page 2 of 2

NATIONAL BANK OF CANADA HEREBY WITHDRAWS and DISCONTINUES with prejudice its Interpleader Petition in the second-above captioned proceeding as against Royal Bank of Scotland N.V. and Citibank, N.A., pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure.

Dated: May 2, 2011

_____
Frank Panopoulos

WHITE & CASE, LLP
701 13th Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3626
Fax: (202) 639-9355
*Counsel for National Bank of Canada*

**SO ORDERED.**
5-3-11
DATE    VICTOR MARRERO, U.S.D.J.

_____
**U.S.D.J.**