UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,

     Petitioner,

  -against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

     Garnishee-Respondents.

---------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

     Garnishee-Respondents
     and Third-Party
     Petitioners,

  -against-

BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**WAIVER OF THE SERVICE OF SUMMONS**

| | |
|---|---|
| CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO VIZCAYA ARGENTINA PANAMA, S.A., as successor to Banco Exterior Panama, S.A., BANCO DE CREDITO DEL PERU, as successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPANOL DE CREDITO, BANCO MONEX S.A., BANCO NACIONAL DE MEXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPANA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V., INSTITUTO DE CARDIOLOGIA Y CIRUGIA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETROLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

Estate of LYNITA FULLER CASKEY, :
surviving daughter of ROBERT OTIS FULLER, :
THE ESTATE OF ROBERT OTIS FULLER, :
FREDERICK FULLER, FRANCIS FULLER, :
GRACE LUTES, JEANNETTE FULLER :
HAUSLER, and IRENE MOSS, :
  :
                Adverse Claimants- :
                Respondents. :
———————————————————————x

## WAIVER OF THE SERVICE OF SUMMONS

To:    Thomas M. Noone, Esq.
        Davis Polk & Wardwell, LLP
        Attorneys for JPMorgan Chase Bank, N.A., Citibank, N.A.,
        UBS AG, The Royal Bank of Scotland, N.V., and
        Bank of America, National Association

      I have received your request to waive service of a summons in this action along with a copy of the petition in this action, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      The entity I represent agrees to save the expense of serving a summons and complaint in this case.

      I understand that the entity I represent will keep all claims and all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

      I also understand that the entity I represent must file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within ninety (90) days from March 10, 2011, the date when this request was sent. If it fails to do so, a default judgment will be

entered against the entity I represent.

                                        AEROFLOT RUSSIAN AIRLINES
                                        By Counsel

Dated: April 29, 2011

                                        Kenneth S. Nankin
                                        Nankin & Verma PLLC
                                        4550 Montgomery Avenue, Suite 775N
                                        Bethesda, MD  20814
                                        (202) 463-4911
                                        (202) 463-6177 fax
                                        ksn@nankin.com