```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC# _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED:  5/5/11  GS
```

| | |
|---|---|
| JEANNETTE HAUSLER, | **CERTIFICATE OF MAILING** |
| Petitioner, | |
| -V- | |
| JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA | 09 CV 10289 (VM) |
| Respondents. | |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5th Day of May, 2011

I served the

Summons in a Civil Case, Third-Party Petition Alleging Claims in the Nature of Interpleader, Spanish Translations of the Documents, Affidavits of Translator

pursuant to the Federal Rule of Civil Procedure 28 U.S.C. § 1608 (b)(3)(B) filed and issued herein on the,

### 21st Day of April, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 75 1003 5934

_____
CLERK

Dated: New York, NY
May 5, 2011



———————————————— Please fold or cut in half ————————————————
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:    75  1003  5934

| | | | |
|---|---|---|---|
| To (Company) | | Rate Estimate: | $113.03 |
| Banco Nacional de Cuba | | Protection: | Asset Protection US 0.00 |
| 456 entre amargura y lamparilla | | Description: | documents |
| municipio habana vieja | | | |
| | | Customs Value: | 0.00 USD |
| 10100, HABANA VIEJA, CUBA | | Weight (lbs.): | 0.5 lb |
| Cuba | | Dimensions: | 0 x 0 x 0 |
| Attention To: | | Ship Ref: | 1131656-0049 |
| Phone: | 212-819-7558 | | |
| | | Special Svc: | Duties and Taxes Unpaid |
| Sent By: | L. Medina | | |
| Phone: | 212-819-7558 | Bill Shipment To: | SENDER |
| | | Bill to Acct: | 763724894 |

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.