```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/5/11  65
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEANNETTE HAUSLER, | **CERTIFICATE OF MAILING** |
| Petitioner, | |
| -v- | |
| JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA | 09 CV 10289 (VM) |
| Respondents. | |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5th Day of May, 2011

I served the

Summons in a Civil Case, Third-Party Petition Alleging Claims in the Nature of Interpleader, Spanish Translations of the Documents, Affidavits of Translator

pursuant to the Federal Rule of Civil Procedure 28 U.S.C. § 1608 (b)(3)(B) filed and issued herein on the,

### 21st Day of April, 2010

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**75 1004 1276**

_____
CLERK

Dated: New York, NY
       May 5, 2011



— Please fold or cut in half —

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #:  75  1004  1276

To (Company)
Banco Internacional de Comercia SA
avenida 1ra No 1406 entre
calles 14 y 16

10400, HAVANA CITY, CUBA
Cuba
Attention To:
Phone:  212-819-7558

Sent By:  L. Medina
Phone:  212-819-7558

Rate Estimate:  $113.03
Protection:  Asset Protection US 0.00
Description:  documents

Customs Value:  0.00 USD
Weight (lbs.):  0.5 lb
Dimensions:  0 x 0 x 0
Ship Ref:  1131656-0049

Special Svc:  Duties and Taxes Unpaid

Bill Shipment To:  SENDER
Bill to Acct:  763724894

___Route___ ___Date___ ___Time___
DHL Signature (optional)_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.