USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __5/5/11__ GS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>               Petitioner,<br><br>-v-<br><br>JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA<br><br>               Respondents. | **CERTIFICATE OF MAILING**<br><br><br>09 CV 10289 (VM) |

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th Day of May, 2011**

I served the

Summons in a Civil Case, Third-Party Petition Alleging Claims in the Nature of Interpleader, Spanish Translations of the Documents, Affidavits of Translator

pursuant to the Federal Rule of Civil Procedure 28 U.S.C. § 1608 (b)(3)(B) filed and issued herein on the,

**21st Day of April, 2010**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**75 1003 8406**

_____
CLERK

Dated: New York, NY
       May 5, 2011


