**Davis Polk**

New York  Madrid
Menlo Park  Tokyo
Washington DC  Beijing
London  Hong Kong
Paris

James L. Kerr

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4552 tel
212 701 5552 fax
james.kerr@davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/11

May 4, 2011

Re: Jeannette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al., No. 09 Civ. 10289 (VM) (Tranche III)

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

This firm represents the Garnishee-Respondents and Third-Party Petitioners in the above-referenced case. Counsel for Adverse Claimant-Respondent ING Bank N.V. ("ING"), who are located in the Netherlands, have asked and we have agreed to extend until June 3, 2011 the time of ING to answer, move or otherwise respond to the Amended Summons and Third-Party Petition Alleging Claims in the Nature of Interpleader. This is ING's first request for an extension of time.

If this is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and arrange for Your Honor's chambers file it with the Clerk's Office. We are available to answer any questions at the Court's convenience.

Very respectfully yours,

James L. Kerr

cc: Counsel for ING Bank N.V. (by email)

SO ORDERED. May ___, 2011

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/11

Request GRANTED. The time for respondent to respond or otherwise move with respect to the petition in this action is extended to 6-3-11, as to Adverse-claimant-respondent
SO ORDERED. ING Bank, N.V.

5-6-11
DATE    VICTOR MARRERO, U.S.D.J.