UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,    :

      Petitioner,    :

  -against-    :

JPMORGAN CHASE BANK, N.A., et al.,    :

      Garnishee-Respondents.    :

:    09 Civ. 10289 (VM)

:    Related to JPM Chase/Citibank
------------------------------------- X    Turnover Proceeding

:
JPMORGAN CHASE BANK, N.A., et al.,    In Respect of a Judgment
:    Entered in the State of Florida,
    Garnishee-Respondents and    Case No. 02-12475-CA-09
    Third-Party Petitioners    :

  -against-    :

BANCO FINANCIERO INTERNACIONAL    :
S.A., et al.,

:
    Adverse Claimants-
    Respondents.

------------------------------------- X

**NOTICE OF APPEARANCE**

Please enter the appearance of Ramin Afshar-Mohajer, of the firm of Morgan, Lewis & Bockius LLP, as counsel for Adverse Claimant-Respondent Philips Mexicana S.A. de C.V. in the above-captioned matter. I certify that I am admitted *pro hac vice* to practice in this court in connection with this matter.

Dated: May 6, 2011

        MORGAN, LEWIS & BOCKIUS LLP

        By: _____/S/_____
            Ramin Afshar-Mohajer (admitted pro hac vice)
            1701 Market Street
            Philadelphia, PA 19103-2921
            Tel: (215) 963-5000
            Fax: (215) 963-5001
            rafshar-mohajer@morganlewis.com

        *Attorney for Adverse Claimant-Respondent*
        *Philips Mexicana S.A. de C.V.*