UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,         :

      Petitioner,                         :

  -against-                                :

JPMORGAN CHASE BANK, N.A., et al.,        :

      Garnishee-Respondents.              :

                                                     09 Civ. 10289 (VM)

                                              :   Related to JPM Chase/Citibank
------------------------------------- X   Turnover Proceeding

JPMORGAN CHASE BANK, N.A., et al.,        :   In Respect of a Judgment
                                              :   Entered in the State of Florida,
      Garnishee-Respondents and               Case No. 02-12475-CA-09
      Third-Party Petitioners             :

  -against-                                :

BANCO FINANCIERO INTERNACIONAL            :
S.A., et al.,

      Adverse Claimants-                  :
      Respondents.

------------------------------------- X

**NOTICE OF APPEARANCE**

    Please enter the appearance of James D. Pagliaro, of the firm of Morgan, Lewis & Bockius LLP, as counsel for Adverse Claimant-Respondent Philips Mexicana S.A. de C.V. in the above-captioned matter. I certify that I am admitted *pro hac vice* to practice in this court in connection with this matter.

Dated: May 6, 2011

          MORGAN, LEWIS & BOCKIUS LLP

          By: _____/S/_____
              James D. Pagliaro (admitted pro hac vice)
              1701 Market Street
              Philadelphia, PA 19103-2921
              Tel: (215) 963-5000
              Fax: (215) 963-5001
              jpagliaro@morganlewis.com

          *Attorney for Adverse Claimant-Respondent*
          *Philips Mexicana S.A. de C.V.*