UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,          :

      Petitioner,                                :

  -against-                                       :

JPMORGAN CHASE BANK, N.A., et al.,         :

      Garnishee-Respondents.          :
                                                  09 Civ. 10289 (VM)
                                               :

                                                    Related to JPM Chase/Citibank
------------------------------------- X    Turnover Proceeding
                                               :
JPMORGAN CHASE BANK, N.A., et al.,              In Respect of a Judgment
                                             :    Entered in the State of Florida,
      Garnishee-Respondents and           Case No. 02-12475-CA-09
      Third-Party Petitioners         :

  -against-                                       :

BANCO FINANCIERO INTERNACIONAL             :
S.A., et al.,

                                               :
      Adverse Claimants-
      Respondents.

------------------------------------- X

**NOTICE OF APPEARANCE**

    Please enter the appearance of Bernard J. Garbutt III, of the firm of Morgan, Lewis & Bockius LLP, as counsel for Adverse Claimant-Respondent Philips Mexicana S.A. de C.V. in the above-captioned matter.  I certify that I am admitted to practice in this court.

Dated: May 6, 2011

        MORGAN, LEWIS & BOCKIUS LLP

        By: _____/S/_____
            Bernard J. Garbutt III (BG-1970)
            101 Park Avenue
            New York, NY  10178-0060
            Tel: (212) 309-6000
            Fax: (212) 309-6001
            bgarbutt@morganlewis.com

        *Attorney for Adverse Claimant-Respondent*
        *Philips Mexicana S.A. de C.V.*