UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JEANNETTE FULLER HAUSLER, et al.,      :

    Petitioner,                        :

 -against-                             :

JPMORGAN CHASE BANK, N.A., et al.,     :

    Garnishee-Respondents.             :
                                    09 Civ. 10289 (VM)
                                       :  ECF Case

------------------------------------- X  Related to JPM Chase/Citibank
                                       :  Turnover Proceeding
JPMORGAN CHASE BANK, N.A., et al.,
                                       :  In Respect of a Judgment
    Garnishee-Respondents and              Entered in the State of Florida,
    Third-Party Petitioners            :  Case No. 02-12475-CA-09

 -against-                             :

BANCO FINANCIERO INTERNACIONAL         :
S.A., et al.,

                                       :
    Adverse Claimants-
    Respondents.

------------------------------------- X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF PHILIPS MEXICANA S.A. DE C.V.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Philips Mexicana S.A. de C.V. ("Philips Mexicana") certifies, on information and belief, that Philips Mexicana is a subsidiary of Koninklijke Philips Electronics N.V. ("Royal Philips") and no other publicly held corporation owns 10% or more of the stock of Philips Mexicana.

-2-

Dated: May 6, 2011

                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ James D. Pagliaro
    James D. Pagliaro (admitted pro hac vice)
    Ramin Afshar-Mohajer (admitted pro hac vice)
    1701 Market Street
    Philadelphia, PA  19103-2921
    Tel: (215) 963-5000

*Attorneys for Adverse Claimant-Respondent*
*Philips Mexicana S.A. de C.V.*

Of Counsel:
Bernard J. Garbutt III (BG-1970)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000