



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,

          Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

          Garnishee-Respondents.

---------------------------------x

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

          Garnishee-Respondents
          and Third-Party Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V.,

09 Civ. 10289 (VM)

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**APPLICATION FOR THE RELEASE OF THE BLOCKED AMOUNT**

| | |
|---|---|
| AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET INGENIERA Y SISTEMAS, BANCO BILBAO VIZCAYA ARGENTINA, S.A., BANCO BILBAO VIZCAYA ARGENTINA PANAMA, S.A., as successor to Banco Exterior Panama, S.A., BANCO DE CREDITO DEL PERU, as successor to Financiera Nacional S.A., BANCO DE ESPANA, BANCO ESPANOL DE CREDITO, BANCO MONEX S.A., BANCO NACIONAL DE MEXICO, S.A., BANCO PAULISTA S.A., BNP PARIBAS, BNP PARIBAS ESPANA, S.A., BANCO SANTANDER S.A., BANCO SANTANDER TOTTA, S.A., as successor to Banco Totta & Acores S.A., CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID, CASA DE CAMBIO MONEX, S.A., CREDIT SUISSE GROUP AG, as successor to Swiss American Securities, DRESDNER LATEINAMERIKA A.G., as successor to Dresdner Bank Lateinamerika A.G., ESTUDIOS MERCADOS Y SUMINISTROS S.L., GREEN DOWA HOLLAND BV, HSBC TRINKAUS & BURKHARDT AG, ING BANK N.V., INSTITUTO DE CARDIOLOGIA Y CIRUGIA CARDIOVASCULAR CUBA, INTERNATIONAL HANDLERS, INC., JSC ZARUBEZHTSVETMET, LTU LUFTRANSPORT-UNTERNEHMEN GMBH, NOVAFIN FINANCIERE S.A., PETROLEOS DE VENEZUELA S.A., PHILIPS MEXICANA S.A. DE C.V., PREMUDA S.P.A., SANPAOLO BANK S.A., SELECMAR SHIP MANAGEMENT, TUI UK LTD., as successor to Britannia Airways Ltd., TRYG FORSIKRING, as successor to Baltica Bank and Baltica Forsilkring, UNION BANCAIRE PRIVEE, VITOL ENERGY (BERMUDA) LTD and JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

GRACE LUTES, JEANNETTE FULLER  
HAUSLER, and IRENE MOSS,

          Adverse Claimants-  
          Respondents.

We hereby inform you that RBS (earlier known as ABN AMRO Bank) have blocked the payment made by JOINT STOCK COMPANY «FOREIGN ECONOMIC ASSOCIATION «ZARUBEZHTSVETMET» under the relevant laws of USA (Cuban Assets Control Regulations, 31 C.F.R part 515 («CACR»).

The blocked payment details are the following:

1. Amount – 27 000,00 USD;
2. Date of payment – 31/10/2007;
3. Payer – OJSC «Foreign Economic Association «Zarubezhtsvetmet», 12 Sredniy Ovchinnikovsky pereulok, Moscow, Russian Federation (trading company of the Russian Federation);
4. Beneficiary – branch office of OJSC «Foreign Economic Association «Zarubezhtsvetmet» in Cuba, Centro de Negocios Miramar, Edificio Santiago de Cuba, Oficina 226 5ta Ave el 76 y 78 Miramar, City of Havana, Republic of Cuba (branch office of the Russian trading company);
5. Payer bank – ABN AMRO New York;
6. Beneficiary bank – Banco Financiero Internacional, S.A.;
7. Payment reference – branch office supplies;

The details above state clear that both the payer and the beneficiary were Russian legal entities, which means that the OFAC blocking programme could not have been applied, since Cuba holds no proprietary rights in relation to the relevant payment.

JOINT STOCK COMPANY «FOREIGN ECONOMIC ASSOCIATION «ZARUBEZHTSVETMET» is not an agent or a mediator of Cuba and considers third parties claims in respect of the blocked payment unacceptable, since it contradicts with the principles of International Law.

On the basis of the aforesaid and in accordance with article 4A and point «J» of the Unified Commercial Code of State of New-York JOINT STOCK COMPANY «FOREIGN ECONOMIC ASSOCIATION «ZARUBEZHTSVETMET» declares its proprietary right to the amount of 27 000,00 USD blocked by RBS (earlier known as ABN AMRO Bank)and applies for:

- the release of the blocked amount;
- the return of the blocked amount to the payer;

Yours Faithfully,

*[signature]*  
Elena Pavlyuchenko  
OJSC «FEA «ZARUBEZHTSVETMET»  
General Director

28/04/2011

SO ORDERED. There is no indication in this submission that the parties to this action have been served with the petition herein. Petitioner is directed to serve in accordance with the applicable rules.  
DATE 5-6-11  VICTOR MARRERO, U.S.D.J.

Открытое Акционерное Общество  "Внешнеэкономическое Объединение "Зарубежцветмет"  (ОАО "ВО Зарубежцветмет" )
(Open Joint Stock Company Foreign Economic Association "Zarubezhtsvetmet")
Адрес:115184, г. Москва, Средний Овчинниковский переулок, д.12
(Address: 12, Sredniy Ovchinnikovskiy pereulok, Moscow, 115184, Russia )
Тел(Tel.): 950-47-00, факс(fax): 950-47-47
e-mail : info@ztsm.ru
ИНН (Individual tax number) 7704065208

Bank:  JSCB "Metallinvestbank", Moscow, Russia, SWIFT: SCBMRUMM
Slavyanskaya sq. 2/5/4, building 3, MOSCOW, 109074, RUSSIA
BIC 044525176

Account:  40702810100000000919 RUB

Account:  40702978500000061063     EUR
Corr. Account:  000-55.042.253 EUR
with Raiffeisen Zentralbank Oesterreich AG, Vienna,
SWIFT: RZBAATWW

Account: 40702840900000061063     USD
Corr.Acc. : 3615-1863
Citibank N.A., New York, USA
Swift:   CITIUS33