



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/9/11

James W. Perkins, Esq.
(212) 801-3188
perkinsj@gtlaw.com

May 6, 2011

**BY FACSIMILE TO 212-805-6582**

Jordan Fletcher
Law Clerk to United States
District Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

    Re:  *Hausler v. The Republic of Cuba, et al.*
           09 Civ. 10289/18 MS 302

Dear Mr. Fletcher:

    We are counsel to Jeanette Hausler, the Petitioner in the above-captioned judgment enforcement proceeding. We write to request that the Court migrate the Petition for Turnover Order Pursuant to Federal Rule of Civil Procedure 69 and CPLR § 5225(b) dated January 19, 2010 ("Petition I"), together with related Notice of Petition and Exhibits A through E, for filing under the above-referenced Civil Action number. These documents are currently filed only under the miscellaneous number and, thus, do not appear on the docket.

Respectfully submitted,

James W. Perkins

cc:  James L. Kerr, Esq. (by e-mail)
      Glenn Kurtz, Esq. (by e-mail)

Request GRANTED. The Clerk of Court is directed to enter into the record of case number 09 Civ. 10289 the document dated 1-19-10 Petition for Turnover filed under M-18-302.

**SO ORDERED.**

5-9-11
DATE    VICTOR MARRERO, U.S.D.J.

GREENBERG TRAURIG, LLP • ATTORNEYS AT LAW • WWW.GTLAW.COM
MetLife Building • 200 Park Avenue • New York, NY 10166 • Tel 212.801.9200 • Fax 212.801.6400