UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE HAUSLER,

        Plaintiff(s)

-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

        Defendant(s)

---

NATIONAL BANK OF CANADA,

        Garnishee-Respondent and
        Interpleader Petitioner,

-v-

BANCO FINANCIERO INTERNACIONAL SA (BFI S.A., HABANA),

JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

        Adverse Claimants-Respondents.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/20/11 (JVS)

**AMENDED CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th Day of May, 2011**

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

**4th day of March, 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
75 1003 8406

_____
CLERK OF COURT

Dated: New York, NY
       May 20, 2011



--- Please fold or cut in half ---

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:   75  1003  8406

| | | |
|---|---|---|
| To (Company)<br>Banco Financiero Internacional SA<br>5ta avenida esq 92 no 9009 miramar | Rate Estimate:<br>Protection:<br>Description: | $113.03<br>Asset Protection US 0.00<br>documents |
| 10400, HAVANA CITY, CUBA<br>Cuba<br>Attention To:<br>Phone:      212-819-7558 | Customs Value:<br>Weight (lbs.):<br>Dimensions:<br>Ship Ref: | 0.00 USD<br>0.5 lb<br>0 x 0 x 0<br>1131656-0049 |
| Sent By:    L. Medina | Special Svc: | Duties and Taxes Unpaid |
| Phone:      212-819-7558 | Bill Shipment To:<br>Bill to Acct: | SENDER<br>763724894 |

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.