UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE HAUSLER,

        Plaintiff(s)

-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

        Defendant(s)

---

NATIONAL BANK OF CANADA,

        Garnishee-Respondent and
        Interpleader Petitioner,

-v-

BANCO FINANCIERO INTERNACIONAL SA (BFI S.A., HABANA),

JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

        Adverse Claimants-Respondents.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/20/2011 (JVS)

**AMENDED
CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

5th Day of May, 2011

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

4th day of March, 2011

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
75 1003 5934

_____
CLERK OF COURT

Dated: New York, NY
       May 20, 2011



— Please fold or cut in half —
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:    75  1003  5934

To (Company):
Banco Nacional de Cuba
456 entre amargura y lamparilla
municipio habana vieja

10100, HABANA VIEJA, CUBA
Cuba
Attention To:
Phone:         212-819-7558

Sent By:       L. Medina

Phone:         212-819-7558

Rate Estimate:    $113.03
Protection:       Asset Protection US 0.00
Description:      documents

Customs Value:    0.00 USD
Weight (lbs.):    0.5 lb
Dimensions:       0 x 0 x 0
Ship Ref:         1131656-0049

Special Svc:      Duties and Taxes Unpaid

Bill Shipment To: SENDER
Bill to Acct:     783724894

DHL Signature (optional)_____ Route_____ Date_____ Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.