UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNETTE HAUSLER,<br><br>        Plaintiff(s)<br><br>-v-<br><br><br>JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,<br><br>        Defendant(s) | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 5/20/2011 (JVS)<br><br><br><br>**AMENDED<br>CERTIFICATE OF MAILING**<br><br>09 CV 10289 (VM) |

NATIONAL BANK OF CANADA,

        Garnishee-Respondent and
        Interpleader Petitioner,

-v-

BANCO FINANCIERO INTERNACIONAL SA (BFI S.A., HABANA),

        JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

        Adverse Claimants-Respondents.

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

**5th Day of May, 2011**

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

**4th day of March, 2011**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
75 1004 1276

_____
CLERK OF COURT

Dated: New York, NY
       May 20, 2011



---

Please fold or cut in half

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #:    75  1004  1276

| | |
|---|---|
| To (Company)<br>Banco Internacional de Comercia SA<br>avenida 1ra No 1406 entre<br>calles 14 y 16<br><br>10400, HAVANA CITY, CUBA<br>Cuba<br>Attention To:<br>Phone:         212-819-7558<br><br>Sent By:       L. Medina<br><br>Phone:         212-819-7558 | Rate Estimate:   $113.03<br>Protection:      Asset Protection US 0.00<br>Description:     documents<br><br>Customs Value:   0.00 USD<br>Weight (lbs.):   0.5 lb<br>Dimensions:      0 x 0 x 0<br>Ship Ref:        1131656-0049<br><br>Special Svc:     Duties and Taxes Unpaid<br><br>Bill Shipment To: SENDER<br>Bill to Acct:    763724894 |

DHL Signature (optional)_____Route_____Date_____Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.