UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEANNETTE HAUSLER,

        Plaintiff(s)

-v-

JP MORGAN CHASE BANK, N.A., CITIBANK, N.A., THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO, N.V.), and NATIONAL BANK OF CANADA,

        Defendant(s)

---

NATIONAL BANK OF CANADA,

        Garnishee-Respondent and Interpleader Petitioner,

-v-

BANCO FINANCIERO INTERNACIONAL SA (BFI S.A., HABANA),

JEANNETTE HAUSLER, UNKNOWN ORIGINATORS 1-25, UNKNOWN ORIGINATORS' BANKS 1-25, AND UNKNOW INTERMEDIARY BANKS 1-25,

        Adverse Claimants-Respondents.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/20/11 (JVS)

**AMENDED CERTIFICATE OF MAILING**

09 CV 10289 (VM)

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 5th Day of May, 2011

I served the

Summons in a Civil Case (English & Spanish), National Bank of Canada's Redacted Third-Party Petition Alleging Claims in the Nature of Interpleader (English & Spanish), Affidavit of Translator Gary E. Haldeman stating his qualifications and that the Translation was Accurate

pursuant to 28 U.S.C. §1608(b)(3)(B) filed and issued herein on the

### 4th day of March, 2011

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:
75 1005 0822

_____
CLERK OF COURT

Dated: New York, NY
May 20, 2011



Please fold or cut in half
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

SENDER'S RECEIPT
WAYBILL #:   75  1005  0822

To (Company)
Cubana de aviacion S.A
64 la rampa calle 23
vedado 10400

10400, HAVANA CITY, CUBA
Cuba
Attention To:
Phone:          212-819-7558

Sent By:        L. Medina

Phone:          212-819-7558

Rate Estimate:   $113.03
Protection:      Asset Protection US 0 00
Description:     documents

Customs Value:   0.00 USD
Weight (lbs.):   0.5 lb
Dimensions:      0 x 0 x 0
Ship Ref:        1131656-0049

Special Svc:     Duties and Taxes Unpaid

Bill Shipment To:  SENDER
Bill to Acct.      763724894

DHL Signature (optional)_____Route_____Date_____Time____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.