Morrero, S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,

  Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

  Garnishee-Respondents.

---------------------------------------- x

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

  Garnishee-Respondents
  and Third-Party
  Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT

09 Civ. 10289 (VM)

ECF Case

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**STIPULATION EXTENDING THE TIME FOR AEROFLOT RUSSIAN AIRLINES TO ANSWER THE THIRD-PARTY PETITION**

LINEAS AEREAS SOVIETICAS, ALBET       :
INGENIERA Y SISTEMAS, BANCO BILBAO    :
VIZCAYA ARGENTINA, S.A., BANCO        :
BILBAO VIZCAYA ARGENTINA PANAMA,      :
S.A., as successor to Banco Exterior Panama, S.A.,  :
BANCO DE CREDITO DEL PERU, as successor  :
to Financiera Nacional S.A., BANCO DE  :
ESPANA, BANCO ESPANOL DE CREDITO,     :
BANCO MONEX S.A., BANCO NACIONAL DE   :
MEXICO, S.A., BANCO PAULISTA S.A., BNP :
PARIBAS, BNP PARIBAS ESPANA, S.A.,    :
BANCO SANTANDER S.A., BANCO           :
SANTANDER TOTTA, S.A., as successor to :
Banco Totta & Acores S.A., CAJA DE AHORROS :
Y MONTE DE PIEDAD DE MADRID, CASA DE  :
CAMBIO MONEX, S.A., CREDIT SUISSE     :
GROUP AG, as successor to Swiss American :
Securities, DRESDNER LATEINAMERIKA A.G., :
as successor to Dresdner Bank Lateinamerika A.G., :
ESTUDIOS MERCADOS Y SUMINISTROS S.L., :
GREEN DOWA HOLLAND BV, HSBC           :
TRINKAUS & BURKHARDT AG, ING BANK     :
N.V., INSTITUTO DE CARDIOLOGIA Y      :
CIRUGIA CARDIOVASCULAR CUBA,          :
INTERNATIONAL HANDLERS, INC., JSC     :
ZARUBEZHTSVETMET, LTU                 :
LUFTRANSPORT-UNTERNEHMEN GMBH,        :
NOVAFIN FINANCIERE S.A., PETROLEOS DE :
VENEZUELA S.A., PHILIPS MEXICANA S.A. :
DE C.V., PREMUDA S.P.A., SANPAOLO BANK :
S.A., SELECMAR SHIP MANAGEMENT, TUI   :
UK LTD., as successor to Britannia Airways Ltd., :
TRYG FORSIKRING, as successor to Baltica :
Bank and Baltica Forsilkring, UNION BANCAIRE :
PRIVEE, VITOL ENERGY (BERMUDA) LTD    :
and JEANNETTE FULLER HAUSLER as       :
Successor Personal Representative of the Estate of :
ROBERT OTIS FULLER ("BOBBY FULLER"),  :
Deceased, on behalf of THOMAS CASKEY as :
Personal Representative of the Estate of LYNITA :
FULLER CASKEY, surviving daughter of  :
ROBERT OTIS FULLER, THE ESTATE OF     :
ROBERT OTIS FULLER, FREDERICK         :
FULLER, FRANCIS FULLER, GRACE LUTES,  :
JEANNETTE FULLER HAUSLER, and IRENE   :
MOSS,                                 :
                                      :

2

```
                                    Adverse Claimants-    :
                                    Respondents.          :
                                                          :
                                                          :
---------------------------------------------------------- x
```

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Adverse Claimant-Respondent Aeroflot Russian Airlines (formerly doing business as Aeroflot Lineas Aereas Sovieticas) to answer, move or otherwise respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader is hereby extended thirty (30) days, or to and including July 8, 2011. The parties advise that this is Aeroflot Russian Airlines's first extension request.

Dated:   New York, New York
         June 2, 2011

DAVIS POLK & WARDWELL                        FREEHILL HOGAN & MAHAR LLP

By: _____              By: _____
    James L. Kerr                                Patrick J. Bonner
    450 Lexington Avenue                         80 Pine Street
    New York, New York 10017                     New York, New York 10005
    (212) 450-4552                               (212) 425-1900
    (212) 701-5800 fax                           (212) 425-1901 fax
    james.kerr@davispolk.com                     bonner@freehill.com

*Attorneys for Garnishee-Respondents and*     *Attorneys for Adverse Claimant-Respondent*
*Third-Party Petitioners JP Morgan Chase*     *Aeroflot Russian Airlines*
*Bank, N.A., Citibank, N.A., UBS AG, The*
*Royal Bank of Scotland N.V. and Bank of*
*America, National Association*

SO ORDERED:

Dated: 6 June 2011                            _____
                                              Victor Marrero
                                              UNITED STATES DISTRICT JUDGE

3