```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/11
```

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4552 tel
212 701 5552 fax
james.kerr@davispolk.com

New York       Madrid
Menlo Park     Tokyo
Washington DC  Beijing
London         Hong Kong
Paris

June 3, 2011

Re: Jeannette Fuller Hausler, et al. v. JPMorgan Chase Bank, N.A., et al.,
    No. 09 Civ. 10289 (VM)

Hon. Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

This firm represents Bank of America, National Association, Citibank, N.A., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.), and UBS AG (collectively, "Garnishee-Respondents") in the above-referenced proceeding.

Two of the attorneys who have worked on this matter, Messrs. Matteo Joshua Rosselli and Ian Craig Richardson, have resigned from Davis Polk & Wardwell LLP, and are thus no longer serving as counsel to the Garnishee-Respondents. Accordingly, I respectfully request that this Court instruct the docket clerk to terminate the registration of Mr. Rosselli and Mr. Richardson as counsel of record.

Because Davis Polk & Wardwell LLP will continue to represent Garnishee-Respondents, the withdrawal of Messrs. Rosselli and Richardson from their representation will not delay resolution of this matter.

Very respectfully yours,

/s/ James L. Kerr

James L. Kerr

cc: All Counsel of Record (via regular mail)

SO ORDERED. June ___, 2011

_____
U.S.D.J.

> Request GRANTED. The Clerk of Court is directed to remove the listing of Attorneys Matteo Rosselli and Ian Richardson as counsel for respondents in this action.
>
> SO ORDERED.
>
> 6-7-11
> DATE    VICTOR MARRERO, U.S.D.J.