# WHITE & CASE

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + (212) 819-8853      kcaruso@whitecase.com

June 8, 2011

**VIA FACSIMILE**

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/13/11

Re:  Hausler v. JPMorganChase
      09 Civ. 10289 (VM)

Dear Judge Marrero:

      This firm represents Petition III Adverse Claimants BBVA Paris and BBVA Panama in the above-referenced matter.  I write on behalf of all Petition III Adverse Claimants concerning the revised version of the proposed turnover order in Tranche III, which counsel for Petitioner has prepared for submission to the Court today.  Adverse Claimants believe a final determination on paragraphs (a) and (b) on page 8, paragraph (c) on page 9, paragraph (j) on pages 9-10, and paragraph (p) on page 11, would not affect the rights and interests of Adverse Claimants, but nevertheless, in an abundance of caution, the Adverse Claimants respectfully request that the Court either (a) refrain from entering a final order on those issues at this time, or (b) decide those issues without prejudice to the Adverse Claimants.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by *Adverse Claimants BBVA Paris and BBVA Panama. The Court may reexamine the finding in its Petition* **SO ORDERED.** *III Order referred to above in the event Adverse Claimants present clear and convincing evidence that the certain entities in question are not agencies of the Republic of Cuba* DATE 6-13-11  VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

*Kenneth A. Caruso*

Kenneth A. Caruso

cc:  Counsel to Petition III Adverse Claimants (by e-mail)
      Glenn M. Kurtz, Esq.
      James W. Perkins, Esq. (by fax)
      James L. Kerr, Esq. (by fax)

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG   HELSINKI
HO CHI MINH CITY   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUMBAI   NEW YORK   PALO ALTO
PARIS   PRAGUE   RIYADH   ROME   SAN FRANCISCO   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

NEWYORK 8173370 (2K)