UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/11

JEANNETTE HAUSLER,

        Petitioner,

   -against-

JPMORGAN CHASE BANK, N.A., et al.,

        Garnishee-Respondents.

------------------------------------------------------------x

UBS AG,

        Garnishee-Respondent and
        Third-Party Petitioner,

   -against-

BANCO DE DESARROLLO ECONOMICO
Y SOCIAL, et al.,

        Adverse-Claimants-
        Respondents.

------------------------------------------------------------x

18 MS 302 and
09 Civ. 10289 (VM)

(Related to JPM Chase/Citibank
Turnover Proceeding)

In Respect of a Judgment
Entered in the State of Florida,
Case No. 02-12475-CA-09

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the indicated parties that the time for Adverse-Claimant-Respondent The Bank of New York Mellon ("BNY Mellon") to serve an answer to the Third-Party Petition Alleging Claims in the Nature of Interpleader (Tranche IV) of Garnishee-Respondent and Third-Party Petitioner UBS AG, or to make any motion that must be made prior to the time to answer, is hereby extended nunc pro tunc to and including July 1, 2011. This Stipulation may be signed by electronically transmitted signatures and in counterparts. There have been no previous extensions of the time for

BNY Mellon to answer or move with respect to UBS AG's Third-Party Petition Alleging Claims in the Nature of Interpleader.

Dated: New York, New York
June 14, 2011

                                      DAVIS POLK & WARDWELL LLP

                                      By: _____
                                           James L. Kerr, Esq.
                                        450 Lexington Avenue
                                        New York, NY 10017
                                        Tel. No. (212) 450-4552
                                        E-mail Address: James.Kerr@davispolk.com

                                        Attorneys for Garnishee-Respondent and
                                        Third-Party Petitioner UBS AG

                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                        By: _____
                                           J. Kelley Nevling, Jr., Esq.
                                        1185 Avenue of the Americas, 17th Floor
                                        New York, NY 10036
                                        Tel.No. (212) 308-6100
                                        E-mail Address: knevling@llf-law.com

                                        Attorneys for Adverse-Claimant-Respondent
                                        The Bank of New York Mellon

SO ORDERED (June 15, 2011):

_____
Hon. Victor Marrero, U.S.D.J.

2