# Greenberg Traurig

James W. Perkins, Esq.
(212) 801-3188
perkinsj@gtlaw.com



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/11
```

June 20, 2011

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

      Re: *Hausler v. JP Morgan Chase Bank, N.A., et al.*
          09 Civ. 10289 (VM)

Dear Judge Marrero:

      We are counsel to Petitioner and write in response to the letters to the Court of counsel to Shanghai Pudong Development Bank ("SPDB") that we received on June 16, 2011, and on June 17, 2011 at approximately 11:15 pm. Petitioner does not take a position on SPDB's request for extra pages on reply because, she submits, the length of response will not change the outcome in her favor; however, we write to correct an apparent misapprehension of unfairness that appears in counsel's letters concerning the briefing schedule that was ordered by the Court.

      Although not mentioned in the two letters, by stipulation and order, both moving and opposition/cross-moving briefs were to be 15 pages, if not combined with other responding parties. (Copy of order attached hereto.) Petitioner followed this directive, but SPDB, which was the only opposing interpleader respondent on the Tranche I motion, submitted an opposition/cross-moving brief of 25 pages, without leave of Court. In response, Petitioner sought, and was granted, leave to file a 25-page brief that addressed both a reply on its motion concerning SPDB and an opposition to SPDB's cross-motion. [Docket 370.]

Respectfully submitted,

James W. Perkins

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by petitioner.

SO ORDERED.

6-27-11
DATE     VICTOR MARRERO, U.S.D.J.

Attachment

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Hon. Victor Marrero
June 20, 2011
Page 2

cc:  Glenn Kurtz, Esq. (by E-mail)
    James L. Kerr, Esq. (by E-mail)
    Kenneth Caruso, Esq. (by E-mail)
    Jason Sunshine, Esq. (by E-mail)
    Paulo R. Lima, Esq. (by E-mail)
    Bernard J. Garbutt, III, Esq. (by E-mail)
    Claurisse Ann Campanale-Orozco, Esq. (by E-mail)
    Joshua D. Weedman, Esq. (by E-mail)
    Brian C. Dunning, Esq. (by E-mail)
    David A. Baron, Esq. (by E-mail)
    Roberto Martinez, Esq. (by E-mail)
    Frank Panopoulos, Esq. (by E-mail)
    Mark Gimbel, Esq. (by E-mail)
    Matthew R. Belz, Esq. (by E-mail)

06/20/2011 16:37 GREENBURG TRAURIG → 12383403000 NO.846 P04
Case 1:09-cv-10289-VM Document 413 Filed 06/28/11 Page 3 of 4

04/08/2011 17:54 GREENBURG TRAURIG → 18692692121280056382 NO.757 P02
Case 1:09-cv-10289-VM Document 288 Filed 04/28/11 Page 1 of 2

# GT GreenbergTraurig

James W. Perkins, Esq.
(212) 801-3188
perkinsj@gtlaw.com

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11
</pre>

April 8, 2011

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

    Re: *Hausler v. JP Morgan Chase Bank, N.A., et al.*
         09 Civ. 10289 (VM)

Dear Judge Marrero:

    We are counsel to the Petitioner in the above-referenced proceedings and, in follow up to the Court telephone conference held Wednesday April 6, 2011, write to advise of the briefing schedule to which the parties have agreed, and to seek Court approval of that schedule.

    Moving papers: filed by no later than April 15, 2011

    Opposing/cross moving papers: filed by no later than May 18, 2011

    Reply/Opposing papers: filed by no later than June 3, 2011

    Reply on cross-motions: filed by no later than June 17, 2011

    As mentioned during the conference call, Petitioner intends to make three separate motions for judgment on the pleadings/summary judgment: (1) balance of Tranche I (Shanghai Pudong Bank); (2) Tranche III; and (b) National Bank of Canada Petition. Each motion will include a moving brief of no more than 15 pages, none of which will repeat, but will cross-reference arguments when possible. Opposing briefs/cross-moving briefs will be no more than 25 pages (if combined with all respondents per motion) or 15 pages (if not combined in a single response per motion) and reply briefs will be no more than 10 pages. As the Court directed, arguments previously made by any party may be raised and preserved by cross-reference or incorporation by footnote or otherwise.

GREENBERG TRAURIG, LLP • ATTORNEYS AT LAW • WWW.GTLAW.COM
MetLife Building • 200 Park Avenue • New York, NY 10166 • Tel 212.801.9200 • Fax 212.801.6400

Honorable Victor Marrero
April 8, 2011
Page 2

On behalf of all counsel for the parties, we respectfully request that the Court approve this schedule and procedure.

Respectfully submitted,

*/s/ James W. Perkins*

James W. Perkins

cc: James L. Kerr, Esq. (by e-mail)
Ramin Afshar-Mohajer, Esq. (by e-mail)
David A. Baron, Esq. (by e-mail)
Kenneth Caruso, Esq. (by e-mail)
Robert N. Dunn, Esq. (by e-mail)
Lauren Beck Kerwin, Esq. (by e-mail)
Ronald Kleinman, Esq. (by e-mail)
Glenn Kurtz, Esq. (by e-mail)
Paulo Lima, Esq. (by e-mail)
Alfonso Perez, Esq. (by e-mail)
Wilfredo Rodriguez, Esq. (by e-mail)
Joanne W. Young, Esq. (by e-mail)

SO ORDERED.

4-28-11
DATE

VICTOR MARRERO, U.S.D.J.