UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| JEANNETTE HAUSLER, | : | 18 MS 302 and<br>09 Civ. 10289 (VM) |
| Petitioner, | : | |
| -against- | : | (Related to JPM Chase/Citibank<br>Turnover Proceeding) |
| JPMORGAN CHASE BANK, N.A., et al., | : | In Respect of a Judgment<br>Entered in the State of Florida,<br>Case No. 02-12475-CA-09 |
| Garnishee-Respondents. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UBS AG, | : | |
| Garnishee-Respondent and<br>Third-Party Petitioner, | : | |
| | : | |
| -against- | | |
| | : | |
| BANCO DE DESARROLLO ECONOMICO<br>Y SOCIAL, et al., | : | **RULE 7.1 STATEMENT** |
| Adverse-Claimants-<br>Respondents. | : | |

-----------------------------------------------------------------x

Adverse-Claimant-Respondent The Bank of New York Mellon, by its attorneys, Levi Lubarsky & Feigenbaum LLP, as its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is wholly owned by its

parent corporation, The Bank of New York Mellon Corporation, a publicly held corporation.

Dated: New York, New York
       July 1, 2011

                                              LEVI LUBARSKY & FEIGENBAUM LLP

                                              By: _____
                                                   J. Kelley Nevling, Jr.
                                            1185 Avenue of the Americas, 17th Floor
                                            New York, NY 10036
                                            Tel. No. (212) 308-6100
                                            E-mail address knevling@llf-law.com

                                            *Attorneys for Adverse-Claimant-Respondent*
                                            *The Bank of New York Mellon*