UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| JEANNETTE HAUSLER, | : | 18 MS 302 and |
| | | 09 Civ. 10289 (VM) |
| Petitioner, | : | |
| | | (Related to JPM Chase/Citibank |
| -against- | : | Turnover Proceeding) |
| | | |
| JPMORGAN CHASE BANK, N.A., et al., | : | In Respect of a Judgment |
| | | Entered in the State of Florida, |
| Garnishee-Respondents. | : | Case No. 02-12475-CA-09 |

-----------------------------------------------------------------x

UBS AG,                                                              :

       Garnishee-Respondent and        :
       Third-Party Petitioner,

                                       :      **NOTICE OF APPEARANCE**

       -against-

                                       :

BANCO DE DESARROLLO ECONOMICO
Y SOCIAL, et al.,                                                    :

       Adverse-Claimants-               :
       Respondents.
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of HOWARD B. LEVI, a member of the firm of LEVI LUBARSKY & FEIGENBAUM LLP, in this case as counsel for respondent THE BANK OF NEW YORK MELLON.

      I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 5, 2011

LEVI LUBARSKY & FEIGENBAUM LLP

By:  s/Howard B. Levi
       Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
Tel. (212) 308-6100
Fax: (212) 308-8830
hlevi@llf-law.com

*Attorneys for Respondent*
*The Bank of New York Mellon*