

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial 212 819 8252    gkurtz@whitecase.com

June 20, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/11
```

BY FACSIMILE

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:  Hausler v. JP Morgan Chase Bank, N.A., et al.
     09 Civ. 10289 (VM)

Dear Judge Marrero:

We represent an interpleader respondent in Tranche I, Shanghai Pudong Development Bank ("SPDB"), and write a response to a letter of James W. Perkins to this Court, dated June 20, 2011. Petitioner does not object to SPDB filing a 25-page brief. We do need to correct, however, Petitioner's assertion that SPDB filed an initial 25-page brief in opposition to Petitioner's motion for judgment on the pleadings and in support of SPDB's motion for summary judgment without leave of the Court.

Petitioner delivered to the Court on April 8, 2011 a letter outlining the agreement that SPDB would be entitled to file up to 25 pages of briefing in support of its opposition to Petitioner's motion/cross-motion for summary judgment, and the Court so ordered the letter on April 28, 2011. (The so-ordered letter is attached as Exhibit A.) Specifically, Petitioner described three separate motions, including the motion filed against SPDB in the Tranche I proceeding: "As mentioned during the conference call, petitioner intends to make **three separate motions** for judgment on the pleadings/summary judgment: (1) balance of Tranche I (Shanghai Pudong Bank)...." (emphasis added). Petitioner would file 15-page briefs per motion: "Each motion will include a moving brief of no more than 15 pages...." The adverse claimants would then file opposing/cross-moving briefs of up to 25 pages per motion: "Opposing briefs/cross moving briefs will be no more than **25 pages** (if combined with all respondents **per motion**) or 15 pages (if not combined in a single response **per motion**)...." (emphasis added). The response to the

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON DC

NEWYORK 8187167 (2K)

Honorable Victor Marrero

June 20, 2011

**WHITE & CASE**

separate Tranche I motion is a single 25-page brief. Notably, Petitioner also read the unambiguous schedule as treating the motions separately, as Petitioner filed separate briefs of 15 pages for each of her motions, including the separate Tranche I motion against SPDB.

Respectfully submitted,

Glenn M. Kurtz

cc:   James W. Perkins, Esq. (by fax & email)
      James L. Kerr, Esq. (by fax & email)
      Ramin Afshar-Mohajer, Esq. (by email)
      David A. Baron, Esq. (by email)
      Kenneth Caruso, Esq. (by email)
      Robert N. Dunn, Esq. (by email)
      Lauren Beck Kerwin, Esq. (by email)
      Ronald Kleinman, Esq. (by email)
      Paulo Lima, Esq. (by email)
      Alfonso Perez, Esq. (by email)
      Wilfredo Rodriquez, Esq. (by email)
      Joanne W. Young, Esq. (by email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Respondent Shanghai Pudong Development Bank.

SO ORDERED.

7-5-11
DATE         VICTOR MARRERO, U.S.D.J.

2

NEWYORK 8187167 (2K)

# EXHIBIT A

06/20/2011 Case 1:09-cv-10289-VM Document 419 Filed 07/05/11 Page 4 of 5 PAGE 05/06
04/08/2011 17:54 GREENBURG TRAURIG → 16926928121280563B2 NO.757 002
Case 1:09-cv-10289-VM Document 288 Filed 04/28/11 Page 1 of 2

# GT GreenbergTraurig

James W. Perkins, Esq.
(212) 801-3134
perkinsj@gtlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/11
```

April 8, 2011

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

    Re: *Hausler v. JP Morgan Chase Bank, N.A., et al.*
         09 Civ. 10289 (VM)

Dear Judge Marrero:

    We are counsel to the Petitioner in the above-referenced proceedings and, in follow up to the Court telephone conference held Wednesday April 6, 2011, write to advise of the briefing schedule to which the parties have agreed, and to seek Court approval of that schedule.

    Moving papers: filed by no later than April 15, 2011

    Opposing/cross moving papers: filed by no later than May 18, 2011

    Reply/Opposing papers: filed by no later than June 3, 2011

    Reply on cross-motions: filed by no later than June 17, 2011

    As mentioned during the conference call, Petitioner intends to make three separate motions for judgment on the pleadings/summary judgment: (1) balance of Tranche I (Shanghai Pudong Bank); (2) Tranche III; and (b) National Bank of Canada Petition. Each motion will include a moving brief of no more than 15 pages, none of which will repeat, but will cross-reference arguments when possible. Opposing briefs/cross-moving briefs will be no more than 25 pages (if combined with all respondents per motion) or 15 pages (if not combined in a single response per motion) and reply briefs will be no more than 10 pages. As the Court directed, arguments previously made by any party may be raised and preserved by cross-reference or incorporation by footnote or otherwise.

Honorable Victor Marrero
April 8, 2011
Page 2

      On behalf of all counsel for the parties, we respectfully request that the Court approve this schedule and procedure.

Respectfully submitted,

James W. Perkins

cc: James L. Kerr, Esq. (by e-mail)
Ramin Afshar-Mohajer, Esq. (by e-mail)
David A. Baron, Esq. (by e-mail)
Kenneth Caruso, Esq. (by e-mail)
Robert N. Dunn, Esq. (by e-mail)
Lauren Beck Kerwin, Esq. (by e-mail)
Ronald Kleinman, Esq. (by e-mail)
Glenn Kurtz, Esq. (by e-mail)
Paulo Lima, Esq. (by e-mail)
Alfonso Perez, Esq. (by e-mail)
Wilfredo Rodriguez, Esq. (by e-mail)
Joanne W. Young, Esq. (by e-mail)

SO ORDERED.

4-28-11
DATE

VICTOR MARRERO, U.S.D.J.

GREENBERG TRAURIG, LLP • ATTORNEYS AT LAW • www.gtlaw.com