UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JEANNETTE FULLER HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased, on behalf of THOMAS CASKEY as Personal Representative of the Estate of LYNITA FULLER CASKEY, surviving daughter of ROBERT OTIS FULLER, THE ESTATE OF ROBERT OTIS FULLER, FREDERICK FULLER, FRANCIS FULLER, GRACE LUTES, JEANNETTE FULLER HAUSLER and IRENE MOSS,

   Petitioner,

-against-

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

   Garnishee-Respondents.

------------------------------------

JPMORGAN CHASE BANK, N.A., CITIBANK, N.A., UBS AG, THE ROYAL BANK OF SCOTLAND N.V. (FORMERLY KNOWN AS ABN AMRO BANK N.V.), and BANK OF AMERICA, NATIONAL ASSOCIATION,

   Garnishee-Respondents
   and Third-Party
   Petitioners,

-against-

BANCO FINANCIERO INTERNACIONAL S.A., BANCO INTERNACIONAL DE COMERCIO, S.A., BANCO NACIONAL DE CUBA, BANCO POPULAR DE AHORRO, ABBOTT LABORATORIES, INC., as successor to Quimica Knoll de Mexico, S.A. de C.V., AEROFLOT LINEAS AEREAS SOVIETICAS, ALBET



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/11

09 Civ. 10289 (VM)

ECF Case

Related to JPM Chase/Citibank Turnover Proceeding

In Respect of a Judgment Entered in the State of Florida, Case No. 02-12475-CA-09

**STIPULATION EXTENDING THE TIME FOR AEROFLOT RUSSIAN AIRLINES TO ANSWER THE THIRD-PARTY PETITION**

INGENIERA Y SISTEMAS, BANCO BILBAO :
VIZCAYA ARGENTINA, S.A., BANCO :
BILBAO VIZCAYA ARGENTINA PANAMA, :
S.A., as successor to Banco Exterior Panama, S.A., :
BANCO DE CREDITO DEL PERU, as successor :
to Financiera Nacional S.A., BANCO DE :
ESPANA, BANCO ESPANOL DE CREDITO, :
BANCO MONEX S.A., BANCO NACIONAL DE :
MEXICO, S.A., BANCO PAULISTA S.A., BNP :
PARIBAS, BNP PARIBAS ESPANA, S.A., :
BANCO SANTANDER S.A., BANCO :
SANTANDER TOTTA, S.A., as successor to :
Banco Totta & Acores S.A., CAJA DE AHORROS :
Y MONTE DE PIEDAD DE MADRID, CASA DE :
CAMBIO MONEX, S.A., CREDIT SUISSE :
GROUP AG, as successor to Swiss American :
Securities, DRESDNER LATEINAMERIKA A.G., :
as successor to Dresdner Bank Lateinamerika A.G., :
ESTUDIOS MERCADOS Y SUMINISTROS S.L., :
GREEN DOWA HOLLAND BV, HSBC :
TRINKAUS & BURKHARDT AG, ING BANK :
N.V., INSTITUTO DE CARDIOLOGIA Y :
CIRUGIA CARDIOVASCULAR CUBA, :
INTERNATIONAL HANDLERS, INC., JSC :
ZARUBEZHTSVETMET, LTU :
LUFTRANSPORT-UNTERNEHMEN GMBH, :
NOVAFIN FINANCIERE S.A., PETROLEOS DE :
VENEZUELA S.A., PHILIPS MEXICANA S.A. :
DE C.V., PREMUDA S.P.A., SANPAOLO BANK :
S.A., SELECMAR SHIP MANAGEMENT, TUI :
UK LTD., as successor to Britannia Airways Ltd., :
TRYG FORSIKRING, as successor to Baltica :
Bank and Baltica Forsilkring, UNION BANCAIRE :
PRIVEE, VITOL ENERGY (BERMUDA) LTD :
and JEANNETTE FULLER HAUSLER as :
Successor Personal Representative of the Estate of :
ROBERT OTIS FULLER ("BOBBY FULLER"), :
Deceased, on behalf of THOMAS CASKEY as :
Personal Representative of the Estate of LYNITA :
FULLER CASKEY, surviving daughter of :
ROBERT OTIS FULLER, THE ESTATE OF :
ROBERT OTIS FULLER, FREDERICK :
FULLER, FRANCIS FULLER, GRACE LUTES, :
JEANNETTE FULLER HAUSLER, and IRENE :
MOSS, :
:
     Adverse Claimants- :
     Respondents. :

2

_____ :
                                  x

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that the time for Adverse Claimant-Respondent Aeroflot Russian Airlines (formerly doing business as Aeroflot Lineas Aereas Sovieticas) to answer, move or otherwise respond to the Third-Party Petition Alleging Claims in the Nature of Interpleader is hereby extended thirty-one (31) days, or to and including August 8, 2011. Aeroflot Russian Airlines advises that it needs additional time to complete its internal research regarding the 1992 wire transfer at issue. The parties advise that this is Aeroflot Russian Airlines's second extension request.

Dated:   New York, New York
            June 30, 2011

DAVIS POLK & WARDWELL

By: _____
James L. Kerr
450 Lexington Avenue
New York, New York 10017
(212) 450-4552
(212) 701-5800 fax
james.kerr@davispolk.com

*Attorneys for Garnishee-Respondents and Third-Party Petitioners JP Morgan Chase Bank, N.A., Citibank, N.A., UBS AG, The Royal Bank of Scotland N.V. and Bank of America, National Association*

FREEHILL HOGAN & MAHAR LLP

By: _____
Patrick J. Bonner
80 Pine Street
New York, New York 10005
(212) 425-1900
(212) 425-1901 fax
bonner@freehill.com

*Attorneys for Adverse Claimant-Respondent Aeroflot Russian Airlines*

SO ORDERED:

Dated: 7 July 2011         _____
                                          Victor Marrero
                                        UNITED STATES DISTRICT JUDGE

3