UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JEANETTE FULLER HAUSLER *et al.*

               Petitioner,

  -against-

JPMORGAN CHASE BANK, N.A. *et al.*

               Garnishee-Respondents.
------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A. *et al.*

               Garnishee-Respondents
               and Third-Party Petitioners,

  -against-

BANCO FINANCIERO INTERNACIONAL
S.A. *et al.*

               Adverse Claimants-
               Respondents.
------------------------------------------------------------x

09 Civ. 10289 (VM)
ECF Case

Related to JPM Chase/Citibank
Turnover Proceeding

In Respect of a Judgment Entered
in the State of Florida, Case No.
02-12475-CA-09

**ADVERSE CLAIMANT-RESPONDENT AEROFLOT
RUSSIAN AIRLINES'S DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, Adverse Claimant-Respondent Aeroflot Russian Airlines, by counsel, states that it does not have any parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Dated:   New York, New York
         August 5, 2011

                                    Respectfully submitted,
                                    FREEHILL HOGAN & MAHAR LLP
                                    Attorneys for Adverse Claimant-Respondent
                                      Aeroflot Russian Airlines

                           By:      _____
                                    Patrick J. Bonner
                                    80 Pine Street
                                    New York, New York  10005
                                    (212) 425-1900
                                    (212) 425-1901 fax
                                    bonner@freehill.com
                                    N.Y. Bar No. 1316132

Of Counsel:
Kenneth S. Nankin, Esq.
Nankin & Verma PLLC
4550 Montgomery Avenue, Suite 775N
Bethesda, Maryland  20814
(202) 463-4911
(202) 463-6177 fax
ksn@nankin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2011, I served the foregoing ADVERSE CLAIMANT-RESPONDENT AEROFLOT RUSSIAN AIRLINES'S DISCLOSURE STATEMENT by filing it electronically in accordance with the Court's CM/ECF requirements and procedures.

_____
Patrick J. Bonner