USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JEANNETTE FULLER HAUSLER,               :
                                        :      09 Civ. 10289 (VM)
                          Petitioner,   :
                                        :            ORDER
        - against -                     :
                                        :
JP MORGAN CHASE BANK, N.A., et al.,     :
                                        :
                          Respondents.  :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or correspondence with the Court since October 17, 2019. At that time the Court granted a motion to substitute a party pursuant to Federal Rule of Civil Procedure 25. The Court previously granted an extension until January 17, 2020, of the levies covering certain accounts. (See Dkt. No. 691.) Accordingly, it is hereby

**ORDERED** that petitioner inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and petitioner's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          6 March 2020

                                            VICTOR MARRERO
                                               U.S.D.J.